```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611018838
Cashier ID: barreras
Transaction Date: 06/06/2022
Payer Name: ATPG Technology, LLC
------------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: ATPG Technology, LLC
 Case/Party: D-CAN-4-22-CV-003283-001
 Amount:        $402.00
------------------------------------
NON-SCANNABLE CHECK
 Remitter: ATPG Technology, LLC
 Check/Money Order Num: 1082
 Amt Tendered: $402.00
------------------------------------
Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00

KAW


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

