of measurement results. Ultra-low power consumption. World smallest Geiger Counter (30mm). Compatible with Android and iOS.

**Smartwatch**: To use a smartwatch as a stand-alone detection device, you need a smartphone. On the smartphone, the user installs the app that comes with the smartwatch stand-alone detection device, such as Android Wear (Wear OS—operating system from Samsung's Tizen software) or Watch from Apple (i.e., watch OS/7—operating system). By opening the accompanying app on the smartphone and turning on Bluetooth, the user can synchronize the smartwatch to function as a stand-alone detection device with the smartphone.

**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) is the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The Patent Owner's CPU is capable of arithmetic operations such as add and divide and flow control operations such as conditionals. The Patent Owner's central processing unit (CPU) is the electronic circuitry within the CMDC device that is vital and essential processes and executes program instructions.

**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such as cpu 40, a transceiver and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween… or a bomb, explosives or other types of chemical, biological, radiological, or nuclear agents are detected within, upon, affixed or mounted… The cell phone monitor 152 includes the standard keypad functions 154 and more specialized system use (ring tone, email, photos, texting) functions 156 as well as a viewing screen 158. The cell phone detector case 150 includes a recharging cradle or seat 160, a front side 162, a top 164, a bottom 166, and a pair of opposed sides 168. At the back of the cell phone detector case 150 are connections, contacts, and ports for at least an Internet connection 170, a GPS connection 172, and a contact, plug, or port for a power source 174… the integration of portable electronic communication or telecommunication devices such as a cell phone 187a and/or a laptop computer 187b with the monitoring equipment 138 located at a predesignated monitoring site 188…"

| | |
|---|---|
| | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents" for Plaintiff's "lock disabling system", that is interconnected to, or integrated with, Plaintiff's CMDC device(s).**<br><br>**Patent Specifications**: "FIG. 1 is a perspective view of the… an automatic/mechanical lock disabler and a fingerprint biometric lock with disabler… FIG. 14 is a representative schematic view of the… lock disabling system of the present invention illustrating interconnection of the… fingerprint biometric lock with disabler for engaging and disengaging the fingerprint biometric lock as part of the process of detection and safeguarding the public… The fingerprint biometric lock with disabler 62 is interconnected to the cpu 40… for receiving transmissions therefrom after detection… has occurred so that the lock… can be locked or disabled. Moreover, resetting of the fingerprint biometric lock with disabler 62 occurs when the fingerprint of the individual is placed on the fingerprint-matching pad 64, and if a match occurs with a known fingerprint stored by the cpu 40, then the individual can reset the fingerprint biometric lock with disabler 56… a fingerprint that matches stored and authorized fingerprints 102 would indicate an authorized individual, and would allow the individual to disable and disarm 104 the lock… The fingerprint biometric lock with disabler 62 would then be reset 106 after the appropriate safety… and protection measures are completed, and the system 10 would be reset and placed back in the detection mode 108"<br><br>**Example:** Security feature: After several unsuccessful log-in attempts using a passcode or fingerprint, an Android device automatically locks itself up. If unable to log in after the security layers, the only option is to have the device unlocked. The wrong pin will launch to Google Account Login. On Android Phone, multiple attempts (usually five attempts) with an unknown or a wrong pin will go either into a 30 seconds delay before further attempts are allowed or the phone will allow entry using your Google account password to unlock the phone. *https://mashtips.com/unlock-samsung-phone-not-recognizing-fingerprint-or-alternative-password/*. You can have your irises and multiple fingerprints registered along with a backup PIN, pattern or password. "Lock Network & Security" feature as my security net if my phone is stolen. The "Lock Network & Security" feature is supposed to prevent anyone else from turning OFF your phone and your wifi/data when your phone is locked, for purposes such guaranteeing that you will still be able to track or remotely control your phone when it is lost or stolen. |
| a detector case including a front side, a rear side, a power source and a Central Processing Unit (cpu); | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) of the alleged infringing devices are the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The components for a processor are condensed to fit in the smartphone, and exist as a mobile application processor, or a System-on-a-Chip (SoC), that includes the CPU. Mobile application processors are found in smartphones, smartwatches, and tablets. |

| | |
|---|---|
| a plurality of indicator lights located on the front side with each indicator light corresponding to and indicating the detection of one specific chemical, biological and radiological agent and compound; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents"**<br><br>**Smartphone smoke and carbon monoxide (CO) detectors**: Once installed and powered up, you download the relevant app and connect to the device wirelessly. Then, when the alarm goes off, not only do you receive an audio alert—many include helpful voice instructions instead of just a siren—your smart phone also tells you what the problem is (whether it's smoke or CO, which alarm was activated, and sometimes even the severity of the smoke). Many smart smoke detectors hook into additional smart home gear and IFTTT, so you can get even more clever by having the lights start flashing if smoke has been detected, for example. https://www.techhive.com/article/3236299/best-smart-smoke-detector.html |
| an Internet connection, a GPS connection, and a power connection located on the rear side and which are interconnected with the cpu; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation for Plaintiff's CMDC device(s).**<br><br>Samsung Gal S20 & Gal S21 Series: GPS with A-GPS. Enhanced tracking and location, that combines satellite and cellular, for the new and improved cell phones<br><br><br><br>**Security feature:** The Trusted Internet Connection (TIC) Initiative is designed to reduce the number of U. S. Gov't (USG) network boundary connections. USG agencies must route connections for the increasing number of mobile users accessing cloud services via smart phones through their agency network. |

| | |
|---|---|
| a plurality of interchangeable detectors for detecting the chemical, biological and radiological agents and compounds and capable of being disposed within the detector case; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents"**<br><br>**Interchangeable Sensors**: Building on the system he developed with NASA for the DHS Cell-All project, George Yu of Genel Systems Inc., created his NODE+ platform — a cylinder not much bigger than a thumb that can transmit data from sensors to a smartphone or other smart device or store it to be uploaded to any computer. The NODE+ operates independently of the cell phone and transmits the data it gathers using Bluetooth wireless technology. Variable converted off-the-shelf sensors, such as infrared thermometers, color referencers, motion sensors and barcode readers, into *interchangeable modules* that can be snapped onto either end of smartphone or other smart device, so two modules can be used simultaneously. There is a module for carbon dioxide detection and another that senses carbon monoxide, nitric oxide and other gases. "Using a common platform for multiple sensor modules, you save a lot of money," Yu says. The NODE+ is compatible with Android and Apple smart devices.<br><br><br><br>The NODE+ platform can be outfitted with an array of different sensor modules and can store data or transmit it to a smart device using Bluetooth wireless technology. ***Credits: Variable Inc.*** |
| each detector including a sound alarm indicator, a readings panel, a light alarm indicator and a sensor | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents"**<br><br>**Smartphone smoke and carbon monoxide (CO) detectors**: Once installed and powered up, you download the relevant app and connect to the device wirelessly. Then, when the alarm goes off, not only do you receive an audio alert—many include helpful voice instructions instead of just a siren—your smart phone also tells you what the problem is (whether it's smoke or CO, which alarm was activated, and sometimes even the severity of the smoke). Many smart smoke detectors hook into additional smart home gear and IFTTT, so you can get even more clever by having the lights start flashing if smoke has been detected, for example. https://www.techhive.com/article/3236299/best-smart-smoke-detector.html |

an automatic/ mechanical lock disabler interconnected to the cpu and which is mounted to a lock on a product for receiving transmission from the cpu to lock or disable the lock on the product to prevent access to the product by unauthorized, untrained and unequipped individuals; and

**Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents" for Plaintiff's "lock disabling system", that is interconnected to, or integrated with, Plaintiff's CMDC device(s).**

**Patent Specifications**: "FIG. 1 is a perspective view of the… an automatic/mechanical lock disabler and a fingerprint biometric lock with disabler… FIG. 14 is a representative schematic view of the… lock disabling system of the present invention illustrating interconnection of the… fingerprint biometric lock with disabler for engaging and disengaging the fingerprint biometric lock as part of the process of detection and safeguarding the public… The fingerprint biometric lock with disabler 62 is interconnected to the cpu 40… for receiving transmissions therefrom after detection… has occurred so that the lock… can be locked or disabled. Moreover, resetting of the fingerprint biometric lock with disabler 62 occurs when the fingerprint of the individual is placed on the fingerprint-matching pad 64, and if a match occurs with a known fingerprint stored by the cpu 40, then the individual can reset the fingerprint biometric lock with disabler 56… a fingerprint that matches stored and authorized fingerprints 102 would indicate an authorized individual, and would allow the individual to disable and disarm 104 the lock… The fingerprint biometric lock with disabler 62 would then be reset 106 after the appropriate safety… and protection measures are completed, and the system 10 would be reset and placed back in the detection mode 108"

**Example:** Security feature: After several unsuccessful log-in attempts using a passcode or fingerprint, an Android device automatically locks itself up. If unable to log in after the security layers, the only option is to have the device unlocked. The wrong pin will launch to Google Account Login. On Android Phone, multiple attempts (usually five attempts) with an unknown or a wrong pin will go either into a 30 seconds delay before further attempts are allowed or the phone will allow entry using your Google account password to unlock the phone. *https://mashtips.com/unlock-samsung-phone-not-recognizing-fingerprint-or-alternative-password/*. You can have your irises and multiple fingerprints registered along with a backup PIN, pattern or password. "Lock Network & Security" feature as my security net if my phone is stolen. The "Lock Network & Security" feature is supposed to prevent anyone else from turning OFF your phone and your wifi/data when your phone is locked, for purposes such guaranteeing that you will still be able to track or remotely control your phone when it is lost or stolen.

*FBI tried to unlock the Android Phone*

<table>
<tr>
<td>whereupon detection of specific chemical, biological, or radiological agents or compounds by the detectors causes the lighting of the corresponding indicator light for visual confirmation of the detection and initiates signal transmission from the cpu to the automatic/mechanical lock disabler to lock or disable the lock of the product thereby preventing further contamination about the product and denying access to the product by unauthorized, untrained and unequipped individuals.</td>
<td>

**Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents"**

**Smartphone smoke and carbon monoxide (CO) detectors**: Once installed and powered up, you download the relevant app and connect to the device wirelessly. Then, when the alarm goes off, not only do you receive an audio alert—many include helpful voice instructions instead of just a siren—your smart phone also tells you what the problem is (whether it's smoke or CO, which alarm was activated, and sometimes even the severity of the smoke). Many smart smoke detectors hook into additional smart home gear and IFTTT, so you can get even more clever by having the lights start flashing if smoke has been detected, for example. https://www.techhive.com/article/3236299/best-smart-smoke-detector.html

**Example:** Security feature: After several unsuccessful log-in attempts using a passcode or fingerprint, an Android device automatically locks itself up. If unable to log in after the security layers, the only option is to have the device unlocked. The wrong pin will launch to Google Account Login. On Android Phone, multiple attempts (usually five attempts) with an unknown or a wrong pin will go either into a 30 seconds delay before further attempts are allowed or the phone will allow entry using your Google account password to unlock the phone. *https://mashtips.com/unlock-samsung-phone-not-recognizing-fingerprint-or-alternative-password/*. You can have your irises and multiple fingerprints registered along with a backup PIN, pattern or password. "Lock Network & Security" feature as my security net if my phone is stolen. The "Lock Network & Security" feature is supposed to prevent anyone else from turning OFF your phone and your wifi/data when your phone is locked, for purposes such guaranteeing that you will still be able to track or remotely control your phone when it is lost or stolen.

*FBI tried to unlock the Android Phone*

</td>
</tr>
</table>

| Patent #: 8,106,752; Independent Claim 10 | Samsung Galaxy S20 & Galaxy S21 Series and Samsung Galaxy Watch 3 Series |
|---|---|
| A multi-sensor detection and lock disabling system for monitoring products and for detecting explosive, nuclear, contraband, chemical, biological, and radiological agents and compounds so that terrorist activity can be prevented, comprising: | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation for Plaintiff's CMDC device(s).**<br><br>**Samsung Galaxy S20 & Galaxy S21 Series** are believed to be communicating, monitoring, detecting, and controlling (CMDC) devices of at least one of the *new and improved* products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone); that comprises, are interconnected to, or integrated with, at least a Central Processing Unit (CPU), that is vital for processing instructions; an Operating System (OS); mobile apps developed for the CMDC devices operating system (OS) such as Android, Apple® iOS®, BlackBerry®, or Windows® Mobile; wireless protocol of Cellular, Bluetooth, Wi-Fi, etc., and CBRNE-H sensors that are placed in, on, upon, or adjacent the *new and improved* CMDC devices; interconnected to the CMDC devices for communication therebetween.<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, "built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device". Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015<br><br>**The Department of Homeland Security's Cell-All project**. "Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors. In the initial research and development phase, engineers miniaturized sensors to detect abnormal levels of potentially dangerous chemicals in the surrounding environment. When dangerous levels are detected, an application on the cell phone should automatically send sensor and location data over the network to a centralized server, which will then contact appropriate agencies and first responders. The eventual goal of the project is to embed multiple nanoscale sensors (for environmental chemicals, industrial toxins, radiation, and bioagents) directly into mobile phones…" "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended |

to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their current phones before integrated sensors are fully operational and readily available." Retrieved from: Crowdsourcing urban surveillance: The development of homeland security markets for environmental sensor networks. Torin Monahan & Jennifer T. Mokos: A Department of Communication Studies, The University of North Carolina at Chapel Hill, CB# 3285, 115 Bingham Hall, Chapel Hill, NC 27599-3285, USA; and, a Department of Human & Organizational Development, Vanderbilt University, Peabody #90, 230 Appleton Place, Nashville, TN 37203-5721, USA

**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a nanosensor-embedded ''sleeve'' for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."

**CMDC Device Camera Sensor for Biological Detection:** "In the diagnostic test (below), a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or light up, when cut. When coronavirus RNA is present in the sample, it prompts the CRISPR proteins to snip the molecular probes, causing the whole sample to emit light. This fluorescence can be detected with a cell phone camera." (*Image courtesy Science at Cal*). The COVID-19 virus is perceived as a biological weapon of mass destruction (BWMD).

**CMDC Device Geiger Counter for Radiological Detection:** Below is a picture of a "Smart Geiger Counter Nuclear Radiation Dosimeter "X-Ray" and "Gamma" Detector Smartphone Android iOS with App". Real-time display

of measurement results. Ultra-low power consumption. World smallest Geiger Counter (30mm). Compatible with Android and iOS.

**Smartwatch**: To use a smartwatch as a stand-alone detection device, you need a smartphone. On the smartphone, the user installs the app that comes with the smartwatch stand-alone detection device, such as Android Wear (Wear OS—operating system from Samsung's Tizen software) or Watch from Apple (i.e., watch OS/7—operating system). By opening the accompanying app on the smartphone and turning on Bluetooth, the user can synchronize the smartwatch to function as a stand-alone detection device with the smartphone.

**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) is the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The Patent Owner's CPU is capable of arithmetic operations such as add and divide and flow control operations such as conditionals. The Patent Owner's central processing unit (CPU) is the electronic circuitry within the CMDC device that is vital and essential processes and executes program instructions.

**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such as cpu 40, a transceiver and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween… or a bomb, explosives or other types of chemical, biological, radiological, or nuclear agents are detected within, upon, affixed or mounted… The cell phone monitor 152 includes the standard keypad functions 154 and more specialized system use (ring tone, email, photos, texting) functions 156 as well as a viewing screen 158. The cell phone detector case 150 includes a recharging cradle or seat 160, a front side 162, a top 164, a bottom 166, and a pair of opposed sides 168. At the back of the cell phone detector case 150 are connections, contacts, and ports for at least an Internet connection 170, a GPS connection 172, and a contact, plug, or port for a power source 174… the integration of portable electronic communication or telecommunication devices such as a cell phone 187a and/or a laptop computer 187b with the monitoring equipment 138 located at a predesignated monitoring site 188…"

<table>
<tr>
<td></td>
<td>Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents" for Plaintiff's "lock disabling system", that is interconnected to, or integrated with, Plaintiff's CMDC device(s).<br><br>Patent specifications: "FIG. 1 is a perspective view of the… an automatic/mechanical lock disabler and a fingerprint biometric lock with disabler… FIG. 14 is a representative schematic view of the… lock disabling system of the present invention illustrating interconnection of the… fingerprint biometric lock with disabler for engaging and disengaging the fingerprint biometric lock as part of the process of detection and safeguarding the public… The fingerprint biometric lock with disabler 62 is interconnected to the cpu 40… for receiving transmissions therefrom after detection… has occurred so that the lock… can be locked or disabled. Moreover, resetting of the fingerprint biometric lock with disabler 62 occurs when the fingerprint of the individual is placed on the fingerprint-matching pad 64, and if a match occurs with a known fingerprint stored by the cpu 40, then the individual can reset the fingerprint biometric lock with disabler 56… a fingerprint that matches stored and authorized fingerprints 102 would indicate an authorized individual, and would allow the individual to disable and disarm 104 the lock… The fingerprint biometric lock with disabler 62 would then be reset 106 after the appropriate safety… and protection measures are completed, and the system 10 would be reset and placed back in the detection mode 108"<br><br>Example: Security feature: After several unsuccessful log-in attempts using a passcode or fingerprint, an Android device automatically locks itself up. If unable to log in after the security layers, the only option is to have the device unlocked. The wrong pin will launch to Google Account Login. On Android Phone, multiple attempts (usually five attempts) with an unknown or a wrong pin will go either into a 30 seconds delay before further attempts are allowed or the phone will allow entry using your Google account password to unlock the phone. https://mashtips.com/unlock-samsung-phone-not-recognizing-fingerprint-or-alternative-password/. You can have your irises and multiple fingerprints registered along with a backup PIN, pattern or password. "Lock Network & Security" feature as my security net if my phone is stolen. The "Lock Network & Security" feature is supposed to prevent anyone else from turning OFF your phone and your wifi/data when your phone is locked, for purposes such guaranteeing that you will still be able to track or remotely control your phone when it is lost or stolen.</td>
</tr>
<tr>
<td>at least one cell phone detector case having a front side, a rear side, a power source, and a Central processing unit (cpu);</td>
<td>Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation<br><br>Central Processing Unit (CPU): The Central Processing Unit (CPU) of the alleged infringing devices are the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The components for a processor are condensed to fit in the smartphone, and exist as a mobile application processor, or a System-on-a-Chip (SoC), that includes the CPU. Mobile application processors are found in smartphones, smartwatches, and tablets.</td>
</tr>
</table>

| | |
|---|---|
| a plurality of indicator lights located on the front side with each indicator light corresponding to and indicating the detection of at least one specific chemical, biological and radiological agent or compound; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents"**<br><br>**Smartphone smoke and carbon monoxide (CO) detectors**: Once installed and powered up, you download the relevant app and connect to the device wirelessly. Then, when the alarm goes off, not only do you receive an audio alert—many include helpful voice instructions instead of just a siren—your smart phone also tells you what the problem is (whether it's smoke or CO, which alarm was activated, and sometimes even the severity of the smoke). Many smart smoke detectors hook into additional smart home gear and IFTTT, so you can get even more clever by having the lights start flashing if smoke has been detected, for example. https://www.techhive.com/article/3236299/best-smart-smoke-detector.html |
| a plurality of interchangeable cell phone sensors for detecting the chemical, biological, and radiological agents and compounds and capable of being disposed within the detector case; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents"**<br><br>**Interchangeable Sensors**: Building on the system he developed with NASA for the DHS Cell-All project, George Yu of Genel Systems Inc., created his NODE+ platform — a cylinder not much bigger than a thumb that can transmit data from sensors to a smartphone or other smart device or store it to be uploaded to any computer. The NODE+ operates independently of the cell phone and transmits the data it gathers using Bluetooth wireless technology. Variable converted off-the-shelf sensors, such as infrared thermometers, color referencers, motion sensors and barcode readers, into *interchangeable modules* that can be snapped onto either end of smartphone or other smart device, so two modules can be used simultaneously. There is a module for carbon dioxide detection and another that senses carbon monoxide, nitric oxide and other gases. "Using a common platform for multiple sensor modules, you save a lot of money," Yu says. The NODE+ is compatible with Android and Apple smart devices.<br><br><br><br>The NODE+ platform can be outfitted with an array of different sensor modules and can store data or transmit it to a smart device using Bluetooth wireless technology. ***Credits: Variable Inc.*** |

| | |
|---|---|
| each detector case including a sound alarm indicator, a readings panel, a light alarm indicator and a sensor; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents"**<br><br>**Smartphone smoke and carbon monoxide (CO) detectors**: Once installed and powered up, you download the relevant app and connect to the device wirelessly. Then, when the alarm goes off, not only do you receive an audio alert—many include helpful voice instructions instead of just a siren—your smart phone also tells you what the problem is (whether it's smoke or CO, which alarm was activated, and sometimes even the severity of the smoke). Many smart smoke detectors hook into additional smart home gear and IFTTT, so you can get even more clever by having the lights start flashing if smoke has been detected, for example. https://www.techhive.com/article/3236299/best-smart-smoke-detector.html |
| an Internet connection, a GPS connection, and a power connection located on the rear side and which are interconnected with the cpu; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation for Plaintiff's CMDC device(s).**<br><br>Samsung Gal S20 & Gal S21 Series: GPS with A-GPS. Enhanced tracking and location, that combines satellite and cellular, for the new and improved cell phones<br><br><br><br>**Security feature:** The Trusted Internet Connection (TIC) Initiative is designed to reduce the number of U. S. Gov't (USG) network boundary connections. USG agencies must route connections for the increasing number of mobile users accessing cloud services via smart phones through their agency network. |

| | |
|---|---|
| an automatic/ mechanical lock disabler interconnected to the cpu and which is mounted to a lock on a product for receiving transmission from the cpu to lock or disable the lock on the product to prevent access to the product by unauthorized, untrained and unequipped individuals; and | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents" for Plaintiff's "lock disabling system".**<br><br>**Patent specifications**: "FIG. 1 is a perspective view of the… an automatic/mechanical lock disabler and a fingerprint biometric lock with disabler… FIG. 14 is a representative schematic view of the… lock disabling system of the present invention illustrating interconnection of the… fingerprint biometric lock with disabler for engaging and disengaging the fingerprint biometric lock as part of the process of detection and safeguarding the public… The fingerprint biometric lock with disabler 62 is interconnected to the cpu 40… for receiving transmissions therefrom after detection… has occurred so that the lock… can be locked or disabled. Moreover, resetting of the fingerprint biometric lock with disabler 62 occurs when the fingerprint of the individual is placed on the fingerprint-matching pad 64, and if a match occurs with a known fingerprint stored by the cpu 40, then the individual can reset the fingerprint biometric lock with disabler 56… a fingerprint that matches stored and authorized fingerprints 102 would indicate an authorized individual, and would allow the individual to disable and disarm 104 the lock… The fingerprint biometric lock with disabler 62 would then be reset 106 after the appropriate safety… and protection measures are completed, and the system 10 would be reset and placed back in the detection mode 108"<br><br>**Example:** Security feature: After several unsuccessful log-in attempts using a passcode or fingerprint, an Android device automatically locks itself up. If unable to log in after the security layers, the only option is to have the device unlocked. The wrong pin will launch to Google Account Login. On Android Phone, multiple attempts (usually five attempts) with an unknown or a wrong pin will go either into a 30 seconds delay before further attempts are allowed or the phone will allow entry using your Google account password to unlock the phone. *https://mashtips.com/unlock-samsung-phone-not-recognizing-fingerprint-or-alternative-password/*. You can have your irises and multiple fingerprints registered along with a backup PIN, pattern or password. "Lock Network & Security" feature as my security net if my phone is stolen. The "Lock Network & Security" feature is supposed to prevent anyone else from turning OFF your phone and your wifi/data when your phone is locked, for purposes such guaranteeing that you will still be able to track or remotely control your phone when it is lost or stolen.<br><br><br>*FBI tried to unlock the Android Phone* |

<table>
<tr>
<td>whereupon detection of specific chemical, biological, or radiological agents or compounds by the detectors causes the lighting of the corresponding indicator light for visual confirmation of the detection and sends out a signal to another cell phone case, a handheld, a computer terminal located at a monitoring site, followed by and communicating with the cpu of the multi-sensor detection and automatic/mechanical lock disabler for exchanging information.</td>
<td>

**Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents"**

**Smartphone smoke and carbon monoxide (CO) detectors:** Once installed and powered up, you download the relevant app and connect to the device wirelessly. Then, when the alarm goes off, not only do you receive an audio alert—many include helpful voice instructions instead of just a siren—your smart phone also tells you what the problem is (whether it's smoke or CO, which alarm was activated, and sometimes even the severity of the smoke). Many smart smoke detectors hook into additional smart home gear and IFTTT, so you can get even more clever by having the lights start flashing if smoke has been detected, for example. https://www.techhive.com/ article/3236299/best-smart-smoke-detector.html

**Example:** Security feature: After several unsuccessful log-in attempts using a passcode or fingerprint, an Android device automatically locks itself up. If unable to log in after the security layers, the only option is to have the device unlocked. The wrong pin will launch to Google Account Login. On Android Phone, multiple attempts (usually five attempts) with an unknown or a wrong pin will go either into a 30 seconds delay before further attempts are allowed or the phone will allow entry using your Google account password to unlock the phone. *https://mashtips.com/unlock-samsung-phone-not-recognizing-fingerprint-or-alternative-password/*. You can have your irises and multiple fingerprints registered along with a backup PIN, pattern or password. "Lock Network & Security" feature as my security net if my phone is stolen. The "Lock Network & Security" feature is supposed to prevent anyone else from turning OFF your phone and your wifi/data when your phone is locked, for purposes such guaranteeing that you will still be able to track or remotely control your phone when it is lost or stolen.

*FBI tried to unlock the Android Phone*

</td>
</tr>
</table>

| Patent #: 9,096,189; Independent Claim 1 | Samsung Galaxy S20 & Galaxy S21 Series and Samsung Galaxy Watch 3 Series |
|---|---|
| A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation for Plaintiff's CMDC device(s).**<br><br>**Samsung Galaxy S20 & Galaxy S21 Series** are believed to be communicating, monitoring, detecting, and controlling (CMDC) devices of at least one of the *new and improved* products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone); that comprises, are interconnected to, or integrated with, at least a Central Processing Unit (CPU), that is vital for processing instructions; an Operating System (OS); mobile apps developed for the CMDC devices operating system (OS) such as Android, Apple® iOS®, BlackBerry®, or Windows® Mobile; wireless protocol of Cellular, Bluetooth, Wi-Fi, etc., and CBRNE-H sensors that are placed in, on, upon, or adjacent the *new and improved* CMDC devices; interconnected to the CMDC devices for communication therebetween.<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, "built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device". Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015<br><br>**The Department of Homeland Security's Cell-All project**. "Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors. In the initial research and development phase, engineers miniaturized sensors to detect abnormal levels of potentially dangerous chemicals in the surrounding environment. When dangerous levels are detected, an application on the cell phone should automatically send sensor and location data over the network to a centralized server, which will then contact appropriate agencies and first responders. The eventual goal of the project is to embed multiple nanoscale sensors (for environmental chemicals, industrial toxins, radiation, and bioagents) directly into mobile phones…" "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their |

current phones before integrated sensors are fully operational and readily available." Retrieved from: Crowdsourcing urban surveillance: The development of homeland security markets for environmental sensor networks. Torin Monahan & Jennifer T. Mokos: A Department of Communication Studies, The University of North Carolina at Chapel Hill, CB# 3285, 115 Bingham Hall, Chapel Hill, NC 27599-3285, USA; and, a Department of Human & Organizational Development, Vanderbilt University, Peabody #90, 230 Appleton Place, Nashville, TN 37203-5721, USA

**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a nanosensor-embedded ''sleeve'' for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."

**CMDC Device Camera Sensor for Biological Detection:** "In the diagnostic test (below), a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or light up, when cut. When coronavirus RNA is present in the sample, it prompts the CRISPR proteins to snip the molecular probes, causing the whole sample to emit light. This fluorescence can be detected with a cell phone camera." (*Image courtesy Science at Cal*). The COVID-19 virus is perceived as a biological weapon of mass destruction (BWMD).

**CMDC Device Geiger Counter for Radiological Detection:** Below is a picture of a "Smart Geiger Counter Nuclear Radiation Dosimeter "X-Ray" and "Gamma" Detector Smartphone Android iOS with App". Real-time display of measurement results. Ultra-low power consumption. World smallest Geiger Counter (30mm). Compatible with Android and iOS.



**Smartwatch**: To use a smartwatch as a stand-alone detection device, you need a smartphone. On the smartphone, the user installs the app that comes with the smartwatch stand-alone detection device, such as Android Wear (Wear OS—operating system from Samsung's Tizen software) or Watch from Apple (i.e., watch OS/7—operating system). By opening the accompanying app on the smartphone and turning on Bluetooth, the user can synchronize the smartwatch to function as a stand-alone detection device with the smartphone.

**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) is the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The Patent Owner's CPU is capable of arithmetic operations such as add and divide and flow control operations such as conditionals. The Patent Owner's central processing unit (CPU) is the electronic circuitry within the CMDC device that is vital and essential processes and executes program instructions.

**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such as cpu 40, a transceiver and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween… or a bomb, explosives or other types of chemical, biological, radiological, or nuclear agents are detected within, upon, affixed or mounted… The cell phone monitor 152 includes the standard keypad functions 154 and more specialized system use (ring tone, email, photos, texting) functions 156 as well as a viewing screen 158. The cell phone detector case 150 includes a recharging cradle or seat 160, a front side 162, a top 164, a bottom 166, and a pair of opposed sides 168. At the back of the cell phone detector case 150 are connections, contacts, and ports for at least an Internet connection 170, a GPS connection 172, and a contact, plug, or port for a power source 174…

| | |
|---|---|
| at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front-end processor for communication between a host computer and other devices; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) of the alleged infringing devices are the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The components for a processor are condensed to fit in the smartphone, and exist as a mobile application processor, or a System-on-a-Chip (SoC), that includes the CPU. Mobile application processors are found in smartphones, smartwatches, and tablets. |
| a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series transmits signals and messages to at least one of plurality product groups.<br><br>**Patent Specifications**: Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel" |

| | |
|---|---|
| a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series receives signals, data or messages from at least one of plurality product groups.<br><br>**Patent Specifications**: Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF), Global Positioning System (GPS)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel" |
| at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series are literally infringing the wireless protocols listed in the claim limitation of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection. |

| | |
|---|---|
| the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween; and | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Smartphones are equipped with NFC technology, that is used in peer-to-peer payment and data transfer apps. NFC stands for near-field communication, and it allows phones, tablets, laptops, and other devices to share data with other NFC-equipped devices. NFC's small radius is a major security benefit, and one reason why NFC has taken off as a secure alternative to RFID technology. An NFC connection is automatically started when another NFC device enters into the wireless standard four-inch range. Once in range, the two devices instantly communicate. The alleged infringing devices (i.e., new and improved cell phones, smartphones, smartwatches, or cell phone detection devices) are equipped with NFC technology. |
| whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>The alleged infringing devices are is capable of sending signals to lock and unlock doors; activate or deactivate security systems in homes, buildings, or vehicles; detect for Chemical, Biological, Radiological, Nuclear, or Explosive's agents; to stop, stall, or slowdown vehicles, to include driverless land and aerial vehicles; of diagnosing biological and/or chemical medical conditions, and receiving data that the intended task has been accomplished. |
| wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series receives signals, data or messages from at least one of plurality product groups.<br><br>**Patent Specifications:** Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, |

| | |
|---|---|
| | desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF), Global Positioning System (GPS)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel" |
| wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series are literally infringing the wireless protocols listed in the claim limitation of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection. |
| wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents" for Plaintiff's "lock disabling system".**<br><br>**Patent specifications:** "FIG. 1 is a perspective view of the… an automatic/mechanical lock disabler and a fingerprint biometric lock with disabler… FIG. 14 is a representative schematic view of the… lock disabling system of the present invention illustrating interconnection of the… fingerprint biometric lock with disabler for engaging and disengaging the fingerprint biometric lock as part of the process of detection and safeguarding the public… The fingerprint biometric lock with disabler 62 is interconnected to the cpu 40… for receiving transmissions therefrom after detection… has occurred so that the lock… can be locked or disabled. Moreover, resetting of the fingerprint biometric lock with disabler 62 occurs when the fingerprint of the individual is placed on the fingerprint-matching pad 64, and if a match occurs with a known fingerprint stored by the cpu 40, then the individual can reset the fingerprint biometric lock with disabler 56… a fingerprint that matches stored and authorized fingerprints 102 would indicate an authorized individual, and would allow the individual to disable and disarm 104 the lock… The fingerprint biometric lock with disabler 62 would then be reset 106 after the appropriate safety… and protection measures are completed, and the system 10 would be reset and placed back in the detection mode 108" |

| | |
|---|---|
| | **Example:** Security feature: After several unsuccessful log-in attempts using a passcode or fingerprint, an Android device automatically locks itself up. If unable to log in after the security layers, the only option is to have the device unlocked. The wrong pin will launch to Google Account Login. On Android Phone, multiple attempts (usually five attempts) with an unknown or a wrong pin will go either into a 30 seconds delay before further attempts are allowed or the phone will allow entry using your Google account password to unlock the phone. *https://mashtips.com/unlock-samsung-phone-not-recognizing-fingerprint-or-alternative-password/*. You can have your irises and multiple fingerprints registered along with a backup PIN, pattern or password. "Lock Network & Security" feature as my security net if my phone is stolen. The "Lock Network & Security" feature is supposed to prevent anyone else from turning OFF your phone and your wifi/data when your phone is locked, for purposes such guaranteeing that you will still be able to track or remotely control your phone when it is lost or stolen.  *FBI tried to unlock the Android Phone* |
| wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group consisting of satellite, Bluetooth, WiFi, internet, radio frequency (RF), cellular, broadband, and long and short-range radio frequency (RF) | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation** <br><br> **Alleged Infringing Devices Turned into Satellite mobile phones:** Utilize satellites to communicate with landline, cellular, or other satellite phones in most regions of the world. Responders use satellite mobile phones for emergency communications in order to coordinate response and recovery efforts in remote areas, where there are no landline or cellular telephone networks, or in areas where existing networks are damaged or overloaded during a natural disaster (e.g., severe weather or earthquake) or a manmade incident, including potential chemical, biological, radiological, nuclear, or explosive events. Satellite mobile phones can help maintain command and control functions during an emergency when existing communications networks are not functioning. Satellite mobile phones can communicate with satellite phone systems and transmit the information signals, from voice or Short Message Service (SMS) text, to a receiving mobile phone. The U.S. Department of Homeland Security (DHS) established the System Assessment and Validation for Emergency Responders (SAVER) Program to assist emergency responders. |

| Patent #: 9,096,189; Independent Claim 2 | Samsung Galaxy S20 & Galaxy S21 Series and Samsung Galaxy Watch 3 Series |
|---|---|
| Monitoring equipment of at least one of the products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone) interconnected to a product for communication therebetween, comprising | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation for Plaintiff's CMDC device(s).**<br><br>**Samsung Galaxy S20 & Galaxy S21 Series** are believed to be communicating, monitoring, detecting, and controlling (CMDC) devices of at least one of the *new and improved* products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone); that comprises, are interconnected to, or integrated with, at least a Central Processing Unit (CPU), that is vital for processing instructions; an Operating System (OS); mobile apps developed for the CMDC devices operating system (OS) such as Android, Apple® iOS®, BlackBerry®, or Windows® Mobile; wireless protocol of Cellular, Bluetooth, Wi-Fi, etc., and CBRNE-H sensors that are placed in, on, upon, or adjacent the *new and improved* CMDC devices; interconnected to the CMDC devices for communication therebetween.<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, "built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device". Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015<br><br>**The Department of Homeland Security's Cell-All project.** "Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors. In the initial research and development phase, engineers miniaturized sensors to detect abnormal levels of potentially dangerous chemicals in the surrounding environment. When dangerous levels are detected, an application on the cell phone should automatically send sensor and location data over the network to a centralized server, which will then contact appropriate agencies and first responders. The eventual goal of the project is to embed multiple nanoscale sensors (for environmental chemicals, industrial toxins, radiation, and bioagents) directly into mobile phones…" "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their |

current phones before integrated sensors are fully operational and readily available." Retrieved from: Crowdsourcing urban surveillance: The development of homeland security markets for environmental sensor networks. Torin Monahan & Jennifer T. Mokos: A Department of Communication Studies, The University of North Carolina at Chapel Hill, CB# 3285, 115 Bingham Hall, Chapel Hill, NC 27599-3285, USA; and, a Department of Human & Organizational Development, Vanderbilt University, Peabody #90, 230 Appleton Place, Nashville, TN 37203-5721, USA

**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a nanosensor-embedded ''sleeve'' for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."

**CMDC Device Camera Sensor for Biological Detection:** "In the diagnostic test (below), a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or light up, when cut. When coronavirus RNA is present in the sample, it prompts the CRISPR proteins to snip the molecular probes, causing the whole sample to emit light. This fluorescence can be detected with a cell phone camera." (*Image courtesy Science at Cal*). The COVID-19 virus is perceived as a biological weapon of mass destruction (BWMD).

**CMDC Device Geiger Counter for Radiological Detection:** Below, is a picture of a "Smart Geiger Counter Nuclear Radiation Dosimeter "X-Ray" and "Gamma" Detector Smartphone Android iOS with App. Real-time display of measurement results. Ultra-low power consumption. World smallest Geiger Counter (30mm). Compatible with Android and iOS." (Samsung & LG's Android; and Apple's iOS)



**Smartwatch**: To use a smartwatch as a stand-alone detection device, you need a smartphone. On the smartphone, the user installs the app that comes with the smartwatch stand-alone detection device, such as Android Wear (Wear OS—operating system from Samsung's Tizen software) or Watch from Apple (i.e., watch OS/7—operating system). By opening the accompanying app on the smartphone and turning on Bluetooth, the user can synchronize the smartwatch to function as a stand-alone detection device with the smartphone.

**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) is the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The Patent Owner's CPU is capable of arithmetic operations such as add and divide and flow control operations such as conditionals. The Patent Owner's central processing unit (CPU) is the electronic circuitry within the CMDC device that is vital and essential processes and executes program instructions.

**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such as cpu 40, a transceiver and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween… or a bomb, explosives or other types of chemical, biological, radiological, or nuclear agents are detected within, upon, affixed or mounted… The cell phone monitor 152 includes the standard keypad functions 154 and more specialized system use (ring tone, email, photos, texting) functions 156 as well as a viewing screen 158. The cell phone detector case 150 includes a recharging cradle or seat 160, a front side 162, a top 164, a bottom 166, and a pair of opposed sides 168. At the back of the cell phone detector case 150 are connections, contacts, and ports for at least an Internet connection 170, a GPS connection 172, and a contact, plug, or port for a power source 174… the integration of portable electronic communication or telecommunication devices such as a cell phone 187a and/or a laptop computer 187b with the monitoring equipment 138 located at a predesignated monitoring site 188…"

| | |
|---|---|
| at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front-end processor for communication between a host computer and other devices; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) of the alleged infringing devices are the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The components for a processor are condensed to fit in the smartphone, and exist as a mobile application processor, or a System-on-a-Chip (SoC), that includes the CPU. Mobile application processors are found in smartphones, smartwatches, and tablets. |
| a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series transmits signals and messages to at least one of plurality product groups.<br><br>**Patent Specifications**: Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel" |

| | |
|---|---|
| a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series receives signals, or data or from at least one of plurality product groups.<br><br>**Patent Specifications:** Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF), Global Positioning System (GPS)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel" |
| a lock disabling mechanism that is able to engage (lock) and disengage (unlock) and disable (make unavailable) a product's lock, wherein the lock disabling mechanism disables the product's lock after a specific number of tries by an unauthorized user to disengage the lock by maintaining the product's lock in the current state of the product's lock regardless of input entered to change the state of the product's lock by the unauthorized user; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents" for Plaintiff's "lock disabling system", that is interconnected to, or integrated with, Plaintiff's CMDC device(s).**<br><br>**Patent Specifications**: "FIG. 1 is a perspective view of the… an automatic/mechanical lock disabler and a fingerprint biometric lock with disabler… FIG. 14 is a representative schematic view of the… lock disabling system of the present invention illustrating interconnection of the… fingerprint biometric lock with disabler for engaging and disengaging the fingerprint biometric lock as part of the process of detection and safeguarding the public… The fingerprint biometric lock with disabler 62 is interconnected to the cpu 40… for receiving transmissions therefrom after detection… has occurred so that the lock… can be locked or disabled. Moreover, resetting of the fingerprint biometric lock with disabler 62 occurs when the fingerprint of the individual is placed on the fingerprint-matching pad 64, and if a match occurs with a known fingerprint stored by the cpu 40, then the individual can reset the fingerprint biometric lock with disabler 56… a fingerprint that matches stored and authorized fingerprints 102 would indicate an authorized |

| | |
|---|---|
| | individual, and would allow the individual to disable and disarm 104 the lock… The fingerprint biometric lock with disabler 62 would then be reset 106 after the appropriate safety… and protection measures are completed, and the system 10 would be reset and placed back in the detection mode 108"<br><br>**Example:** Security feature: After several unsuccessful log-in attempts using a passcode or fingerprint, an Android device automatically locks itself up. If unable to log in after the security layers, the only option is to have the device unlocked. The wrong pin will launch to Google Account Login. On Android Phone, multiple attempts (usually five attempts) with an unknown or a wrong pin will go either into a 30 seconds delay before further attempts are allowed or the phone will allow entry using your Google account password to unlock the phone. *https://mashtips.com/unlock-samsung-phone-not-recognizing-fingerprint-or-alternative-password/*. You can have your irises and multiple fingerprints registered along with a backup PIN, pattern or password. "Lock Network & Security" feature as my security net if my phone is stolen. The "Lock Network & Security" feature is supposed to prevent anyone else from turning OFF your phone and your wifi/data when your phone is locked, for purposes such guaranteeing that you will still be able to track or remotely control your phone when it is lost or stolen.<br><br><br>*FBI tried to unlock the Android Phone* |
| at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series are literally infringing the wireless protocols listed in the claim limitation of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection. |

| | |
|---|---|
| monitoring equipment of at least a fixed, portable or mobile monitoring equipment interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween; and | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Smartphones are equipped with NFC technology, that is used in peer-to-peer payment and data transfer apps. NFC stands for near-field communication, and it allows phones, tablets, laptops, and other devices to share data with other NFC-equipped devices. NFC's small radius is a major security benefit, and one reason why NFC has taken off as a secure alternative to RFID technology. An NFC connection is automatically started when another NFC device enters into the wireless standard four-inch range. Once in range, the two devices instantly communicate. The alleged infringing devices (i.e., new and improved cell phones, smartphones, smartwatches, or cell phone detection devices) are equipped with NFC technology. |
| whereupon the monitoring equipment, is interconnected to a product equipped to receive signals from or send signals to the lock disabling mechanism that is able to engage and disengage or disable the lock, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series: The devices are is capable of sending signals to lock and unlock doors; activate or deactivate security systems in homes, buildings, or vehicles; detect for Chemical, Biological, Radiological, Nuclear, or Explosive's agents; to stop, stall, or slowdown vehicles, to include driverless land and aerial vehicles; of diagnosing biological and/or chemical medical conditions, and receiving data that the intended task has been accomplished. |
| wherein the monitoring equipment is implemented by business or government at a minimum cost by products grouped together by common features in at least one of several product groupings of design similarity; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their current phones before integrated sensors are fully operational and readily available."<br><br>**Patent Specifications:** Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… |

<table>
<tr>
<td>wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, or long and short-range radio frequency (RF) connection is in signal communication with the transmitter and the receiver of the monitoring equipment and transceivers of the products.</td>
<td>

**Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**

Samsung Gal S20 & Gal S21 Series are literally infringing the wireless protocols listed in the claim limitation of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection.

**Monitoring Equipment:** The Smart Watch performs substantially the same function; in substantially the same way; to achieve substantially the same results as the alleged infringing products, and is therefore included in the product grouping category that is based on "*common features of design similarity*"; communication devices or monitoring equipment. The Smart Watch is interconnected through Bluetooth to the host device (i.e., new and improved cell phone), and has the ability to operate as a stand-alone detection device.

</td>
</tr>
</table>

| Patent #: 9,096,189; Independent Claim 3 | Samsung Galaxy S20 & Galaxy S21 Series and Samsung Galaxy Watch 3 Series |
|---|---|
| Monitoring equipment of at least one of the products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone) interconnected to a product for communication therebetween, comprising: | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation for Plaintiff's CMDC device(s).**<br><br>**Samsung Galaxy S20 & Galaxy S21 Series** are believed to be communicating, monitoring, detecting, and controlling (CMDC) devices of at least one of the *new and improved* products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone); that comprises, are interconnected to, or integrated with, at least a Central Processing Unit (CPU), that is vital for processing instructions; an Operating System (OS); mobile apps developed for the CMDC devices operating system (OS) such as Android, Apple® iOS®, BlackBerry®, or Windows® Mobile; wireless protocol of Cellular, Bluetooth, Wi-Fi, etc., and CBRNE-H sensors that are placed in, on, upon, or adjacent the *new and improved* CMDC devices; interconnected to the CMDC devices for communication therebetween.<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, "built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device". Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015<br><br>**The Department of Homeland Security's Cell-All project**. "Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors. In the initial research and development phase, engineers miniaturized sensors to detect abnormal levels of potentially dangerous chemicals in the surrounding environment. When dangerous levels are detected, an application on the cell phone should automatically send sensor and location data over the network to a centralized server, which will then contact appropriate agencies and first responders. The eventual goal of the project is to embed multiple nanoscale sensors (for environmental chemicals, industrial toxins, radiation, and bioagents) directly into mobile phones…" "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their |

current phones before integrated sensors are fully operational and readily available." Retrieved from: Crowdsourcing urban surveillance: The development of homeland security markets for environmental sensor networks. Torin Monahan & Jennifer T. Mokos: A Department of Communication Studies, The University of North Carolina at Chapel Hill, CB# 3285, 115 Bingham Hall, Chapel Hill, NC 27599-3285, USA; and, a Department of Human & Organizational Development, Vanderbilt University, Peabody #90, 230 Appleton Place, Nashville, TN 37203-5721, USA

**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a nanosensor-embedded ''sleeve'' for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."

**CMDC Device Camera Sensor for Biological Detection:** "In the diagnostic test (below), a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or light up, when cut. When coronavirus RNA is present in the sample, it prompts the CRISPR proteins to snip the molecular probes, causing the whole sample to emit light. This fluorescence can be detected with a cell phone camera." (*Image courtesy Science at Cal*). The COVID-19 virus is perceived as a biological weapon of mass destruction (BWMD).

**CMDC Device Geiger Counter for Radiological Detection:** Below is a picture of a "Smart Geiger Counter Nuclear Radiation Dosimeter "X-Ray" and "Gamma" Detector Smartphone Android iOS with App". Real-time display of measurement results. Ultra-low power consumption. World smallest Geiger Counter (30mm). Compatible with Android and iOS.

**Smartwatch**: To use a smartwatch as a stand-alone detection device, you need a smartphone. On the smartphone, the user installs the app that comes with the smartwatch stand-alone detection device, such as Android Wear (Wear OS—operating system from Samsung's Tizen software) or Watch from Apple (i.e., watch OS/7—operating system). By opening the accompanying app on the smartphone and turning on Bluetooth, the user can synchronize the smartwatch to function as a stand-alone detection device with the smartphone.

**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) is the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The Patent Owner's CPU is capable of arithmetic operations such as add and divide and flow control operations such as conditionals. The Patent Owner's central processing unit (CPU) is the electronic circuitry within the CMDC device that is vital and essential processes and executes program instructions.

**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such as cpu 40, a transceiver and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween… or a bomb, explosives or other types of chemical, biological, radiological, or nuclear agents are detected within, upon, affixed or mounted… The cell phone monitor 152 includes the standard keypad functions 154 and more specialized system use (ring tone, email, photos, texting) functions 156 as well as a viewing screen 158. The cell phone detector case 150 includes a recharging cradle or seat 160, a front side 162, a top 164, a bottom 166, and a pair of opposed sides 168. At the back of the cell phone detector case 150 are connections, contacts, and ports for at least an Internet connection 170, a GPS connection 172, and a contact, plug, or port for a power source 174… the integration of portable electronic communication or telecommunication devices such as a cell phone 187a and/or a laptop computer 187b with the monitoring equipment 138 located at a predesignated monitoring site 188…"

| | |
|---|---|
| at least one of a central processing unit (CPU), a network processor, or a microprocessor for executing and carrying out the instructions of a computer program or application which is specifically targeted at the networking application domain, for communication between the monitoring equipment and any of a plurality product group based on the categories of a multi-sensor detection device, a maritime cargo container device, or o locking device. | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) of the alleged infringing devices are the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The components for a processor are condensed to fit in the smartphone, and exist as a mobile application processor, or a System-on-a-Chip (SoC), that includes the CPU. Mobile application processors are found in smartphones, smartwatches, and tablets.<br><br>Samsung Gal S20 & Gal S21 Series communicates with any of the products listed in any of the product grouping categories.<br><br>**Patent Specifications**: Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel" |

| | |
|---|---|
| a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container device, or a locking device; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series transmits signals and messages to at least one of plurality product groups.<br><br>**Patent Specifications**: Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel" |
| a receiver for receiving signals, data or messages from at least one of plurality of product groups based on the categories of a multi-sensor detection device, a maritime cargo container device or a locking device, wherein the signals, data or messages are of agents of an item of interest (IOI); | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series receives signals, data or messages from at least one of plurality product groups.<br><br>**Patent Specifications:** Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is |

| | |
|---|---|
| | [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF), Global Positioning System (GPS)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel" |
| at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, or GPS connection; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series are literally infringing the wireless protocols listed in the claim limitation of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection. |
| the monitoring equipment is at least a fixed, portable or mobile monitoring equipment interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween; and | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Smartphones are equipped with NFC technology, that is used in peer-to-peer payment and data transfer apps. NFC stands for near-field communication, and it allows phones, tablets, laptops, and other devices to share data with other NFC-equipped devices. NFC's small radius is a major security benefit, and one reason why NFC has taken off as a secure alternative to RFID technology. An NFC connection is automatically started when another NFC device enters into the wireless standard four-inch range. Once in range, the two devices instantly communicate. The alleged infringing devices (i.e., new and improved cell phones, smartphones, smartwatches, or cell phone detection devices) are equipped with NFC technology. |

| | |
|---|---|
| whereupon the monitoring equipment, is capable of the activation or deactivation of at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container device or a locking device; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series is capable of the activation or deactivation of at least one of plurality product groups.<br><br>**Patent Specifications**: Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel" |
| wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, for signal communication with the transmitter and the receiver of the monitoring equipment and transceivers of the products; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series are literally infringing the wireless protocols listed in the claim limitation of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS<br><br>**Monitoring Equipment:** The Smart Watch performs substantially the same function; in substantially the same way; to achieve substantially the same results as the alleged infringing products, and is therefore included in the product grouping category that is based on "*common features of design similarity*"; communication devices or monitoring equipment. The Smart Watch is interconnected through Bluetooth to the host device (i.e., new and improved cell phone), and has the ability to operate as a stand-alone detection device. |



| | |
|---|---|
| |  |
| at least one tag that is read by the monitoring equipment that is capable of wireless near-field communication to achieve detection of at least one of a chemical agent, a biological agent, a radiological agent, a nuclear agent, or an explosive agent which allows radio frequency (RF) data to be received and transferred between the tag and the monitoring. | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents"**<br><br>"The combination of NFC tags with sensors becomes a new route to realize wireless communication sensed functions, which endows a smartphone with capabilities to rapidly obtain sensing information by simply reading an NFC tag integrated with a sensor" Opperman C.A., Hancke G.P. Using NFC-enabled phones for remote data acquisition and digital control; Proceedings of the IEEE Africon '11; Livingstone, Zambia. 13–15 September 2011; pp. 1–6.<br><br>Smartphones are equipped with NFC technology, that is used in peer-to-peer payment and data transfer apps. NFC stands for near-field communication, and it allows phones, tablets, laptops, and other devices to share data with other NFC-equipped devices. NFC's small radius is a major security benefit, and one reason why NFC has taken off as a secure alternative to RFID technology. An NFC connection is automatically started when another NFC device enters into the wireless standard four-inch range. Once in range, the two devices instantly communicate. The alleged infringing devices (i.e., new and improved cell phones, smartphones, smartwatches, or cell phone detection devices) are equipped with NFC technology. |

| Patent #: 9,096,189; Independent Claim 4 | Samsung Galaxy S20 & Galaxy S21 Series and Samsung Galaxy Watch 3 Series |
|---|---|
| A built-in, embedded multi sensor detection system for monitoring products with a plurality of sensors detecting at least two agents selected from the group consisting of chemical, biological, radiological, explosive, human, and contraband agents; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation for Plaintiff's CMDC device(s).**<br><br>**Samsung Galaxy S20 & Galaxy S21 Series** are believed to be communicating, monitoring, detecting, and controlling (CMDC) devices of at least one of the *new and improved* products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone); that comprises, are interconnected to, or integrated with, at least a Central Processing Unit (CPU), that is vital for processing instructions; an Operating System (OS); mobile apps developed for the CMDC devices operating system (OS) such as Android, Apple® iOS®, BlackBerry®, or Windows® Mobile; wireless protocol of Cellular, Bluetooth, Wi-Fi, etc., and CBRNE-H sensors that are placed in, on, upon, or adjacent the *new and improved* CMDC devices; interconnected to the CMDC devices for communication therebetween.<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015<br><br>**The Department of Homeland Security's Cell-All project.** "Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors. In the initial research and development phase, engineers miniaturized sensors to detect abnormal levels of potentially dangerous chemicals in the surrounding environment. When dangerous levels are detected, an application on the cell phone should automatically send sensor and location data over the network to a centralized server, which will then contact appropriate agencies and first responders. The eventual goal of the project is to embed multiple nanoscale sensors (for environmental chemicals, industrial toxins, radiation, and bioagents) directly into mobile phones…" "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their |

current phones before integrated sensors are fully operational and readily available." Retrieved from: Crowdsourcing urban surveillance: The development of homeland security markets for environmental sensor networks. Torin Monahan & Jennifer T. Mokos: A Department of Communication Studies, The University of North Carolina at Chapel Hill, CB# 3285, 115 Bingham Hall, Chapel Hill, NC 27599-3285, USA; and, a Department of Human & Organizational Development, Vanderbilt University, Peabody #90, 230 Appleton Place, Nashville, TN 37203-5721, USA

**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a nanosensor-embedded ''sleeve'' for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."

**CMDC Device Camera Sensor for Biological Detection:** "In the diagnostic test (below), a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or light up, when cut. When coronavirus RNA is present in the sample, it prompts the CRISPR proteins to snip the molecular probes, causing the whole sample to emit light. This fluorescence can be detected with a cell phone camera." (*Image courtesy Science at Cal*). The COVID-19 virus is perceived as a biological weapon of mass destruction (BWMD).

**CMDC Device Geiger Counter for Radiological Detection:** Below is a picture of a "Smart Geiger Counter Nuclear Radiation Dosimeter "X-Ray" and "Gamma" Detector Smartphone Android iOS with App". Real-time display of measurement results. Ultra-low power consumption. World smallest Geiger Counter (30mm). Compatible with Android and iOS.



**Smartwatch**: To use a smartwatch as a stand-alone detection device, you need a smartphone. On the smartphone, the user installs the app that comes with the smartwatch stand-alone detection device, such as Android Wear (Wear OS—operating system from Samsung's Tizen software) or Watch from Apple (i.e., watch OS/7—operating system). By opening the accompanying app on the smartphone and turning on Bluetooth, the user can synchronize the smartwatch to function as a stand-alone detection device with the smartphone.

**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) is the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The Patent Owner's CPU is capable of arithmetic operations such as add and divide and flow control operations such as conditionals. The Patent Owner's central processing unit (CPU) is the electronic circuitry within the CMDC device that is vital and essential processes and executes program instructions.

**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such as cpu 40, a transceiver and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween… or a bomb, explosives or other types of chemical, biological, radiological, or nuclear agents are detected within, upon, affixed or mounted… The cell phone monitor 152 includes the standard keypad functions 154 and more specialized system use (ring tone, email, photos, texting) functions 156 as well as a viewing screen 158. The cell phone detector case 150 includes a recharging cradle or seat 160, a front side 162, a top 164, a bottom 166, and a pair of opposed sides 168. At the back of the cell phone detector case 150 are connections, contacts, and ports for at least an Internet connection 170, a GPS connection 172, and a contact, plug, or port for a power source 174… the integration of portable electronic communication or telecommunication devices such as a cell phone 187a and/or a laptop computer 187b with the monitoring equipment 138 located at a predesignated monitoring site 188…"

| | |
|---|---|
| comprising a built-in sensor array or fixed detection device into the product that detects agents by means of two or more sensors combined from the following list of sensors: a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, and a radiological sensor; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***.<br><br>**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a ***nanosensor-embedded "sleeve"*** for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."<br><br><br> |
| comprising a communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a built-in sensor array or fixed detection device for communication therebetween; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals."<br><br>**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a ***nanosensor-embedded "sleeve"*** for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)." |

| | |
|---|---|
| wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents" for Plaintiff's "lock disabling system", that is interconnected to, or integrated with, Plaintiff's CMDC device(s).**<br><br>**Patent Specifications**: "FIG. 1 is a perspective view of the… an automatic/mechanical lock disabler and a fingerprint biometric lock with disabler… FIG. 14 is a representative schematic view of the… lock disabling system of the present invention illustrating interconnection of the… fingerprint biometric lock with disabler for engaging and disengaging the fingerprint biometric lock as part of the process of detection and safeguarding the public… The fingerprint biometric lock with disabler 62 is interconnected to the cpu 40… for receiving transmissions therefrom after detection… has occurred so that the lock… can be locked or disabled. Moreover, resetting of the fingerprint biometric lock with disabler 62 occurs when the fingerprint of the individual is placed on the fingerprint-matching pad 64, and if a match occurs with a known fingerprint stored by the cpu 40, then the individual can reset the fingerprint biometric lock with disabler 56… a fingerprint that matches stored and authorized fingerprints 102 would indicate an authorized individual, and would allow the individual to disable and disarm 104 the lock… The fingerprint biometric lock with disabler 62 would then be reset 106 after the appropriate safety… and protection measures are completed, and the system 10 would be reset and placed back in the detection mode 108"<br><br>**Example:** Security feature: After several unsuccessful log-in attempts using a passcode or fingerprint, an Android device automatically locks itself up. If unable to log in after the security layers, the only option is to have the device unlocked. The wrong pin will launch to Google Account Login. On Android Phone, multiple attempts (usually five attempts) with an unknown or a wrong pin will go either into a 30 seconds delay before further attempts are allowed or the phone will allow entry using your Google account password to unlock the phone. *https://mashtips.com/unlock-samsung-phone-not-recognizing-fingerprint-or-alternative-password/*. You can have your irises and multiple fingerprints registered along with a backup PIN, pattern or password. "Lock Network & Security" feature as my security net if my phone is stolen. The "Lock Network & Security" feature is supposed to prevent anyone else from turning OFF your phone and your wifi/data when your phone is locked, for purposes such guaranteeing that you will still be able to track or remotely control your phone when it is lost or stolen.<br><br><br>*FBI tried to unlock the Android Phone* |

| | |
|---|---|
| wherein the built-in embedded multi sensor detection device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; and | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series receives a signal via any of one or more products listed in any of the plurality of product grouping categories.<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***.<br><br>**Patent Specifications:** Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel" |

| | |
|---|---|
| wherein, when an alarm occurs, the built-in, embedded multi sensor detection system communicates the alarm by way of at least one of the products grouped together by common features in the product groupings category of design similarity (i.e. product-to-product, product-to-satellite, product-to-cellular, product-to-long or short range radio frequency, product-to-radio frequency (RF), product-to-internet, product-to-broadband, product-to-smartphone or cell phone, product-to-computer at monitoring site, product-to-WiFi, product-to-handheld, or product-to-laptop or desktop) for communication therebetween; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series, receives a signal via any of one or more products listed in any of the plurality of product grouping categories.<br><br>**Smartphone smoke and carbon monoxide (CO) detectors:** Once installed and powered up, you download the relevant app and connect to the device wirelessly. Then, when the alarm goes off, not only do you receive an audio alert—many include helpful voice instructions instead of just a siren—your smart phone also tells you what the problem is (whether it's smoke or CO, which alarm was activated, and sometimes even the severity of the smoke). Many smart smoke detectors hook into additional smart home gear and IFTTT, so you can get even more clever by having the lights start flashing if smoke has been detected, for example. https://www.techhive.com/article/3236299/best-smart-smoke-detector.html<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***.<br><br>**Patent Specifications**: Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel" |

| | |
|---|---|
| wherein the built-in embedded multi sensor detection device is implemented by business or government at a minimum cost by products grouped together by common features in at least one of several product groupings of design similarity. | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***.<br><br>Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their current phones before integrated sensors are fully operational and readily available."<br><br>**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a ***nanosensor-embedded "sleeve"*** for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."<br><br><br><br><br>**Patent Specifications:** Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds…<br><br>**Patent Specifications:** "Still yet a further objective of the present invention is to provide a multi sensor detection and disabling lock system that can be implemented by business or government at a minimum cost by organizing the products to be protected into product grouping categories." |

| Patent #: 9,096,189; Independent Claim 5 | Samsung Galaxy S20 & Galaxy S21 Series and Samsung Galaxy Watch 3 Series |
|---|---|
| A built-in multi sensor detection system for monitoring products with a plurality of sensors detecting at least two agents selected from the group consisting of chemical, biological, radiological, explosive, human, and contraband agents, comprising: | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation for Plaintiff's CMDC device(s).**<br><br>**Samsung Galaxy S20 & Galaxy S21 Series** are believed to be communicating, monitoring, detecting, and controlling (CMDC) devices of at least one of the *new and improved* products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone); that comprises, are interconnected to, or integrated with, at least a Central Processing Unit (CPU), that is vital for processing instructions; an Operating System (OS); mobile apps developed for the CMDC devices operating system (OS) such as Android, Apple® iOS®, BlackBerry®, or Windows® Mobile; wireless protocol of Cellular, Bluetooth, Wi-Fi, etc., and CBRNE-H sensors that are placed in, on, upon, or adjacent the *new and improved* CMDC devices; interconnected to the CMDC devices for communication therebetween.<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015<br><br>**The Department of Homeland Security's Cell-All project**. "Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors. In the initial research and development phase, engineers miniaturized sensors to detect abnormal levels of potentially dangerous chemicals in the surrounding environment. When dangerous levels are detected, an application on the cell phone should automatically send sensor and location data over the network to a centralized server, which will then contact appropriate agencies and first responders. The eventual goal of the project is to embed multiple nanoscale sensors (for environmental chemicals, industrial toxins, radiation, and bioagents) directly into mobile phones…" "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their |

current phones before integrated sensors are fully operational and readily available." Retrieved from: Crowdsourcing urban surveillance: The development of homeland security markets for environmental sensor networks. Torin Monahan & Jennifer T. Mokos: A Department of Communication Studies, The University of North Carolina at Chapel Hill, CB# 3285, 115 Bingham Hall, Chapel Hill, NC 27599-3285, USA; and, a Department of Human & Organizational Development, Vanderbilt University, Peabody #90, 230 Appleton Place, Nashville, TN 37203-5721, USA

**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a nanosensor-embedded ''sleeve'' for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."

**CMDC Device Camera Sensor for Biological Detection:** "In the diagnostic test (below), a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or light up, when cut. When coronavirus RNA is present in the sample, it prompts the CRISPR proteins to snip the molecular probes, causing the whole sample to emit light. This fluorescence can be detected with a cell phone camera." (*Image courtesy Science at Cal*). The COVID-19 virus is perceived as a biological weapon of mass destruction (BWMD).

**CMDC Device Geiger Counter for Radiological Detection:** Below is a picture of a "Smart Geiger Counter Nuclear Radiation Dosimeter "X-Ray" and "Gamma" Detector Smartphone Android iOS with App". Real-time display of measurement results. Ultra-low power consumption. World smallest Geiger Counter (30mm). Compatible with Android and iOS.



**Smartwatch**: To use a smartwatch as a stand-alone detection device, you need a smartphone. On the smartphone, the user installs the app that comes with the smartwatch stand-alone detection device, such as Android Wear (Wear OS—operating system from Samsung's Tizen software) or Watch from Apple (i.e., watch OS/7—operating system). By opening the accompanying app on the smartphone and turning on Bluetooth, the user can synchronize the smartwatch to function as a stand-alone detection device with the smartphone.

**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) is the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The Patent Owner's CPU is capable of arithmetic operations such as add and divide and flow control operations such as conditionals. The Patent Owner's central processing unit (CPU) is the electronic circuitry within the CMDC device that is vital and essential processes and executes program instructions.

**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such as cpu 40, a transceiver and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween… or a bomb, explosives or other types of chemical, biological, radiological, or nuclear agents are detected within, upon, affixed or mounted… The cell phone monitor 152 includes the standard keypad functions 154 and more specialized system use (ring tone, email, photos, texting) functions 156 as well as a viewing screen 158. The cell phone detector case 150 includes a recharging cradle or seat 160, a front side 162, a top 164, a bottom 166, and a pair of opposed sides 168. At the back of the cell phone detector case 150 are connections, contacts, and ports for at least an Internet connection 170, a GPS connection 172, and a contact, plug, or port for a power source 174… the integration of portable electronic communication or telecommunication devices such as a cell phone 187a and/or a laptop computer 187b with the monitoring equipment 138 located at a predesignated monitoring site 188…"

<table>
<tr>
<td>a built-in sensor array or fixed detection device into the product that detects agents by means of two or more sensors combined from the following list of sensors: a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, and a radiological sensor;</td>
<td>Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation<br><br>DHS Cell-All Chemical Sensors: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a nanosensor-embedded ''sleeve'' for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."<br><br>
</td>
</tr>
<tr>
<td>monitoring equipment of at least one of the products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone) for the receipt and transmission of signals therebetween;</td>
<td>Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation<br><br>IPR Final Written Decision. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, <u>"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"</u>. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals."<br><br>DHS Cell-All Chemical Sensors: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone. Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a <u>nanosensor-embedded ''sleeve''</u> for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."<br><br>Patent Specifications: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals</td>
</tr>
</table>

| | |
|---|---|
| wherein the built-in multi sensor detection device is built in any of one or more products listed in any of the plurality of product grouping categories to include but not limited to a maritime cargo container, a lock, or monitoring equipment (i.e., a computer terminal, personal computer (PC), a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop); | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series, is built in any of one or more products listed in any of the plurality of product grouping categories.<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***<br><br>**Patent Specifications**: Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to…<br><br>**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals |
| wherein the built-in multi sensor detection device is implemented by business or government at a minimum cost by products grouped together by common features in at least one of several product groupings of design similarity; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series, is built in any of one or more products listed in any of the plurality of product grouping categories.<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***.<br><br>**Patent Specifications:** "Still yet a further objective of the present invention is to provide a multi sensor detection and disabling lock system that can be implemented by business or government at a minimum cost by organizing the products to be protected into product grouping categories." |

| | |
|---|---|
| a light alarm indicator that has a plurality of colored lights that correspond to specific ones of the at least two agents; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation for Plaintiff's CMDC device(s).**<br><br>**CMDC Device Camera Sensor for Biological Detection:** "In the diagnostic test (below), a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or ***light up***, when cut. When coronavirus RNA is present in the sample, it prompts the CRISPR proteins to snip the molecular probes, causing the whole sample to emit light. This fluorescence can be detected with a cell phone camera." (*Image courtesy Science at Cal*). The COVID-19 virus is perceived as a biological weapon of mass destruction (BWMD).<br><br><br><br><u>Integrating Biochemiluminescence Detection on Smartphones</u><br><br><br><br><200 mg/dL<br>200 240 mg/dL<br>>200 mg/dL<br>CL signal (RLU)<br>6.0x10⁵ 4.5x10⁵ 3.0x10⁵ 1.5x10⁵ 0<br>150 200 250 300 350 400<br>Cholesterol (mg/dL) |

<table>
<tr>
<td>wherein, when the light alarm indicator lights to indicate an alarm occurs, the built-in multi sensor detection system communicates the alarm by way of at least one of the products grouped together by common features in the product groupings category of design similarity (i.e. product-to-product, product-to-satellite, product-to-cellular, product-to-radio frequency (RF), product-to-internet, product-to-broadband, product-to-smartphone or cell phone, product-to-computer at monitoring site, product-to-WiFi, product-to-handheld, or product-to-laptop or desktop) for the receipt and transmission of signals therebetween</td>
<td>Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation<br><br>Samsung Gal S20 & Gal S21 Series, receives a signal via any of one or more products listed in any of the plurality of product grouping categories.<br><br>Smartphone smoke and carbon monoxide (CO) detectors: Once installed and powered up, you download the relevant app and connect to the device wirelessly. Then, when the alarm goes off, not only do you receive an audio alert—many include helpful voice instructions instead of just a siren—your smart phone also tells you what the problem is (whether it's smoke or CO, which alarm was activated, and sometimes even the severity of the smoke). Many smart smoke detectors hook into additional smart home gear and IFTTT, so you can get even more clever by having the lights start flashing if smoke has been detected, for example. https://www.techhive.com/ article/3236299/best-smart-smoke-detector.html<br><br>IPR Final Written Decision. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, <u>"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"</u>.<br><br>Patent Specifications: Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel"</td>
</tr>
</table>

| Patent #: 9,096,189; Independent Claim 6 | Samsung Galaxy S20 & Galaxy S21 Series and Samsung Galaxy Watch 3 Series |
|---|---|
| A built-in multi sensor detection system for detecting at least two items selected from the group consisting of chemical agent, biological agent, radiological agent, explosive agent, human agent, contraband agent, motion, perimeter, temperature, tampering, theft, and breach, comprising: | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation for Plaintiff's CMDC device(s).**<br><br>**Samsung Galaxy S20 & Galaxy S21 Series** are believed to be communicating, monitoring, detecting, and controlling (CMDC) devices of at least one of the *new and improved* products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone); that comprises, are interconnected to, or integrated with, at least a Central Processing Unit (CPU), that is vital for processing instructions; an Operating System (OS); mobile apps developed for the CMDC devices operating system (OS) such as Android, Apple® iOS®, BlackBerry®, or Windows® Mobile; wireless protocol of Cellular, Bluetooth, Wi-Fi, etc., and CBRNE-H sensors that are placed in, on, upon, or adjacent the *new and improved* CMDC devices; interconnected to the CMDC devices for communication therebetween.<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015<br><br>**The Department of Homeland Security's Cell-All project.** "Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors. In the initial research and development phase, engineers miniaturized sensors to detect abnormal levels of potentially dangerous chemicals in the surrounding environment. When dangerous levels are detected, an application on the cell phone should automatically send sensor and location data over the network to a centralized server, which will then contact appropriate agencies and first responders. The eventual goal of the project is to embed multiple nanoscale sensors (for environmental chemicals, industrial toxins, radiation, and bioagents) directly into mobile phones…" "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their |

current phones before integrated sensors are fully operational and readily available." Retrieved from: Crowdsourcing urban surveillance: The development of homeland security markets for environmental sensor networks. Torin Monahan & Jennifer T. Mokos: A Department of Communication Studies, The University of North Carolina at Chapel Hill, CB# 3285, 115 Bingham Hall, Chapel Hill, NC 27599-3285, USA; and, a Department of Human & Organizational Development, Vanderbilt University, Peabody #90, 230 Appleton Place, Nashville, TN 37203-5721, USA

**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a nanosensor-embedded ''sleeve'' for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."

**CMDC Device Camera Sensor for Biological Detection:** "In the diagnostic test (below), a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or light up, when cut. When coronavirus RNA is present in the sample, it prompts the CRISPR proteins to snip the molecular probes, causing the whole sample to emit light. This fluorescence can be detected with a cell phone camera." (*Image courtesy Science at Cal*). The COVID-19 virus is perceived as a biological weapon of mass destruction (BWMD).

**CMDC Device Geiger Counter for Radiological Detection:** Below is a picture of a "Smart Geiger Counter Nuclear Radiation Dosimeter "X-Ray" and "Gamma" Detector Smartphone Android iOS with App". Real-time display of measurement results. Ultra-low power consumption. World smallest Geiger Counter (30mm). Compatible with Android and iOS.



**Smartwatch**: To use a smartwatch as a stand-alone detection device, you need a smartphone. On the smartphone, the user installs the app that comes with the smartwatch stand-alone detection device, such as Android Wear (Wear OS—operating system from Samsung's Tizen software) or Watch from Apple (i.e., watch OS/7—operating system). By opening the accompanying app on the smartphone and turning on Bluetooth, the user can synchronize the smartwatch to function as a stand-alone detection device with the smartphone.

**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) is the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The Patent Owner's CPU is capable of arithmetic operations such as add and divide and flow control operations such as conditionals. The Patent Owner's central processing unit (CPU) is the electronic circuitry within the CMDC device that is vital and essential processes and executes program instructions.

**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such as cpu 40, a transceiver and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween… or a bomb, explosives or other types of chemical, biological, radiological, or nuclear agents are detected within, upon, affixed or mounted… The cell phone monitor 152 includes the standard keypad functions 154 and more specialized system use (ring tone, email, photos, texting) functions 156 as well as a viewing screen 158. The cell phone detector case 150 includes a recharging cradle or seat 160, a front side 162, a top 164, a bottom 166, and a pair of opposed sides 168. At the back of the cell phone detector case 150 are connections, contacts, and ports for at least an Internet connection 170, a GPS connection 172, and a contact, plug, or port for a power source 174… the integration of portable electronic communication or telecommunication devices such as a cell phone 187a and/or a laptop computer 187b with the monitoring equipment 138 located at a predesignated monitoring site 188…"

| | |
|---|---|
| a built-in sensor array or fixed detection device into a product that detects items by means of at least two sensors from the following list of sensors: a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, and a radiological sensor; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a nanosensor-embedded ''sleeve'' for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."<br><br><br><br>**Patent Specifications**: Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans |
| monitoring equipment of at least one of the products grouped together by common features in the product groupings category of design similarity (i.e. computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone) for the receipt and transmission of signals therebetween; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals."<br><br>**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals |

| | |
|---|---|
| wherein the built-in, multi sensor detection device is built in any of one or more products listed in any of the plurality of product grouping categories to include but not limited to a maritime cargo container, a lock, or monitoring equipment (i.e., a computer terminal, personal computer (PC), a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop); | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series, is built in any of one or more products listed in any of the plurality of product grouping categories.<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***<br><br>**Patent Specifications**: Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to…<br><br>**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals |
| wherein, when an alarm occurs, the built-in multi sensor detection system communicates the alarm by way of at least one of the products grouped together by common features in the product groupings category of design similarity (i.e. product-to-product, product-to-satellite, product-to-cellular, product-to-radio frequency (RF), product-to-internet, product-to-broadband, product-to-smartphone or cell phone, product-to-computer at monitoring site, product-to-WiFi, product-to-handheld, or product-to-laptop or desktop) for the receipt and transmission of signals therebetween; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series, receives a signal via any of one or more products listed in any of the plurality of product grouping categories.<br><br>**Smartphone smoke and carbon monoxide (CO) detectors:** Once installed and powered up, you download the relevant app and connect to the device wirelessly. Then, when the alarm goes off, not only do you receive an audio alert—many include helpful voice instructions instead of just a siren—your smart phone also tells you what the problem is (whether it's smoke or CO, which alarm was activated, and sometimes even the severity of the smoke). Many smart smoke detectors hook into additional smart home gear and IFTTT, so you can get even more clever by having the lights start flashing if smoke has been detected, for example. https://www.techhive.com/article/3236299/best-smart-smoke-detector.html<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. |

| | |
|---|---|
| | **Patent Specifications**: Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel" |
| at least one tag that is read by the monitoring equipment that is capable of wireless near-field communication to achieve detection of at least one of the chemical agent, the biological agent, the radiological agent, the explosive agent, the human agent, the contraband agent, the motion, the perimeter, the temperature, the tampering, the theft, and the breach which allows radio frequency (RF) data to be received and transferred between the tag and the monitoring equipment. | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents"**<br><br>"The combination of NFC tags with sensors becomes a new route to realize wireless communication sensed functions, which endows a smartphone with capabilities to rapidly obtain sensing information by simply reading an NFC tag integrated with a sensor" Opperman C.A., Hancke G.P. Using NFC-enabled phones for remote data acquisition and digital control; Proceedings of the IEEE Africon '11; Livingstone, Zambia. 13–15 Sept. 2011; pp. 1–6.<br><br>Smartphones are equipped with NFC technology, that is used in peer-to-peer payment and data transfer apps. NFC stands for near-field communication, and it allows phones, tablets, laptops, and other devices to share data with other NFC-equipped devices. NFC's small radius is a major security benefit, and one reason why NFC has taken off as a secure alternative to RFID technology. An NFC connection is automatically started when another NFC device enters into the wireless standard four-inch range. Once in range, the two devices instantly communicate. The alleged infringing devices (i.e., new and improved cell phones, smartphones, smartwatches, or cell phone detection devices) are equipped with NFC technology. |

| Patent #: 9,096,189; Independent Claim 7 | Samsung Galaxy S20 & Galaxy S21 Series and Samsung Galaxy Watch 3 Series |
|---|---|
| A multi-sensor detection system for detecting at least one explosive, nuclear, contraband, chemical, biological, human, or radiological agents and compounds, comprising: | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation for Plaintiff's CMDC device(s).**<br><br>**Samsung Galaxy S20 & Galaxy S21 Series** are believed to be communicating, monitoring, detecting, and controlling (CMDC) devices of at least one of the *new and improved* products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone); that comprises, are interconnected to, or integrated with, at least a Central Processing Unit (CPU), that is vital for processing instructions; an Operating System (OS); mobile apps developed for the CMDC devices operating system (OS) such as Android, Apple® iOS®, BlackBerry®, or Windows® Mobile; wireless protocol of Cellular, Bluetooth, Wi-Fi, etc., and CBRNE-H sensors that are placed in, on, upon, or adjacent the *new and improved* CMDC devices; interconnected to the CMDC devices for communication therebetween.<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015<br><br>**The Department of Homeland Security's Cell-All project**. "Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors. In the initial research and development phase, engineers miniaturized sensors to detect abnormal levels of potentially dangerous chemicals in the surrounding environment. When dangerous levels are detected, an application on the cell phone should automatically send sensor and location data over the network to a centralized server, which will then contact appropriate agencies and first responders. The eventual goal of the project is to embed multiple nanoscale sensors (for environmental chemicals, industrial toxins, radiation, and bioagents) directly into mobile phones…" "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their |

current phones before integrated sensors are fully operational and readily available." Retrieved from: Crowdsourcing urban surveillance: The development of homeland security markets for environmental sensor networks. Torin Monahan & Jennifer T. Mokos: A Department of Communication Studies, The University of North Carolina at Chapel Hill, CB# 3285, 115 Bingham Hall, Chapel Hill, NC 27599-3285, USA; and, a Department of Human & Organizational Development, Vanderbilt University, Peabody #90, 230 Appleton Place, Nashville, TN 37203-5721, USA

**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a nanosensor-embedded ''sleeve'' for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."

**CMDC Device Camera Sensor for Biological Detection:** "In the diagnostic test (below), a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or light up, when cut. When coronavirus RNA is present in the sample, it prompts the CRISPR proteins to snip the molecular probes, causing the whole sample to emit light. This fluorescence can be detected with a cell phone camera." (*Image courtesy Science at Cal*). The COVID-19 virus is perceived as a biological weapon of mass destruction (BWMD).

**CMDC Device Geiger Counter for Radiological Detection:** Below is a picture of a "Smart Geiger Counter Nuclear Radiation Dosimeter "X-Ray" and "Gamma" Detector Smartphone Android iOS with App". Real-time display of measurement results. Ultra-low power consumption. World smallest Geiger Counter (30mm). Compatible with Android and iOS.



| | |
|---|---|
| | <br><br>**Smartwatch**: To use a smartwatch as a stand-alone detection device, you need a smartphone. On the smartphone, the user installs the app that comes with the smartwatch stand-alone detection device, such as Android Wear (Wear OS—operating system from Samsung's Tizen software) or Watch from Apple (i.e., watch OS/7—operating system). By opening the accompanying app on the smartphone and turning on Bluetooth, the user can synchronize the smartwatch to function as a stand-alone detection device with the smartphone.<br><br>**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) is the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The Patent Owner's CPU is capable of arithmetic operations such as add and divide and flow control operations such as conditionals. The Patent Owner's central processing unit (CPU) is the electronic circuitry within the CMDC device that is vital and essential processes and executes program instructions.<br><br>**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such as cpu 40, a transceiver and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween… or a bomb, explosives or other types of chemical, biological, radiological, or nuclear agents are detected within, upon, affixed or mounted… The cell phone monitor 152 includes the standard keypad functions 154 and more specialized system use (ring tone, email, photos, texting) functions 156 as well as a viewing screen 158. The cell phone detector case 150 includes a recharging cradle or seat 160, a front side 162, a top 164, a bottom 166, and a pair of opposed sides 168. At the back of the cell phone detector case 150 are connections, contacts, and ports for at least an Internet connection 170, a GPS connection 172, and a contact, plug, or port for a power source 174… the integration of portable electronic communication or telecommunication devices such as a cell phone 187a and/or a laptop computer 187b with the monitoring equipment 138 located at a predesignated monitoring site 188…" |

| | |
|---|---|
| a plurality of sensors for detecting at least one chemical, biological, radiological, explosive, nuclear, human or contraband agents and compounds and capable of being disposed within, on, upon or adjacent a multi sensor detection device; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**Patent Specifications**: Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015 |
| monitoring equipment comprising at least one of plurality product groups based on the categories of a computer, laptop, notebook, PC, handheld, cell phone, PDA or smart phone for the receipt and transmission of signals therebetween; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals."<br><br>**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals |

| | |
|---|---|
| at least one cell phone tower interconnected to the monitoring equipment for sending signals thereto and receiving signals therefrom or at least one satellite capable of transmitting signals to the monitoring equipment; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**Cell Towers**: Cell towers, also known as cell sites, are where electric communications equipment and antennae are mounted, allowing the surrounding area to use wireless communication devices. Whenever a cell phone is used, it emits an electromagnetic radio wave, called a radio frequency, that is received by the nearest cell tower's antenna. Once the cell tower receives this signal, it will transmit the signals to a switching center. This allows the call to be connected to either another mobile phone or to a telephone network. The equipment on cell towers includes transceivers and other supporting technology. There are multiple antennas attached to a cell tower, typically mounted on a head frame. When a phone is connected to a cellular network, it continually checks the signal strength of nearby towers and communicates that information to the network.<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; |
| at least one satellite or at least one cell phone tower capable of signal communication between the multi sensor detection device and the monitoring equipment; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents"**<br><br>**Satellite Phone.** Turn Your Smartphone into a Satellite Phone with Thuraya SatSleeve. The SatSleeve is a case that cradles your Smartphone and transforms it into a satellite phone. You can place calls and send text messages whenever you're under Thuraya's satellite footprint, which is just about everywhere in the world. All you have to do is pop the Phone into its included adapter then slide that into the full SatSleeve. The SatSleeve functions over Bluetooth to wireless provide your Smartphone with the total coverage you desire. It has its own dedicated emergency button. If you're ever in a dangerous situation, one press sends a call out to a predetermined number of your choice for help. It works even when your Smartphone is out of the SatSleeve. It comes with its own built-in rechargeable battery, so it can recharge your Phone.<br><br> |

| | |
|---|---|
| | **Satellite mobile phones**: Utilize satellites to communicate with landline, cellular, or other satellite phones in most regions of the world. Responders use satellite mobile phones for emergency communications in order to coordinate response and recovery efforts in remote areas, where there are no landline or cellular telephone networks, or in areas where existing networks are damaged or overloaded during a natural disaster (e.g., severe weather or earthquake) or a manmade incident, including potential chemical, biological, radiological, nuclear, or explosive events. Satellite mobile phones can help maintain command and control functions during an emergency when existing communications networks are not functioning. Satellite mobile phones can communicate with satellite phone systems and transmit the information signals, from voice or Short Message Service (SMS) text, to a receiving mobile phone. The U.S. Department of Homeland Security (DHS) established the System Assessment and Validation for Emergency Responders (SAVER) Program to assist emergency responders.<br><br>**Patent Specifications**: Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, wireless communication devices, monitoring sites, desktop personal computers (PCs) laptops, ***satellite cell phones***, cell phones, personal digital assistants (PDAs), and ***satellite monitoring***. Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Wi-Max, Internet, Ethernet, Broadband, Network Bandwidth, Wireless, Wired, Text Messaging, ***Cellular***, ***Satellite***… |
| at least one internet connection capable of communication between the multi sensor detection device and the monitoring equipment; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Internet communication between the multi sensor detection device and the monitoring equipment<br><br>**Internet for Samsung Galaxy S20 & Galaxy S21 Series:** Smartphones connecting to the Internet anytime and anywhere through public Wi-Fi hotspots that connect to the Internet through a shared connection. Mobile Internet is a smaller Internet scaled down to fit the dimensions of a mobile phone. The mobile phone network is an example of a cellular network. A cellular network has a cluster of geographic locations together known as a 'cell' which connect to the Internet through satellites. Each cell has a transmitting tower at its centre through which information is passed to and fro via digital radio waves. Two ways to connect to the internet through your mobile phone – Via a cellular telephone service provider or by using standard Wi-Fi. A Wi-Fi enabled device lets you surf the Web at free Wi-Fi hotspots. Through a cellular service provider, the phone connects to the Internet through data transfer the same way a PC does, but with a wireless link. We can access the same Web applications just like in our PCs if we use a Wireless Application Protocol (WAP)-enabled cell phone. WAP is the universal standard for wireless communications and applications. For operating mobile phone networks, Global System for Mobile Communications (GSM) and Code Division Multiple Access (CDMA) are the most commonly deployed. GSM and CDMA use different algorithms which allow multiple mobile phone users to share the same digital radio frequency without causing interfering for each other. Cell phones have an in-built antenna which is used to send packets of digital information back and forth with cell-phone towers via radio waves. Mobile phones connect to a cell tower in the area, and instead of connecting to another phone it connects to the Internet and can fetch or retrieve data. Through a cellular service provider, the phone connects to the Internet through data transfer the same way a PC does, but with a wireless link. We can access the same Web |

| | |
|---|---|
| | applications just like in our PCs if we use a Wireless Application Protocol (WAP)-enabled cell phone. WAP is the universal standard for wireless communications and applications. For operating mobile phone networks, Global System for Mobile Communications (GSM) and Code Division Multiple Access (CDMA) are the most commonly deployed. GSM and CDMA use different algorithms which allow multiple mobile phone users to share the same digital radio frequency without causing interfering for each other. Cell phones have an in-built antenna which is used to send packets of digital information back and forth with cell-phone towers via radio waves. Mobile phones connect to a cell tower in the area, and instead of connecting to another phone it connects to the Internet and can fetch or retrieve data. Mobile Voice goes in one channel and IP or SMS signaling over Mobile Internet in another. The General Packet Radio Service (GPRS) network provides a gateway to the internet through different frequency channels for uploading and downloading. The transfer of data between a wireless device and the Internet. The main component is Radio frequency (RF) energy.<br><br>**Patent Specifications:** Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Wi-Max, Internet, Ethernet, Broadband, Network Bandwidth, Wireless, Wired, Text Messaging, Cellular, Satellite, Telematics, Wide Area Network (WAN). Wireless Wide Area Network (WWAN), Local Area Network (LAN), Radio Frequency (RF), Broadband Wireless Access (BWA), Global Positioning System (GPS), General Packet Radio Services (GPRS). Global System for Mobile (GSM), Wideband Code Division Multiple Access (W-CDMA), Universal Mobile Telecommunications System (UMTS), Short Message Service (SMS)… |
| whereupon a signal sent to a receiver of the multi sensor detection device from a satellite; or to a cell phone tower; or through short and/or long-range radio frequency; causes a signal to be sent to the monitoring equipment that includes location data and sensor data; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**GPS Receiver:** The primary difference between GPS and Wi-Fi locating technologies is in the method of gathering location data. GPS uses satellites that orbit around the Earth to triangulate a user's location, whereas Wi-Fi locating technology uses relative network signal strength gathered at network access points. The Global Positioning System (GPS) is a government-owned navigation system that operates using radio waves. In order to properly use GPS, you must have a clear line of sight with at least four GPS satellites. Cellular location technology is actually an umbrella term that is used to describe a couple of locating technologies, including Wi-Fi and Sim-based methods. Where GPS lacks, cellular seems to fill in the gaps. Its capabilities shine well in populated areas where cell towers are more densely located. Cellular methods thrive in buildings, cities and densely-populated areas because of how it uses crowdsourced Wi-Fi data.<br><br>Building on the system he developed with NASA for the DHS Cell-All project, George Yu of Genel Systems Inc., created his NODE+ platform — a cylinder not much bigger than a thumb that can *transmit data* from sensors to a smartphone or other smart device or store it to be uploaded to any computer. The NODE+ operates independently of the cell phone and *transmits* the data it gathers using Bluetooth wireless technology. |

| | |
|---|---|
| wherein the monitoring equipment or multi sensor detection device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series, receives a signal via any of one or more products listed in any of the plurality of product grouping categories.<br><br>**Patent Specifications**: Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain… airport security, police, highway patrol, security guard, military personnel, HAZMAT personnel, the CIA, the FBI, Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel" |
| wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the monitoring equipment or multi sensor detection device and transceivers of the products; | **Plaintiff believes the Defendant & third-party Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**Patent Specifications:** Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Wi-Max, Internet, Ethernet, Broadband, Network Bandwidth, Wireless, Wired, Text Messaging, Cellular, Satellite, Telematics, Wide Area Network (WAN). Wireless Wide Area Network (WWAN), Local Area Network (LAN), Radio Frequency (RF), Broadband Wireless Access (BWA), Global Positioning System (GPS)…<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment..." |

<table>
<tr>
<td>wherein the monitoring equipment is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the monitoring device that is at least one of the computer, the laptop, the notebook, the PC, the handheld, the cell phone, the PDA, or the smart phone is locked by the biometric lock disabler to prevent unauthorized use;</td>
<td>Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation<br><br>Patent Specifications: "FIG. 1 is a perspective view of the… an automatic/mechanical lock disabler and a fingerprint biometric lock with disabler… FIG. 14 is a representative schematic view of the… lock disabling system of the present invention illustrating interconnection of the… fingerprint biometric lock with disabler for engaging and disengaging the fingerprint biometric lock as part of the process of detection and safeguarding the public… The fingerprint biometric lock with disabler 62 is interconnected to the cpu 40… for receiving transmissions therefrom after detection… has occurred so that the lock… can be locked or disabled. Moreover, resetting of the fingerprint biometric lock with disabler 62 occurs when the fingerprint of the individual is placed on the fingerprint-matching pad 64<br><br>Facial and Fingerprint Recognition on Android Phones (i.e., Samsung and LG): Android manufacturers offer facial recognition technology, and many Android phones allow you to unlock them using only your face. Password supports fingerprint on Android devices. You can unlock your password database on Android smartphones and tablets using your fingerprint.<br><br></td>
</tr>
<tr>
<td>wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group consisting of satellite, Bluetooth, WiFi, internet, radio frequency (RF), cellular, broadband, and long and short-range radio frequency (RF).</td>
<td>Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation<br><br>Alleged Infringing Devices Turned into Satellite mobile phones: Utilize satellites to communicate with landline, cellular, or other satellite phones in most regions of the world. Responders use satellite mobile phones for emergency communications in order to coordinate response and recovery efforts in remote areas, where there are no landline or cellular telephone networks, or in areas where existing networks are damaged or overloaded during a natural disaster (e.g., severe weather or earthquake) or a manmade incident, including potential chemical, biological, radiological, nuclear, or explosive events. Satellite mobile phones can help maintain command and control functions during an emergency when existing communications networks are not functioning. Satellite mobile phones can communicate with satellite phone systems and transmit the information signals, from voice or Short Message Service (SMS) text, to a receiving mobile phone. The U.S. Department of Homeland Security (DHS) established the System Assessment and Validation for Emergency Responders (SAVER) Program to assist emergency responders.</td>
</tr>
</table>

| Patent #: 9,096,189; Independent Claim 8 | Samsung Galaxy S20 & Galaxy S21 Series and Samsung Galaxy Watch 3 Series |
|---|---|
| A multi-sensor detection system for detecting at least one explosive, nuclear, contraband, chemical, biological, human, or radiological agents and compounds, comprising: | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation for Plaintiff's CMDC device(s).**<br><br>**Samsung Galaxy S20 & Galaxy S21 Series** are believed to be communicating, monitoring, detecting, and controlling (CMDC) devices of at least one of the *new and improved* products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone); that comprises, are interconnected to, or integrated with, at least a Central Processing Unit (CPU), that is vital for processing instructions; an Operating System (OS); mobile apps developed for the CMDC devices operating system (OS) such as Android, Apple® iOS®, BlackBerry®, or Windows® Mobile; wireless protocol of Cellular, Bluetooth, Wi-Fi, etc., and CBRNE-H sensors that are placed in, on, upon, or adjacent the *new and improved* CMDC devices; interconnected to the CMDC devices for communication therebetween.<br><br>**Patent Specifications:** "The multi sensor detection and lock disabling system includes a detector case sized to fit in, upon or adjacent any of the aforedescribed products for detecting harmful and dangerous chemical, biological, and radiological agents, compounds and elements… As shown in FIGS. 1-10, the multi sensor detection and lock disabling system 10 includes at least one--and preferably many--detector case 12 that can be placed in, on, upon or adjacent the product…"<br><br>**Patent Specifications:** "Each detector can also be used as a manual, stand-alone hand-held scanner… Still, another objective of the present invention is to provide a multi sensor detection and disabling lock system wherein the interchangeable detectors that comprise part of the system can be used as stand-alone scanners… FIG. 12 is a representative schematic view of the multi sensor detection and lock disabling system of the present invention illustrating the sequence of steps undertaken by one detector when functioning as a standalone scanner for detecting an agent or compound… a light alarm indicator 54 that can be color coded for each specific agent and which is externally visible when the detector 46 is used as a stand-alone scanner… The detector 46 functions as a stand-alone scanner and can be wirelessly interconnected to offsite monitoring equipment."<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. |

| | |
|---|---|
| | to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015<br><br>**The Department of Homeland Security's Cell-All project**. "Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors. In the initial research and development phase, engineers miniaturized sensors to detect abnormal levels of potentially dangerous chemicals in the surrounding environment. When dangerous levels are detected, an application on the cell phone should automatically send sensor and location data over the network to a centralized server, which will then contact appropriate agencies and first responders. The eventual goal of the project is to embed multiple nanoscale sensors (for environmental chemicals, industrial toxins, radiation, and bioagents) directly into mobile phones…" "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their current phones before integrated sensors are fully operational and readily available." Retrieved from: Crowdsourcing urban surveillance: The development of homeland security markets for environmental sensor networks. Torin Monahan & Jennifer T. Mokos: A Department of Communication Studies, The University of North Carolina at Chapel Hill, CB# 3285, 115 Bingham Hall, Chapel Hill, NC 27599-3285, USA; and, a Department of Human & Organizational Development, Vanderbilt University, Peabody #90, 230 Appleton Place, Nashville, TN 37203-5721, USA<br><br>**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a nanosensor-embedded ''sleeve'' for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."<br><br><br><br><br>**CMDC Device Camera Sensor for Biological Detection:** "In the diagnostic test (below), a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or light up, when cut. When coronavirus RNA is present in the sample, it prompts the CRISPR proteins to snip the molecular probes, causing |



the whole sample to emit light. This fluorescence can be detected with a cell phone camera." (*Image courtesy Science at Cal*). The COVID-19 virus is perceived as a biological weapon of mass destruction (BWMD).

**CMDC Device Geiger Counter for Radiological Detection:** Below is a picture of a "Smart Geiger Counter Nuclear Radiation Dosimeter "X-Ray" and "Gamma" Detector Smartphone Android iOS with App". Real-time display of measurement results. Ultra-low power consumption. World smallest Geiger Counter (30mm). Compatible with Android and iOS.

**Smartwatch**: To use a smartwatch as a stand-alone detection device, you need a smartphone. On the smartphone, the user installs the app that comes with the smartwatch stand-alone detection device, such as Android Wear (Wear OS—operating system from Samsung's Tizen software) or Watch from Apple (i.e., watch OS/7—operating system). By opening the accompanying app on the smartphone and turning on Bluetooth, the user can synchronize the smartwatch to function as a stand-alone detection device with the smartphone.

**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) is the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The Patent Owner's CPU is capable of arithmetic operations such as add and divide and flow control operations such as conditionals. The Patent Owner's central processing unit (CPU) is the electronic circuitry within the CMDC device that is vital and essential processes and executes program instructions.

| | |
|---|---|
| | **Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such as cpu 40, a transceiver and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween… or a bomb, explosives or other types of chemical, biological, radiological, or nuclear agents are detected within, upon, affixed or mounted… The cell phone monitor 152 includes the standard keypad functions 154 and more specialized system use (ring tone, email, photos, texting) functions 156 as well as a viewing screen 158. The cell phone detector case 150 includes a recharging cradle or seat 160, a front side 162, a top 164, a bottom 166, and a pair of opposed sides 168. At the back of the cell phone detector case 150 are connections, contacts, and ports for at least an Internet connection 170, a GPS connection 172, and a contact, plug, or port for a power source 174… the integration of portable electronic communication or telecommunication devices such as a cell phone 187a and/or a laptop computer 187b with the monitoring equipment 138 located at a predesignated monitoring site 188…" |
| a plurality of sensors for detecting at least one chemical, biological, radiological, explosive, nuclear, human or contraband agents and compounds and capable of being disposed within, on, upon or adjacent a multi sensor detection device; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**Patent Specifications**: Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015 |

| | |
|---|---|
| monitoring equipment of at least one of the products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone) for the receipt and transmission of signals therebetween, | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals."<br><br>**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals |
| wherein the monitoring equipment is equipped with a lock disabling mechanism that is able to engage (lock) and disengage (unlock) and disable (to make unavailable) a product's lock, wherein the lock disabling mechanism disables the product's lock after a specific number of tries by an unauthorized user to disengage the lock by maintaining the product's lock in the current state of the product's lock regardless of input entered to change the state of the product's lock by the unauthorized user; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents" for Plaintiff's "lock disabling system", that is interconnected to, or integrated with, Plaintiff's CMDC device(s).**<br><br>**Patent Specifications:** "FIG. 1 is a perspective view of the… an automatic/mechanical lock disabler and a fingerprint biometric lock with disabler… FIG. 14 is a representative schematic view of the… lock disabling system of the present invention illustrating interconnection of the… fingerprint biometric lock with disabler for engaging and disengaging the fingerprint biometric lock as part of the process of detection and safeguarding the public… The fingerprint biometric lock with disabler 62 is interconnected to the cpu 40… for receiving transmissions therefrom after detection… has occurred so that the lock… can be locked or disabled. Moreover, resetting of the fingerprint biometric lock with disabler 62 occurs when the fingerprint of the individual is placed on the fingerprint-matching pad 64, and if a match occurs with a known fingerprint stored by the cpu 40, then the individual can reset the fingerprint biometric lock with disabler 56… a fingerprint that matches stored and authorized fingerprints 102 would indicate an authorized individual, and would allow the individual to disable and disarm 104 the lock… The fingerprint biometric lock with disabler 62 would then be reset 106 after the appropriate safety… and protection measures are completed, and the system 10 would be reset and placed back in the detection mode 108"<br><br>**Example:** Security feature: After several unsuccessful log-in attempts using a passcode or fingerprint, an Android device automatically locks itself up. If unable to log in after the security layers, the only option is to have the device unlocked. The wrong pin will launch to Google Account Login. On Android Phone, multiple attempts (usually |

<table>
<tr>
<td></td>
<td>five attempts) with an unknown or a wrong pin will go either into a 30 seconds delay before further attempts are allowed or the phone will allow entry using your Google account password to unlock the phone. https://mashtips.com/unlock-samsung-phone-not-recognizing-fingerprint-or-alternative-password/. You can have your irises and multiple fingerprints registered along with a backup PIN, pattern or password. "Lock Network & Security" feature as my security net if my phone is stolen. The "Lock Network & Security" feature is supposed to prevent anyone else from turning OFF your phone and your wifi/data when your phone is locked, for purposes such guaranteeing that you will still be able to track or remotely control your phone when it is lost or stolen.<br><br><br>FBI tried to unlock the Android Phone</td>
</tr>
<tr>
<td>at least one cell phone tower interconnected to the monitoring equipment for sending signals thereto and receiving signals therefrom; or at least one satellite capable of transmitting signals to the monitoring equipment;</td>
<td>Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation<br><br>Cell Towers: Cell towers, also known as cell sites, are where electric communications equipment and antennae are mounted, allowing the surrounding area to use wireless communication devices. Whenever a cell phone is used, it emits an electromagnetic radio wave, called a radio frequency, that is received by the nearest cell tower's antenna. Once the cell tower receives this signal, it will transmit the signals to a switching center. This allows the call to be connected to either another mobile phone or to a telephone network. The equipment on cell towers includes transceivers and other supporting technology. There are multiple antennas attached to a cell tower, typically mounted on a head frame. When a phone is connected to a cellular network, it continually checks the signal strength of nearby towers and communicates that information to the network.<br><br>IPR Final Written Decision. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment";</td>
</tr>
</table>

<table>
<tr>
<td>at least one satellite or at least one cell phone tower capable of signal communication between the multi sensor detection device and the monitoring equipment;</td>
<td>

**Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents"**

**Satellite Phone.** Turn Your Smartphone into a Satellite Phone with Thuraya SatSleeve. The SatSleeve is a case that cradles your Smartphone and transforms it into a satellite phone. You can place calls and send text messages whenever you're under Thuraya's satellite footprint, which is just about everywhere in the world. All you have to do is pop the Phone into its included adapter then slide that into the full SatSleeve. The SatSleeve functions over Bluetooth to wireless provide your Smartphone with the total coverage you desire. It has its own dedicated emergency button. If you're ever in a dangerous situation, one press sends a call out to a predetermined number of your choice for help. It works even when your Smartphone is out of the SatSleeve. It comes with its own built-in rechargeable battery, so it can recharge your Phone.

**Satellite mobile phones**: Utilize satellites to communicate with landline, cellular, or other satellite phones in most regions of the world. Responders use satellite mobile phones for emergency communications in order to coordinate response and recovery efforts in remote areas, where there are no landline or cellular telephone networks, or in areas where existing networks are damaged or overloaded during a natural disaster (e.g., severe weather or earthquake) or a manmade incident, including potential chemical, biological, radiological, nuclear, or explosive events. Satellite mobile phones can help maintain command and control functions during an emergency when existing communications networks are not functioning. Satellite mobile phones can communicate with satellite phone systems and transmit the information signals, from voice or Short Message Service (SMS) text, to a receiving mobile phone. The U.S. Department of Homeland Security (DHS) established the System Assessment and Validation for Emergency Responders (SAVER) Program to assist emergency responders.

**Patent Specifications**: Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, wireless communication devices, monitoring sites, desktop personal computers (PCs) laptops, ***satellite cell phones***, cell phones, personal digital assistants (PDAs), and ***satellite monitoring***. Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Wi-Max, Internet, Ethernet, Broadband, Network Bandwidth, Wireless, Wired, Text Messaging, ***Cellular***, ***Satellite***…

</td>
</tr>
</table>

| | |
|---|---|
| at least one internet connection capable of communication between the multi sensor detection device and the monitoring equipment; and | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Internet communication between the multi sensor detection device and the monitoring equipment<br><br>**Internet for Samsung Galaxy S20 & Galaxy S21 Series:** Smartphones connecting to the Internet anytime and anywhere through public Wi-Fi hotspots that connect to the Internet through a shared connection. Mobile Internet is a smaller Internet scaled down to fit the dimensions of a mobile phone. The mobile phone network is an example of a cellular network. A cellular network has a cluster of geographic locations together known as a 'cell' which connect to the Internet through satellites. Each cell has a transmitting tower at its centre through which information is passed to and fro via digital radio waves. Two ways to connect to the internet through your mobile phone – Via a cellular telephone service provider or by using standard Wi-Fi. A Wi-Fi enabled device lets you surf the Web at free Wi-Fi hotspots. Through a cellular service provider, the phone connects to the Internet through data transfer the same way a PC does, but with a wireless link. We can access the same Web applications just like in our PCs if we use a Wireless Application Protocol (WAP)-enabled cell phone. WAP is the universal standard for wireless communications and applications. For operating mobile phone networks, Global System for Mobile Communications (GSM) and Code Division Multiple Access (CDMA) are the most commonly deployed. GSM and CDMA use different algorithms which allow multiple mobile phone users to share the same digital radio frequency without causing interfering for each other. Cell phones have an in-built antenna which is used to send packets of digital information back and forth with cell-phone towers via radio waves. Mobile phones connect to a cell tower in the area, and instead of connecting to another phone it connects to the Internet and can fetch or retrieve data. Through a cellular service provider, the phone connects to the Internet through data transfer the same way a PC does, but with a wireless link. We can access the same Web applications just like in our PCs if we use a Wireless Application Protocol (WAP)-enabled cell phone. WAP is the universal standard for wireless communications and applications. For operating mobile phone networks, Global System for Mobile Communications (GSM) and Code Division Multiple Access (CDMA) are the most commonly deployed. GSM and CDMA use different algorithms which allow multiple mobile phone users to share the same digital radio frequency without causing interfering for each other. Cell phones have an in-built antenna which is used to send packets of digital information back and forth with cell-phone towers via radio waves. Mobile phones connect to a cell tower in the area, and instead of connecting to another phone it connects to the Internet and can fetch or retrieve data. Mobile Voice goes in one channel and IP or SMS signaling over Mobile Internet in another. The General Packet Radio Service (GPRS) network provides a gateway to the internet through different frequency channels for uploading and downloading. The transfer of data between a wireless device and the Internet. The main component is Radio frequency (RF) energy.<br><br>**Patent Specifications:** Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Wi-Max, Internet, Ethernet, Broadband, Network Bandwidth, Wireless, Wired, Text Messaging, Cellular, Satellite, Telematics, Wide Area Network (WAN). Wireless Wide Area Network (WWAN), Local Area Network (LAN), Radio Frequency (RF), Broadband Wireless Access (BWA), Global Positioning System (GPS), |

| | |
|---|---|
| | General Packet Radio Services (GPRS). Global System for Mobile (GSM), Wideband Code Division Multiple Access (W-CDMA), Universal Mobile Telecommunications System (UMTS), Short Message Service (SMS)… |
| whereupon a signal sent to a receiver of the multi sensor detection device from a satellite; or to a cell phone tower; or through short and/or long-range radio frequency; causes a signal to be sent to the monitoring equipment that includes location data and sensor data; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**GPS Receiver:** The primary difference between GPS and Wi-Fi locating technologies is in the method of gathering location data. GPS uses satellites that orbit around the Earth to triangulate a user's location, whereas Wi-Fi locating technology uses relative network signal strength gathered at network access points. The Global Positioning System (GPS) is a government-owned navigation system that operates using radio waves. In order to properly use GPS, you must have a clear line of sight with at least four GPS satellites. Cellular location technology is actually an umbrella term that is used to describe a couple of locating technologies, including Wi-Fi and Sim-based methods. Where GPS lacks, cellular seems to fill in the gaps. Its capabilities shine well in populated areas where cell towers are more densely located. Cellular methods thrive in buildings, cities and densely-populated areas because of how it uses crowdsourced Wi-Fi data.<br><br>Building on the system he developed with NASA for the DHS Cell-All project, George Yu of Genel Systems Inc., created his NODE+ platform — a cylinder not much bigger than a thumb that can *transmit data* from sensors to a smartphone or other smart device or store it to be uploaded to any computer. The NODE+ operates independently of the cell phone and *transmits* the data it gathers using Bluetooth wireless technology. |
| wherein the multi sensor detection device is implemented by business or government at a minimum cost by products grouped together by common features in at least one of several product groupings of design similarity; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their current phones before integrated sensors are fully operational and readily available."<br><br>**Patent Specifications:** Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… |

| | |
|---|---|
| wherein the multi sensor detection device for any of one or more products listed in any of the plurality of product grouping categories to include but not limited to a maritime cargo container, a lock, or monitoring equipment (i.e., a computer terminal, personal computer (PC), a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop); | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series, is built in any of one or more products listed in any of the plurality of product grouping categories.<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***<br><br>**Patent Specifications**: Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to…<br><br>**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals |
| wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, or long and short-range radio frequency (RF) connection is in signal communication with the transmitter and the receiver of the monitoring equipment or multi sensor detection device and transceivers of the products. | **Plaintiff believes the Defendant & third-party Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**Patent Specifications:** Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Wi-Max, Internet, Ethernet, Broadband, Network Bandwidth, Wireless, Wired, Text Messaging, Cellular, Satellite, Telematics, Wide Area Network (WAN). Wireless Wide Area Network (WWAN), Local Area Network (LAN), Radio Frequency (RF), Broadband Wireless Access (BWA), Global Positioning System (GPS)…<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment..." |

| Patent #: 9,096,189; Independent Claim 9 | Samsung Galaxy S20 & Galaxy S21 Series and Samsung Galaxy Watch 3 Series |
|---|---|
| A multi-sensor detection system for detecting at least one explosive, nuclear, contraband, chemical, biological, human, or radiological agents and compounds, comprising: | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation for Plaintiff's CMDC device(s).**<br><br>**Samsung Galaxy S20 & Galaxy S21 Series** are believed to be communicating, monitoring, detecting, and controlling (CMDC) devices of at least one of the *new and improved* products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone); that comprises, are interconnected to, or integrated with, at least a Central Processing Unit (CPU), that is vital for processing instructions; an Operating System (OS); mobile apps developed for the CMDC devices operating system (OS) such as Android, Apple® iOS®, BlackBerry®, or Windows® Mobile; wireless protocol of Cellular, Bluetooth, Wi-Fi, etc., and CBRNE-H sensors that are placed in, on, upon, or adjacent the *new and improved* CMDC devices; interconnected to the CMDC devices for communication therebetween.<br><br>**Patent Specifications:** "The multi sensor detection and lock disabling system includes a detector case sized to fit in, upon or adjacent any of the aforedescribed products for detecting harmful and dangerous chemical, biological, and radiological agents, compounds and elements… As shown in FIGS. 1-10, the multi sensor detection and lock disabling system 10 includes at least one--and preferably many--detector case 12 that can be placed in, on, upon or adjacent the product…"<br><br>**Patent Specifications:** "Each detector can also be used as a manual, stand-alone hand-held scanner… Still, another objective of the present invention is to provide a multi sensor detection and disabling lock system wherein the interchangeable detectors that comprise part of the system can be used as stand-alone scanners… FIG. 12 is a representative schematic view of the multi sensor detection and lock disabling system of the present invention illustrating the sequence of steps undertaken by one detector when functioning as a standalone scanner for detecting an agent or compound… a light alarm indicator 54 that can be color coded for each specific agent and which is externally visible when the detector 46 is used as a stand-alone scanner… The detector 46 functions as a stand-alone scanner and can be wirelessly interconnected to offsite monitoring equipment."<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. |

to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015

**The Department of Homeland Security's Cell-All project.** "Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors. In the initial research and development phase, engineers miniaturized sensors to detect abnormal levels of potentially dangerous chemicals in the surrounding environment. When dangerous levels are detected, an application on the cell phone should automatically send sensor and location data over the network to a centralized server, which will then contact appropriate agencies and first responders. The eventual goal of the project is to embed multiple nanoscale sensors (for environmental chemicals, industrial toxins, radiation, and bioagents) directly into mobile phones…" "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their current phones before integrated sensors are fully operational and readily available." Retrieved from: Crowdsourcing urban surveillance: The development of homeland security markets for environmental sensor networks. Torin Monahan & Jennifer T. Mokos: A Department of Communication Studies, The University of North Carolina at Chapel Hill, CB# 3285, 115 Bingham Hall, Chapel Hill, NC 27599-3285, USA; and, a Department of Human & Organizational Development, Vanderbilt University, Peabody #90, 230 Appleton Place, Nashville, TN 37203-5721, USA

**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a nanosensor-embedded ''sleeve'' for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."

**CMDC Device Camera Sensor for Biological Detection:** "In the diagnostic test (below), a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or light up, when cut. When coronavirus RNA is present in the sample, it prompts the CRISPR proteins to snip the molecular probes, causing

the whole sample to emit light. This fluorescence can be detected with a cell phone camera." (*Image courtesy Science at Cal*). The COVID-19 virus is perceived as a biological weapon of mass destruction (BWMD).

**CMDC Device Geiger Counter for Radiological Detection:** Below is a picture of a "Smart Geiger Counter Nuclear Radiation Dosimeter "X-Ray" and "Gamma" Detector Smartphone Android iOS with App". Real-time display of measurement results. Ultra-low power consumption. World smallest Geiger Counter (30mm). Compatible with Android and iOS.

**Smartwatch**: To use a smartwatch as a stand-alone detection device, you need a smartphone. On the smartphone, the user installs the app that comes with the smartwatch stand-alone detection device, such as Android Wear (Wear OS—operating system from Samsung's Tizen software) or Watch from Apple (i.e., watch OS/7—operating system). By opening the accompanying app on the smartphone and turning on Bluetooth, the user can synchronize the smartwatch to function as a stand-alone detection device with the smartphone.

**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) is the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The Patent Owner's CPU is capable of arithmetic operations such as add and divide and flow control operations such as conditionals. The Patent Owner's central processing unit (CPU) is the electronic circuitry within the CMDC device that is vital and essential processes and executes program instructions.

| | |
|---|---|
| | **Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such as cpu 40, a transceiver and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween… or a bomb, explosives or other types of chemical, biological, radiological, or nuclear agents are detected within, upon, affixed or mounted… The cell phone monitor 152 includes the standard keypad functions 154 and more specialized system use (ring tone, email, photos, texting) functions 156 as well as a viewing screen 158. The cell phone detector case 150 includes a recharging cradle or seat 160, a front side 162, a top 164, a bottom 166, and a pair of opposed sides 168. At the back of the cell phone detector case 150 are connections, contacts, and ports for at least an Internet connection 170, a GPS connection 172, and a contact, plug, or port for a power source 174… the integration of portable electronic communication or telecommunication devices such as a cell phone 187a and/or a laptop computer 187b with the monitoring equipment 138 located at a predesignated monitoring site 188…" |
| a plurality of sensors for detecting at least one chemical, biological, radiological, explosive, nuclear, human or contraband agents and compounds and capable of being disposed within, on, upon or adjacent a multi sensor detection device, wherein at least one of the sensors is capable of detecting agents of an item of interest (IOI); | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**Patent Specifications**: Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans<br><br>**The Department of Homeland Security's Cell-All project.** "Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors… The eventual goal of the project is to embed multiple nanoscale sensors (for environmental chemicals, industrial toxins, radiation, and bioagents) directly into mobile phones…"<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015 |

<table>
<tr>
<td>monitoring equipment of at least one of the products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone) for the receipt and transmission of signals therebetween;</td>
<td>

**Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**

**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals."

**Patent Specifications:** "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals

</td>
</tr>
</table>

<table>
<tr>
<td>at least one satellite or at least one cell phone tower capable of signal communication between the multi sensor detection device and the monitoring equipment;</td>
<td>

**Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents"**

**Satellite Phone.** Turn Your Smartphone into a Satellite Phone with Thuraya SatSleeve. The SatSleeve is a case that cradles your Smartphone and transforms it into a satellite phone. You can place calls and send text messages whenever you're under Thuraya's satellite footprint, which is just about everywhere in the world. All you have to do is pop the Phone into its included adapter then slide that into the full SatSleeve. The SatSleeve functions over Bluetooth to wireless provide your Smartphone with the total coverage you desire. It has its own dedicated emergency button. If you're ever in a dangerous situation, one press sends a call out to a predetermined number of your choice for help. It works even when your Smartphone is out of the SatSleeve. It comes with its own built-in rechargeable battery, so it can recharge your Phone.

**Satellite mobile phones**: Utilize satellites to communicate with landline, cellular, or other satellite phones in most regions of the world. Responders use satellite mobile phones for emergency communications in order to coordinate response and recovery efforts in remote areas, where there are no landline or cellular telephone networks, or in areas where existing networks are damaged or overloaded during a natural disaster (e.g., severe weather or earthquake) or a manmade incident, including potential chemical, biological, radiological, nuclear, or explosive events. Satellite mobile phones can help maintain command and control functions during an emergency when existing communications networks are not functioning. Satellite mobile phones can communicate with satellite phone systems and transmit the information signals, from voice or Short Message Service (SMS) text, to a receiving mobile phone. The U.S. Department of Homeland Security (DHS) established the System Assessment and Validation for Emergency Responders (SAVER) Program to assist emergency responders.

**Patent Specifications**: Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, wireless communication devices, monitoring sites, desktop personal computers (PCs) laptops, ***satellite cell phones***, cell phones, personal digital assistants (PDAs), and ***satellite monitoring***. Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Wi-Max, Internet, Ethernet, Broadband, Network Bandwidth, Wireless, Wired, Text Messaging, ***Cellular***, ***Satellite***...

</td>
</tr>
</table>

| | |
|---|---|
| at least one internet connection capable of communication between the multi sensor detection device and the monitoring equipment; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Internet communication between the multi sensor detection device and the monitoring equipment<br><br>**Internet for Samsung Galaxy S20 & Galaxy S21 Series:** Smartphones connecting to the Internet anytime and anywhere through public Wi-Fi hotspots that connect to the Internet through a shared connection. Mobile Internet is a smaller Internet scaled down to fit the dimensions of a mobile phone. The mobile phone network is an example of a cellular network. A cellular network has a cluster of geographic locations together known as a 'cell' which connect to the Internet through satellites. Each cell has a transmitting tower at its centre through which information is passed to and fro via digital radio waves. Two ways to connect to the internet through your mobile phone – Via a cellular telephone service provider or by using standard Wi-Fi. A Wi-Fi enabled device lets you surf the Web at free Wi-Fi hotspots. Through a cellular service provider, the phone connects to the Internet through data transfer the same way a PC does, but with a wireless link. We can access the same Web applications just like in our PCs if we use a Wireless Application Protocol (WAP)-enabled cell phone. WAP is the universal standard for wireless communications and applications. For operating mobile phone networks, Global System for Mobile Communications (GSM) and Code Division Multiple Access (CDMA) are the most commonly deployed. GSM and CDMA use different algorithms which allow multiple mobile phone users to share the same digital radio frequency without causing interfering for each other. Cell phones have an in-built antenna which is used to send packets of digital information back and forth with cell-phone towers via radio waves. Mobile phones connect to a cell tower in the area, and instead of connecting to another phone it connects to the Internet and can fetch or retrieve data. Through a cellular service provider, the phone connects to the Internet through data transfer the same way a PC does, but with a wireless link. We can access the same Web applications just like in our PCs if we use a Wireless Application Protocol (WAP)-enabled cell phone. WAP is the universal standard for wireless communications and applications. For operating mobile phone networks, Global System for Mobile Communications (GSM) and Code Division Multiple Access (CDMA) are the most commonly deployed. GSM and CDMA use different algorithms which allow multiple mobile phone users to share the same digital radio frequency without causing interfering for each other. Cell phones have an in-built antenna which is used to send packets of digital information back and forth with cell-phone towers via radio waves. Mobile phones connect to a cell tower in the area, and instead of connecting to another phone it connects to the Internet and can fetch or retrieve data. Mobile Voice goes in one channel and IP or SMS signaling over Mobile Internet in another. The General Packet Radio Service (GPRS) network provides a gateway to the internet through different frequency channels for uploading and downloading. The transfer of data between a wireless device and the Internet. The main component is Radio frequency (RF) energy.<br><br>**Patent Specifications:** Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Wi-Max, Internet, Ethernet, Broadband, Network Bandwidth, Wireless, Wired, Text Messaging, Cellular, Satellite, Telematics, Wide Area Network (WAN). Wireless Wide Area Network (WWAN), Local Area Network (LAN), Radio Frequency (RF), Broadband Wireless Access (BWA), Global Positioning System (GPS), |

<table>
<tr><td></td><td>General Packet Radio Services (GPRS). Global System for Mobile (GSM), Wideband Code Division Multiple Access (W-CDMA), Universal Mobile Telecommunications System (UMTS), Short Message Service (SMS)…</td></tr>
<tr><td>whereupon a signal sent to a receiver of the multi sensor detection device from a satellite; or from a cell phone tower; or through short and/or long-range radio frequency; causes a signal to be sent to the monitoring equipment that includes location data and sensor data;</td><td>Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation<br><br>Building on the system he developed with NASA for the DHS Cell-All project, George Yu of Genel Systems Inc., created his NODE+ platform — a cylinder not much bigger than a thumb that can transmit data from sensors to a smartphone or other smart device or store it to be uploaded to any computer. The NODE+ operates independently of the cell phone and transmits the data it gathers using Bluetooth wireless technology.<br><br>GPS Receiver: The primary difference between GPS and Wi-Fi locating technologies is in the method of gathering location data. GPS uses satellites that orbit around the Earth to triangulate a user's location, whereas Wi-Fi locating technology uses relative network signal strength gathered at network access points. The Global Positioning System (GPS) is a government-owned navigation system that operates using radio waves. In order to properly use GPS, you must have a clear line of sight with at least four GPS satellites. Cellular location technology is actually an umbrella term that is used to describe a couple of locating technologies, including Wi-Fi and Sim-based methods. Where GPS lacks, cellular seems to fill in the gaps. Its capabilities shine well in populated areas where cell towers are more densely located. Cellular methods thrive in buildings, cities and densely-populated areas because of how it uses crowdsourced Wi-Fi data.<br><br></td></tr>
</table>

| | |
|---|---|
| wherein the multi sensor detection device for any of one or more products listed in any of the plurality of product grouping categories to include but not limited to a maritime cargo container, a lock, or monitoring equipment (i.e., a computer terminal, personal computer (PC), a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop); | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series, is built in any of one or more products listed in any of the plurality of product grouping categories.<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***<br><br>**Patent Specifications**: Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to…<br><br>**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals |
| wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, or broadband connection, is in signal communication with the transmitter and the receiver of the monitoring equipment and transceivers of the products;<br>. | **Plaintiff believes the Defendant & third-party Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**Patent Specifications:** Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Wi-Max, Internet, Ethernet, Broadband, Network Bandwidth, Wireless, Wired, Text Messaging, Cellular, Satellite, Telematics, Wide Area Network (WAN). Wireless Wide Area Network (WWAN), Local Area Network (LAN), Radio Frequency (RF), Broadband Wireless Access (BWA), Global Positioning System (GPS)…<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment..." |

| | |
|---|---|
| at least one tag that is read by the monitoring equipment that is capable of wireless near-field communication to achieve detection of at least one of the explosive agent, the nuclear agent, the contraband agent, the chemical agent, the biological agent, the human agent, or the radiological agent which allows radio frequency (RF) data to be received and transferred between the tag and the monitoring equipment. | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents"**<br><br>"The combination of NFC tags with sensors becomes a new route to realize wireless communication sensed functions, which endows a smartphone with capabilities to rapidly obtain sensing information by simply reading an NFC tag integrated with a sensor" Opperman C.A., Hancke G.P. Using NFC-enabled phones for remote data acquisition and digital control; Proceedings of the IEEE Africon '11; Livingstone, Zambia. 13–15 Sept. 2011; pp. 1–6.<br><br>"A joint research group including senior researcher Shinsuke Ishihara at the Frontier Molecules Group, International Center for Materials Nanoarchitectonics (MANA), National Institute for Materials Science (NIMS), and Professor Timothy M. Swager, at the Massachusetts Institute of Technology (MIT), developed a chemical sensing material whose electrical conductivity dramatically increases when exposed to toxic gases. In addition, the group integrated the sensing material into the electronic circuit in a near-field communication (NFC) tag, which is embedded in smart cards… [w]e created a toxic gas sensor whose measurement can be read on smartphones by integrating the chemical sensing material into the electronic circuit present in a commercially available NFC tag. Users can readily determine the presence/absence of toxic gas by holding an NFC-compatible smartphone over a sensor-embedded NFC tag while making sure that communication between the two devices is intact. The sensor is disposable, and 1 g of the chemical sensing material makes 4 million sensors. So, it is feasible to mass-produce the sensor at low cost."<br><br>Smartphones are equipped with NFC technology, that is used in peer-to-peer payment and data transfer apps. NFC stands for near-field communication, and it allows phones, tablets, laptops, and other devices to share data with other NFC-equipped devices. NFC's small radius is a major security benefit, and one reason why NFC has taken off as a secure alternative to RFID technology. An NFC connection is automatically started when another NFC device enters into the wireless standard four-inch range. Once in range, the two devices instantly communicate. The alleged infringing devices (i.e., new and improved cell phones, smartphones, smartwatches, or cell phone detection devices) are equipped with NFC technology.<br><br>**Patent Specifications:** "The multi sensor detection and lock disabling system includes a detector case sized to fit in, upon or adjacent any of the aforedescribed products for detecting harmful and dangerous chemical, biological, and radiological agents, compounds and elements… As shown in FIGS. 1-10, the multi sensor detection and lock disabling system 10 includes at least one--and preferably many--detector case 12 that can be placed in, on, upon or adjacent the product…" |

| Patent #: 9,589,439; Independent Claim 13 | Samsung Galaxy S20 & Galaxy S21 Series and Samsung Galaxy Watch 3 Series |
|---|---|
| A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a personal digital assistant (PDA), a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation for Plaintiff's CMDC device(s).**<br><br>**Samsung Galaxy S20 & Galaxy S21 Series** are believed to be communicating, monitoring, detecting, and controlling (CMDC) devices of at least one of the *new and improved* products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone); that comprises, are interconnected to, or integrated with, at least a Central Processing Unit (CPU), that is vital for processing instructions; an Operating System (OS); mobile apps developed for the CMDC devices operating system (OS) such as Android, Apple® iOS®, BlackBerry®, or Windows® Mobile; wireless protocol of Cellular, Bluetooth, Wi-Fi, etc., and CBRNE-H sensors that are placed in, on, upon, or adjacent the *new and improved* CMDC devices; interconnected to the CMDC devices for communication therebetween.<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, "built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device". Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015<br><br>**The Department of Homeland Security's Cell-All project**. "Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors. In the initial research and development phase, engineers miniaturized sensors to detect abnormal levels of potentially dangerous chemicals in the surrounding environment. When dangerous levels are detected, an application on the cell phone should automatically send sensor and location data over the network to a centralized server, which will then contact appropriate agencies and first responders. The eventual goal of the project is to embed multiple nanoscale sensors (for environmental chemicals, industrial toxins, radiation, and bioagents) directly into mobile phones…" "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their |

current phones before integrated sensors are fully operational and readily available." Retrieved from: Crowdsourcing urban surveillance: The development of homeland security markets for environmental sensor networks. Torin Monahan & Jennifer T. Mokos: A Department of Communication Studies, The University of North Carolina at Chapel Hill, CB# 3285, 115 Bingham Hall, Chapel Hill, NC 27599-3285, USA; and, a Department of Human & Organizational Development, Vanderbilt University, Peabody #90, 230 Appleton Place, Nashville, TN 37203-5721, USA

**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a nanosensor-embedded ''sleeve'' for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."

**CMDC Device Camera Sensor for Biological Detection:** "In the diagnostic test (below), a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or light up, when cut. When coronavirus RNA is present in the sample, it prompts the CRISPR proteins to snip the molecular probes, causing the whole sample to emit light. This fluorescence can be detected with a cell phone camera." (*Image courtesy Science at Cal*). The COVID-19 virus is perceived as a biological weapon of mass destruction (BWMD).

**CMDC Device Geiger Counter for Radiological Detection:** Below is a picture of a "Smart Geiger Counter Nuclear Radiation Dosimeter "X-Ray" and "Gamma" Detector Smartphone Android iOS with App". Real-time display of measurement results. Ultra-low power consumption. World smallest Geiger Counter (30mm). Compatible with Android and iOS.



**Smartwatch**: To use a smartwatch as a stand-alone detection device, you need a smartphone. On the smartphone, the user installs the app that comes with the smartwatch stand-alone detection device, such as Android Wear (Wear OS—operating system from Samsung's Tizen software) or Watch from Apple (i.e., watch OS/7—operating system). By opening the accompanying app on the smartphone and turning on Bluetooth, the user can synchronize the smartwatch to function as a stand-alone detection device with the smartphone.

**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) is the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The Patent Owner's CPU is capable of arithmetic operations such as add and divide and flow control operations such as conditionals. The Patent Owner's central processing unit (CPU) is the electronic circuitry within the CMDC device that is vital and essential processes and executes program instructions.

**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such as cpu 40, a transceiver and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween… or a bomb, explosives or other types of chemical, biological, radiological, or nuclear agents are detected within, upon, affixed or mounted… The cell phone monitor 152 includes the standard keypad functions 154 and more specialized system use (ring tone, email, photos, texting) functions 156 as well as a viewing screen 158. The cell phone detector case 150 includes a recharging cradle or seat 160, a front side 162, a top 164, a bottom 166, and a pair of opposed sides 168. At the back of the cell phone detector case 150 are connections, contacts, and ports for at least an Internet connection 170, a GPS connection 172, and a contact, plug, or port for a power source 174…

| | |
|---|---|
| at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor; that is wired or wireless, capable of being disposed within, on, upon or adjacent the communication device; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents"**<br><br>**Interchangeable Sensors**: Building on the system he developed with NASA for the DHS Cell-All project, George Yu of Genel Systems Inc., created his NODE+ platform — a cylinder not much bigger than a thumb that can transmit data from sensors to a smartphone or other smart device or store it to be uploaded to any computer. The NODE+ operates independently of the cell phone and transmits the data it gathers using Bluetooth wireless technology. Variable converted off-the-shelf sensors, such as infrared thermometers, color referencers, motion sensors and barcode readers, into *interchangeable modules* that can be snapped onto either end of smartphone or other smart device, so two modules can be used simultaneously. There is a module for carbon dioxide detection and another that senses carbon monoxide, nitric oxide and other gases. "Using a common platform for multiple sensor modules, you save a lot of money," Yu says. The NODE+ is compatible with Android and Apple smart devices.<br><br>The NODE+ platform can be outfitted with an array of different sensor modules and can store data or transmit it to a smart device using Bluetooth wireless technology. ***Credits: Variable Inc.*** |

| | |
|---|---|
| at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front-end processor for communication between a host computer and other devices; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) of the alleged infringing devices are the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The components for a processor are condensed to fit in the smartphone, and exist as a mobile application processor, or a System-on-a-Chip (SoC), that includes the CPU. Mobile application processors are found in smartphones, smartwatches, and tablets. |
| a transmitter for transmitting signals and messages to at least one of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series transmits signals and messages to at least one of plurality product groups.<br><br>**Patent Specifications**: Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel" |

| | |
|---|---|
| a receiver for receiving signals, data or messages from at least one of the multi-sensor detection device, the maritime cargo container, the cell phone detection device, or the locking device; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series receives signals, data or messages from at least one of plurality product groups.<br><br>**Patent Specifications**: Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF), Global Positioning System (GPS)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel" |
| at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series are literally infringing the wireless protocols listed in the claim limitation of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection. |

| | |
|---|---|
| the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween; and | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Smartphones are equipped with NFC technology, that is used in peer-to-peer payment and data transfer apps. NFC stands for near-field communication, and it allows phones, tablets, laptops, and other devices to share data with other NFC-equipped devices. NFC's small radius is a major security benefit, and one reason why NFC has taken off as a secure alternative to RFID technology. An NFC connection is automatically started when another NFC device enters into the wireless standard four-inch range. Once in range, the two devices instantly communicate. The alleged infringing devices (i.e., new and improved cell phones, smartphones, smartwatches, or cell phone detection devices) are equipped with NFC technology. |
| whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock locking devices, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series Security feature: The devices are is capable of sending signals to lock and unlock doors; activate or deactivate security systems in homes, buildings, or vehicles; detect for Chemical, Biological, Radiological, Nuclear, or Explosive's agents; to stop, stall, or slowdown vehicles, to include driverless land and aerial vehicles; of diagnosing biological and/or chemical medical conditions, and receiving data that the intended task has been accomplished. |
| wherein the communication device receives a signal via any of one or more products in any product grouping categories; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series receives signals, data or messages from at least one of plurality product groups.<br><br>**Patent Specifications:** Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, |

| | |
|---|---|
| | desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF), Global Positioning System (GPS)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel" |
| wherein the at least one of the satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, or short-range radio frequency (RF) connection is capable of signal communication with the transmitter, the receiver of the communication device, or transceivers of the products; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series are literally infringing the wireless protocols listed in the claim limitation of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection. |
| wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents" for Plaintiff's "lock disabling system".**<br><br>**Patent specifications**: "FIG. 1 is a perspective view of the… an automatic/mechanical lock disabler and a fingerprint biometric lock with disabler… FIG. 14 is a representative schematic view of the… lock disabling system of the present invention illustrating interconnection of the… fingerprint biometric lock with disabler for engaging and disengaging the fingerprint biometric lock as part of the process of detection and safeguarding the public… The fingerprint biometric lock with disabler 62 is interconnected to the cpu 40… for receiving transmissions therefrom after detection… has occurred so that the lock… can be locked or disabled. Moreover, resetting of the fingerprint biometric lock with disabler 62 occurs when the fingerprint of the individual is placed on the fingerprint-matching pad 64, and if a match occurs with a known fingerprint stored by the cpu 40, then the individual can reset the fingerprint biometric lock with disabler 56… a fingerprint that matches stored and authorized fingerprints 102 would indicate an authorized individual, and would allow the individual to disable and disarm 104 the lock… The fingerprint biometric lock with disabler 62 would then be reset 106 after the appropriate safety… and protection measures are completed, and the system 10 would be reset and placed back in the detection mode 108" |

| | |
|---|---|
| | **Example:** Security feature: After several unsuccessful log-in attempts using a passcode or fingerprint, an Android device automatically locks itself up. If unable to log in after the security layers, the only option is to have the device unlocked. The wrong pin will launch to Google Account Login. On Android Phone, multiple attempts (usually five attempts) with an unknown or a wrong pin will go either into a 30 seconds delay before further attempts are allowed or the phone will allow entry using your Google account password to unlock the phone. *https://mashtips.com/unlock-samsung-phone-not-recognizing-fingerprint-or-alternative-password/*. You can have your irises and multiple fingerprints registered along with a backup PIN, pattern or password. "Lock Network & Security" feature as my security net if my phone is stolen. The "Lock Network & Security" feature is supposed to prevent anyone else from turning OFF your phone and your wifi/data when your phone is locked, for purposes such guaranteeing that you will still be able to track or remotely control your phone when it is lost or stolen.<br><br>*FBI tried to unlock the Android Phone* |
| wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group consisting of satellite, Bluetooth, WiFi, internet, radio frequency (RF), cellular, broadband, long range radio frequency (RF), and short-range radio frequency (RF). | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**Alleged Infringing Devices Turned into Satellite mobile phones**: Utilize satellites to communicate with landline, cellular, or other satellite phones in most regions of the world. Responders use satellite mobile phones for emergency communications in order to coordinate response and recovery efforts in remote areas, where there are no landline or cellular telephone networks, or in areas where existing networks are damaged or overloaded during a natural disaster (e.g., severe weather or earthquake) or a manmade incident, including potential chemical, biological, radiological, nuclear, or explosive events. Satellite mobile phones can help maintain command and control functions during an emergency when existing communications networks are not functioning. Satellite mobile phones can communicate with satellite phone systems and transmit the information signals, from voice or Short Message Service (SMS) text, to a receiving mobile phone. The U.S. Department of Homeland Security (DHS) established the System Assessment and Validation for Emergency Responders (SAVER) Program to assist emergency responders. |

| Patent #: 9,589,439; Independent Claim 14 | Samsung Galaxy S20 & Galaxy S21 Series and Samsung Galaxy Watch 3 Series |
|---|---|
| Monitoring equipment of at least one of products grouped together by common features in a product groupings category of design similarity comprising a computer terminal, personal computer (PC), laptop, desktop, notebook PC, handheld, cell phone, personal digital assistant (PDA) or smart phone interconnected to a product for communication therebetween, the monitoring equipment comprising: | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation for Plaintiff's CMDC device(s).**<br><br>**Samsung Galaxy S20 & Galaxy S21 Series** are believed to be communicating, monitoring, detecting, and controlling (CMDC) devices of at least one of the *new and improved* products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone); that comprises, are interconnected to, or integrated with, at least a Central Processing Unit (CPU), that is vital for processing instructions; an Operating System (OS); mobile apps developed for the CMDC devices operating system (OS) such as Android, Apple® iOS®, BlackBerry®, or Windows® Mobile; wireless protocol of Cellular, Bluetooth, Wi-Fi, etc., and CBRNE-H sensors that are placed in, on, upon, or adjacent the *new and improved* CMDC devices; interconnected to the CMDC devices for communication therebetween.<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, "built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device". Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015<br><br>**The Department of Homeland Security's Cell-All project**. "Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors. In the initial research and development phase, engineers miniaturized sensors to detect abnormal levels of potentially dangerous chemicals in the surrounding environment. When dangerous levels are detected, an application on the cell phone should automatically send sensor and location data over the network to a centralized server, which will then contact appropriate agencies and first responders. The eventual goal of the project is to embed multiple nanoscale sensors (for environmental chemicals, industrial toxins, radiation, and bioagents) directly into mobile phones…" "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their |

current phones before integrated sensors are fully operational and readily available." Retrieved from: Crowdsourcing urban surveillance: The development of homeland security markets for environmental sensor networks. Torin Monahan & Jennifer T. Mokos: A Department of Communication Studies, The University of North Carolina at Chapel Hill, CB# 3285, 115 Bingham Hall, Chapel Hill, NC 27599-3285, USA; and, a Department of Human & Organizational Development, Vanderbilt University, Peabody #90, 230 Appleton Place, Nashville, TN 37203-5721, USA

**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a nanosensor-embedded ''sleeve'' for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."

**CMDC Device Camera Sensor for Biological Detection:** "In the diagnostic test (below), a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or light up, when cut. When coronavirus RNA is present in the sample, it prompts the CRISPR proteins to snip the molecular probes, causing the whole sample to emit light. This fluorescence can be detected with a cell phone camera." (*Image courtesy Science at Cal*). The COVID-19 virus is perceived as a biological weapon of mass destruction (BWMD).

**CMDC Device Geiger Counter for Radiological Detection:** Below, is a picture of a "Smart Geiger Counter Nuclear Radiation Dosimeter "X-Ray" and "Gamma" Detector Smartphone Android iOS with App. Real-time display of measurement results. Ultra-low power consumption. World smallest Geiger Counter (30mm). Compatible with Android and iOS." (Samsung & LG's Android; and Apple's iOS)



| | |
|---|---|
| | <br><br><br>**Smartwatch**: To use a smartwatch as a stand-alone detection device, you need a smartphone. On the smartphone, the user installs the app that comes with the smartwatch stand-alone detection device, such as Android Wear (Wear OS—operating system from Samsung's Tizen software) or Watch from Apple (i.e., watch OS/7—operating system). By opening the accompanying app on the smartphone and turning on Bluetooth, the user can synchronize the smartwatch to function as a stand-alone detection device with the smartphone.<br><br>**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) is the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The Patent Owner's CPU is capable of arithmetic operations such as add and divide and flow control operations such as conditionals. The Patent Owner's central processing unit (CPU) is the electronic circuitry within the CMDC device that is vital and essential processes and executes program instructions.<br><br>**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such as cpu 40, a transceiver and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween… or a bomb, explosives or other types of chemical, biological, radiological, or nuclear agents are detected within, upon, affixed or mounted… The cell phone monitor 152 includes the standard keypad functions 154 and more specialized system use (ring tone, email, photos, texting) functions 156 as well as a viewing screen 158. The cell phone detector case 150 includes a recharging cradle or seat 160, a front side 162, a top 164, a bottom 166, and a pair of opposed sides 168. At the back of the cell phone detector case 150 are connections, contacts, and ports for at least an Internet connection 170, a GPS connection 172, and a contact, plug, or port for a power source 174… the integration of portable electronic communication or telecommunication devices such as a cell phone 187a and/or a laptop computer 187b with the monitoring equipment 138 located at a predesignated monitoring site 188…" |

| | |
|---|---|
| at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor; that is wired or wireless, capable of being disposed within, on, upon or adjacent the monitoring equipment; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents"**<br><br>**Interchangeable Sensors**: Building on the system he developed with NASA for the DHS Cell-All project, George Yu of Genel Systems Inc., created his NODE+ platform — a cylinder not much bigger than a thumb that can transmit data from sensors to a smartphone or other smart device or store it to be uploaded to any computer. The NODE+ operates independently of the cell phone and transmits the data it gathers using Bluetooth wireless technology. Variable converted off-the-shelf sensors, such as infrared thermometers, color referencers, motion sensors and barcode readers, into *interchangeable modules* that can be snapped onto either end of smartphone or other smart device, so two modules can be used simultaneously. There is a module for carbon dioxide detection and another that senses carbon monoxide, nitric oxide and other gases. "Using a common platform for multiple sensor modules, you save a lot of money," Yu says. The NODE+ is compatible with Android and Apple smart devices.<br><br>The NODE+ platform can be outfitted with an array of different sensor modules and can store data or transmit it to a smart device using Bluetooth wireless technology. ***Credits: Variable Inc.*** |

| | |
|---|---|
| at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front-end processor for communication between a host computer and other devices; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) of the alleged infringing devices are the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The components for a processor are condensed to fit in the smartphone, and exist as a mobile application processor, or a System-on-a-Chip (SoC), that includes the CPU. Mobile application processors are found in smartphones, smartwatches, and tablets. |
| a transmitter for transmitting signals and messages to at least one of a multi-sensor detection device, a maritime cargo container, a cell phone detection device; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series transmits signals and messages to at least one of plurality product groups.<br><br>**Patent Specifications**: Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel" |

| | |
|---|---|
| a receiver for receiving signals, data or messages from at least one of the multi-sensor detection device, maritime cargo container, the cell phone detection device; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series receives signals, or data or from at least one of plurality product groups.<br><br>**Patent Specifications:** Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF), Global Positioning System (GPS)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel" |
| a lock disabling mechanism that is able to engage (lock), or disengage (unlock), or disable (make unavailable) a product's lock, wherein the lock disabling mechanism disables the product's lock after a specific number of tries by an unauthorized user to disengage the lock by maintaining the product's lock in the current state of the product's lock regardless of input entered to change the state of the product's lock by the unauthorized user; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents" for Plaintiff's "lock disabling system", that is interconnected to, or integrated with, Plaintiff's CMDC device(s).**<br><br>**Patent Specifications**: "FIG. 1 is a perspective view of the… an automatic/mechanical lock disabler and a fingerprint biometric lock with disabler… FIG. 14 is a representative schematic view of the… lock disabling system of the present invention illustrating interconnection of the… fingerprint biometric lock with disabler for engaging and disengaging the fingerprint biometric lock as part of the process of detection and safeguarding the public… The fingerprint biometric lock with disabler 62 is interconnected to the cpu 40… for receiving transmissions therefrom after detection… has occurred so that the lock… can be locked or disabled. Moreover, resetting of the fingerprint biometric lock with disabler 62 occurs when the fingerprint of the individual is placed on the fingerprint-matching pad 64, and if a match occurs with a known fingerprint stored by the cpu 40, then the individual can reset the fingerprint biometric lock with disabler 56… a fingerprint that matches stored and authorized fingerprints 102 would indicate an authorized |

| | |
|---|---|
| | individual, and would allow the individual to disable and disarm 104 the lock... The fingerprint biometric lock with disabler 62 would then be reset 106 after the appropriate safety... and protection measures are completed, and the system 10 would be reset and placed back in the detection mode 108"<br><br>**Example:** Security feature: After several unsuccessful log-in attempts using a passcode or fingerprint, an Android device automatically locks itself up. If unable to log in after the security layers, the only option is to have the device unlocked. The wrong pin will launch to Google Account Login. On Android Phone, multiple attempts (usually five attempts) with an unknown or a wrong pin will go either into a 30 seconds delay before further attempts are allowed or the phone will allow entry using your Google account password to unlock the phone. *https://mashtips.com/unlock-samsung-phone-not-recognizing-fingerprint-or-alternative-password/*. You can have your irises and multiple fingerprints registered along with a backup PIN, pattern or password. "Lock Network & Security" feature as my security net if my phone is stolen. The "Lock Network & Security" feature is supposed to prevent anyone else from turning OFF your phone and your wifi/data when your phone is locked, for purposes such guaranteeing that you will still be able to track or remotely control your phone when it is lost or stolen.<br><br><br>*FBI tried to unlock the Android Phone* |
| at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series are literally infringing the wireless protocols listed in the claim limitation of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection. |

| | |
|---|---|
| monitoring equipment of at least a fixed, portable or mobile monitoring equipment interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween; and | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Smartphones are equipped with NFC technology, that is used in peer-to-peer payment and data transfer apps. NFC stands for near-field communication, and it allows phones, tablets, laptops, and other devices to share data with other NFC-equipped devices. NFC's small radius is a major security benefit, and one reason why NFC has taken off as a secure alternative to RFID technology. An NFC connection is automatically started when another NFC device enters into the wireless standard four-inch range. Once in range, the two devices instantly communicate. The alleged infringing devices (i.e., new and improved cell phones, smartphones, smartwatches, or cell phone detection devices) are equipped with NFC technology. |
| whereupon the monitoring equipment, is interconnected to a product equipped to receive signals from or send signals to the lock disabling mechanism that is able to engage, disengage, or disable the lock, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series Security feature: The devices are is capable of sending signals to lock and unlock doors; activate or deactivate security systems in homes, buildings, or vehicles; detect for Chemical, Biological, Radiological, Nuclear, or Explosive's agents; to stop, stall, or slowdown vehicles, to include driverless land and aerial vehicles; of diagnosing biological and/or chemical medical conditions, and receiving data that the intended task has been accomplished. |
| wherein the monitoring equipment is implemented by business or government at a minimum cost by products grouped together by common features in at least one of several product groupings of design similarity; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their current phones before integrated sensors are fully operational and readily available."<br><br>**Patent Specifications:** Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds... |

<table>
<tr>
<td>wherein the at least one of the satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, or short-range radio frequency (RF) connection is in signal communication with the transmitter, the receiver of the monitoring equipment, or transceivers of the products.</td>
<td>

**Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**

Samsung Gal S20 & Gal S21 Series are literally infringing the wireless protocols listed in the claim limitation of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS

**Monitoring Equipment:** The Smart Watch performs substantially the same function; in substantially the same way; to achieve substantially the same results as the alleged infringing products, and is therefore included in the product grouping category that is based on "*common features of design similarity*"; communication devices or monitoring equipment. The Smart Watch is interconnected through Bluetooth to the host device (i.e., new and improved cell phone), and has the ability to operate as a stand-alone detection device.

</td>
</tr>
</table>

| Patent #: 9,589,439; Independent Claim 15 | Samsung Galaxy S20 & Galaxy S21 Series and Samsung Galaxy Watch 3 Series |
|---|---|
| Monitoring equipment of at least one of the products grouped together by common features in a product groupings category of design similarity comprising a computer terminal, personal computer (PC), laptop, desktop, notebook PC, handheld, cell phone, personal digital assistant (PDA) or smart phone interconnected to a product for communication therebetween, the monitoring equipment comprising: | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation for Plaintiff's CMDC device(s).**<br><br>**Samsung Galaxy S20 & Galaxy S21 Series** are believed to be communicating, monitoring, detecting, and controlling (CMDC) devices of at least one of the *new and improved* products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone); that comprises, are interconnected to, or integrated with, at least a Central Processing Unit (CPU), that is vital for processing instructions; an Operating System (OS); mobile apps developed for the CMDC devices operating system (OS) such as Android, Apple® iOS®, BlackBerry®, or Windows® Mobile; wireless protocol of Cellular, Bluetooth, Wi-Fi, etc., and CBRNE-H sensors that are placed in, on, upon, or adjacent the *new and improved* CMDC devices; interconnected to the CMDC devices for communication therebetween.<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, "built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device". Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015<br><br>**The Department of Homeland Security's Cell-All project.** "Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors. In the initial research and development phase, engineers miniaturized sensors to detect abnormal levels of potentially dangerous chemicals in the surrounding environment. When dangerous levels are detected, an application on the cell phone should automatically send sensor and location data over the network to a centralized server, which will then contact appropriate agencies and first responders. The eventual goal of the project is to embed multiple nanoscale sensors (for environmental chemicals, industrial toxins, radiation, and bioagents) directly into mobile phones…" "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their |

current phones before integrated sensors are fully operational and readily available." Retrieved from: Crowdsourcing urban surveillance: The development of homeland security markets for environmental sensor networks. Torin Monahan & Jennifer T. Mokos: A Department of Communication Studies, The University of North Carolina at Chapel Hill, CB# 3285, 115 Bingham Hall, Chapel Hill, NC 27599-3285, USA; and, a Department of Human & Organizational Development, Vanderbilt University, Peabody #90, 230 Appleton Place, Nashville, TN 37203-5721, USA

**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a nanosensor-embedded ''sleeve'' for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."

**CMDC Device Camera Sensor for Biological Detection:** "In the diagnostic test (below), a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or light up, when cut. When coronavirus RNA is present in the sample, it prompts the CRISPR proteins to snip the molecular probes, causing the whole sample to emit light. This fluorescence can be detected with a cell phone camera." (*Image courtesy Science at Cal*). The COVID-19 virus is perceived as a biological weapon of mass destruction (BWMD).

**CMDC Device Geiger Counter for Radiological Detection:** Below is a picture of a "Smart Geiger Counter Nuclear Radiation Dosimeter "X-Ray" and "Gamma" Detector Smartphone Android iOS with App". Real-time display of measurement results. Ultra-low power consumption. World smallest Geiger Counter (30mm). Compatible with Android and iOS.



**Smartwatch**: To use a smartwatch as a stand-alone detection device, you need a smartphone. On the smartphone, the user installs the app that comes with the smartwatch stand-alone detection device, such as Android Wear (Wear OS—operating system from Samsung's Tizen software) or Watch from Apple (i.e., watch OS/7—operating system). By opening the accompanying app on the smartphone and turning on Bluetooth, the user can synchronize the smartwatch to function as a stand-alone detection device with the smartphone.

**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) is the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The Patent Owner's CPU is capable of arithmetic operations such as add and divide and flow control operations such as conditionals. The Patent Owner's central processing unit (CPU) is the electronic circuitry within the CMDC device that is vital and essential processes and executes program instructions.

**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such as cpu 40, a transceiver and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween… or a bomb, explosives or other types of chemical, biological, radiological, or nuclear agents are detected within, upon, affixed or mounted… The cell phone monitor 152 includes the standard keypad functions 154 and more specialized system use (ring tone, email, photos, texting) functions 156 as well as a viewing screen 158. The cell phone detector case 150 includes a recharging cradle or seat 160, a front side 162, a top 164, a bottom 166, and a pair of opposed sides 168. At the back of the cell phone detector case 150 are connections, contacts, and ports for at least an Internet connection 170, a GPS connection 172, and a contact, plug, or port for a power source 174… the integration of portable electronic communication or telecommunication devices such as a cell phone 187a and/or a laptop computer 187b with the monitoring equipment 138 located at a predesignated monitoring site 188…"

<table>
<tr>
<td>at least one of a central processing unit (CPU), a network processor, or a microprocessor for executing and carrying out the instructions of a computer program or application which is specifically targeted at the networking application domain, for communication between the monitoring equipment and at least one of a multi-sensor detection device, a maritime cargo container device, or a locking device;</td>
<td>Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation<br><br>Central Processing Unit (CPU): The Central Processing Unit (CPU) of the alleged infringing devices are the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The components for a processor are condensed to fit in the smartphone, and exist as a mobile application processor, or a System-on-a-Chip (SoC), that includes the CPU. Mobile application processors are found in smartphones, smartwatches, and tablets.<br><br>Samsung Gal S20 & Gal S21 Series communicates with any of the products listed in any of the product grouping categories.<br><br>Patent Specifications: Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel"</td>
</tr>
</table>

| | |
|---|---|
| a transmitter for transmitting signals and messages to at least one of the multi-sensor detection device, the maritime cargo container device, or the locking device; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series transmits signals and messages to at least one of plurality product groups.<br><br>**Patent Specifications**: Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel" |
| a receiver for receiving signals, data or messages from at least one of the multi-sensor detection device, the maritime cargo container device or the locking device, wherein the signals, data or messages are of agents of an item of interest (IOI); | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series receives signals, data or messages from at least one of plurality product groups.<br><br>**Patent Specifications:** Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is |

| | |
|---|---|
| | [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF), Global Positioning System (GPS)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel" |
| at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, or GPS connection; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series are literally infringing the wireless protocols listed in the claim limitation of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS |
| the monitoring equipment is at least a fixed, portable or mobile monitoring equipment interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween; and | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Smartphones are equipped with NFC technology, that is used in peer-to-peer payment and data transfer apps. NFC stands for near-field communication, and it allows phones, tablets, laptops, and other devices to share data with other NFC-equipped devices. NFC's small radius is a major security benefit, and one reason why NFC has taken off as a secure alternative to RFID technology. An NFC connection is automatically started when another NFC device enters into the wireless standard four-inch range. Once in range, the two devices instantly communicate. The alleged infringing devices (i.e., new and improved cell phones, smartphones, smartwatches, or cell phone detection devices) are equipped with NFC technology. |

| | |
|---|---|
| whereupon the monitoring equipment, is capable of the activation or deactivation of at least one of the multi-sensor detection device, the maritime cargo container device or the locking device; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series is capable of the activation or deactivation of at least one of plurality product groups.<br><br>**Patent Specifications**: Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel" |
| wherein the at least one of the satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, for signal communication with the transmitter, the receiver of the monitoring equipment, or transceivers of the products; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series are literally infringing the wireless protocols listed in the claim limitation of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS<br><br>**Monitoring Equipment:** The Smart Watch performs substantially the same function; in substantially the same way; to achieve substantially the same results as the alleged infringing products, and is therefore included in the product grouping category that is based on "*common features of design similarity*"; communication devices or monitoring equipment. The Smart Watch is interconnected through Bluetooth to the host device (i.e., new and improved cell phone), and has the ability to operate as a stand-alone detection device. |

| | |
|---|---|
| |  |
| at least one tag that is read by the monitoring equipment that is capable of wireless near-field communication to achieve detection of at least one of a chemical agent, a biological agent, a radiological agent, a nuclear agent, or an explosive agent which allows radio frequency (RF) data to be at least one of received or transmitted between the tag and the monitoring equipment. | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents"**<br><br>"The combination of NFC tags with sensors becomes a new route to realize wireless communication sensed functions, which endows a smartphone with capabilities to rapidly obtain sensing information by simply reading an NFC tag integrated with a sensor" Opperman C.A., Hancke G.P. Using NFC-enabled phones for remote data acquisition and digital control; Proceedings of the IEEE Africon '11; Livingstone, Zambia. 13–15 September 2011; pp. 1–6.<br><br>Smartphones are equipped with NFC technology, that is used in peer-to-peer payment and data transfer apps. NFC stands for near-field communication, and it allows phones, tablets, laptops, and other devices to share data with other NFC-equipped devices. NFC's small radius is a major security benefit, and one reason why NFC has taken off as a secure alternative to RFID technology. An NFC connection is automatically started when another NFC device enters into the wireless standard four-inch range. Once in range, the two devices instantly communicate. The alleged infringing devices (i.e., new and improved cell phones, smartphones, smartwatches, or cell phone detection devices) are equipped with NFC technology. |

| Patent #: 9,589,439; Independent Claim 16 | Samsung Galaxy S20 & Galaxy S21 Series and Samsung Galaxy Watch 3 Series |
|---|---|
| A built-in, embedded multi sensor detection system for monitoring products with a plurality of sensors detecting at least two agents selected from the group consisting of chemical, biological, radiological, explosive, human, and contraband agents; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation for Plaintiff's CMDC device(s).**<br><br>**Samsung Galaxy S20 & Galaxy S21 Series** are believed to be communicating, monitoring, detecting, and controlling (CMDC) devices of at least one of the *new and improved* products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone); that comprises, are interconnected to, or integrated with, at least a Central Processing Unit (CPU), that is vital for processing instructions; an Operating System (OS); mobile apps developed for the CMDC devices operating system (OS) such as Android, Apple® iOS®, BlackBerry®, or Windows® Mobile; wireless protocol of Cellular, Bluetooth, Wi-Fi, etc., and CBRNE-H sensors that are placed in, on, upon, or adjacent the *new and improved* CMDC devices; interconnected to the CMDC devices for communication therebetween.<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015<br><br>**The Department of Homeland Security's Cell-All project.** "Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors. In the initial research and development phase, engineers miniaturized sensors to detect abnormal levels of potentially dangerous chemicals in the surrounding environment. When dangerous levels are detected, an application on the cell phone should automatically send sensor and location data over the network to a centralized server, which will then contact appropriate agencies and first responders. The eventual goal of the project is to embed multiple nanoscale sensors (for environmental chemicals, industrial toxins, radiation, and bioagents) directly into mobile phones…" "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their |

current phones before integrated sensors are fully operational and readily available." Retrieved from: Crowdsourcing urban surveillance: The development of homeland security markets for environmental sensor networks. Torin Monahan & Jennifer T. Mokos: A Department of Communication Studies, The University of North Carolina at Chapel Hill, CB# 3285, 115 Bingham Hall, Chapel Hill, NC 27599-3285, USA; and, a Department of Human & Organizational Development, Vanderbilt University, Peabody #90, 230 Appleton Place, Nashville, TN 37203-5721, USA

**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a nanosensor-embedded ''sleeve'' for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."

**CMDC Device Camera Sensor for Biological Detection:** "In the diagnostic test (below), a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or light up, when cut. When coronavirus RNA is present in the sample, it prompts the CRISPR proteins to snip the molecular probes, causing the whole sample to emit light. This fluorescence can be detected with a cell phone camera." (*Image courtesy Science at Cal*). The COVID-19 virus is perceived as a biological weapon of mass destruction (BWMD).

**CMDC Device Geiger Counter for Radiological Detection:** Below is a picture of a "Smart Geiger Counter Nuclear Radiation Dosimeter "X-Ray" and "Gamma" Detector Smartphone Android iOS with App". Real-time display of measurement results. Ultra-low power consumption. World smallest Geiger Counter (30mm). Compatible with Android and iOS.



**Smartwatch**: To use a smartwatch as a stand-alone detection device, you need a smartphone. On the smartphone, the user installs the app that comes with the smartwatch stand-alone detection device, such as Android Wear (Wear OS—operating system from Samsung's Tizen software) or Watch from Apple (i.e., watch OS/7—operating system). By opening the accompanying app on the smartphone and turning on Bluetooth, the user can synchronize the smartwatch to function as a stand-alone detection device with the smartphone.

**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) is the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The Patent Owner's CPU is capable of arithmetic operations such as add and divide and flow control operations such as conditionals. The Patent Owner's central processing unit (CPU) is the electronic circuitry within the CMDC device that is vital and essential processes and executes program instructions.

**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such as cpu 40, a transceiver and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween… or a bomb, explosives or other types of chemical, biological, radiological, or nuclear agents are detected within, upon, affixed or mounted… The cell phone monitor 152 includes the standard keypad functions 154 and more specialized system use (ring tone, email, photos, texting) functions 156 as well as a viewing screen 158. The cell phone detector case 150 includes a recharging cradle or seat 160, a front side 162, a top 164, a bottom 166, and a pair of opposed sides 168. At the back of the cell phone detector case 150 are connections, contacts, and ports for at least an Internet connection 170, a GPS connection 172, and a contact, plug, or port for a power source 174… the integration of portable electronic communication or telecommunication devices such as a cell phone 187a and/or a laptop computer 187b with the monitoring equipment 138 located at a predesignated monitoring site 188…"

| | |
|---|---|
| comprising a built-in sensor array or fixed detection device into the product that detects agents by means of two or more sensors combined from the following list of sensors: a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***.<br><br>**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a ***nanosensor-embedded "sleeve"*** for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."<br><br><br> |
| comprising a communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a personal digital assistant (PDA), a laptop, or a computer terminal for monitoring products, interconnected to a built-in sensor array or fixed detection device for communication therebetween; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals."<br><br>**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a ***nanosensor-embedded "sleeve"*** for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)." |

| | |
|---|---|
| wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan or signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents" for Plaintiff's "lock disabling system", that is interconnected to, or integrated with, Plaintiff's CMDC device(s).**<br><br>**Patent Specifications:** "FIG. 1 is a perspective view of the… an automatic/mechanical lock disabler and a fingerprint biometric lock with disabler… FIG. 14 is a representative schematic view of the… lock disabling system of the present invention illustrating interconnection of the… fingerprint biometric lock with disabler for engaging and disengaging the fingerprint biometric lock as part of the process of detection and safeguarding the public… The fingerprint biometric lock with disabler 62 is interconnected to the cpu 40… for receiving transmissions therefrom after detection… has occurred so that the lock… can be locked or disabled. Moreover, resetting of the fingerprint biometric lock with disabler 62 occurs when the fingerprint of the individual is placed on the fingerprint-matching pad 64, and if a match occurs with a known fingerprint stored by the cpu 40, then the individual can reset the fingerprint biometric lock with disabler 56… a fingerprint that matches stored and authorized fingerprints 102 would indicate an authorized individual, and would allow the individual to disable and disarm 104 the lock… The fingerprint biometric lock with disabler 62 would then be reset 106 after the appropriate safety… and protection measures are completed, and the system 10 would be reset and placed back in the detection mode 108"<br><br>**Example:** Security feature: After several unsuccessful log-in attempts using a passcode or fingerprint, an Android device automatically locks itself up. If unable to log in after the security layers, the only option is to have the device unlocked. The wrong pin will launch to Google Account Login. On Android Phone, multiple attempts (usually five attempts) with an unknown or a wrong pin will go either into a 30 seconds delay before further attempts are allowed or the phone will allow entry using your Google account password to unlock the phone. *https://mashtips.com/unlock-samsung-phone-not-recognizing-fingerprint-or-alternative-password/*. You can have your irises and multiple fingerprints registered along with a backup PIN, pattern or password. "Lock Network & Security" feature as my security net if my phone is stolen. The "Lock Network & Security" feature is supposed to prevent anyone else from turning OFF your phone and your wifi/data when your phone is locked, for purposes such guaranteeing that you will still be able to track or remotely control your phone when it is lost or stolen.<br><br><br>*FBI tried to unlock the Android Phone* |

| | |
|---|---|
| wherein the built-in embedded multi-sensor detection device receives a signal via any of one or more products in any product grouping categories; and | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series, receives a signal via any of one or more products listed in any of the plurality of product grouping categories.<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***.<br><br>**Patent Specifications**: Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel" |

| | |
|---|---|
| wherein, when an alarm occurs, the built-in, embedded multi sensor detection system communicates the alarm by way of at least one of the products grouped together by common features in a product groupings category of design similarity comprising at least one of product-to-product, product-to-satellite, product-to-cellular, product-to-long range radio frequency, product-to-short range radio frequency, product-to-radio frequency (RF), product-to-internet, product-to-broadband, product-to-smartphone or cell phone, product-to-computer at monitoring site, product-to-WiFi, product-to-handheld, or product-to-laptop or desktop for communication therebetween; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series, receives a signal via any of one or more products listed in any of the plurality of product grouping categories.<br><br>**Smartphone smoke and carbon monoxide (CO) detectors**: Once installed and powered up, you download the relevant app and connect to the device wirelessly. Then, when the alarm goes off, not only do you receive an audio alert—many include helpful voice instructions instead of just a siren—your smart phone also tells you what the problem is (whether it's smoke or CO, which alarm was activated, and sometimes even the severity of the smoke). Many smart smoke detectors hook into additional smart home gear and IFTTT, so you can get even more clever by having the lights start flashing if smoke has been detected, for example. https://www.techhive.com/ article/3236299/best-smart-smoke-detector.html<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***.<br><br>**Patent Specifications**: Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel" |

| | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation** |
|---|---|
| wherein the built-in embedded multi-sensor detection device is implemented by business or government at a minimum cost by products grouped together by common features in at least one of the several product groupings of design similarity. | **IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***.<br><br>Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their current phones before integrated sensors are fully operational and readily available."<br><br>**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a ***nanosensor-embedded "sleeve"*** for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."<br><br><br><br>**Patent Specifications:** Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds…<br><br>**Patent Specifications:** "Still yet a further objective of the present invention is to provide a multi sensor detection and disabling lock system that can be implemented by business or government at a minimum cost by organizing the products to be protected into product grouping categories." |

| Patent #: 9,589,439; Independent Claim 17 | Samsung Galaxy S20 & Galaxy S21 Series and Samsung Galaxy Watch 3 Series |
|---|---|
| A built-in multi sensor detection system for monitoring products with a plurality of sensors detecting at least two agents selected from the group consisting of chemical, biological, radiological, explosive, human, and contraband agents, comprising: | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation for Plaintiff's CMDC device(s).**<br><br>**Samsung Galaxy S20 & Galaxy S21 Series** are believed to be communicating, monitoring, detecting, and controlling (CMDC) devices of at least one of the *new and improved* products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone); that comprises, are interconnected to, or integrated with, at least a Central Processing Unit (CPU), that is vital for processing instructions; an Operating System (OS); mobile apps developed for the CMDC devices operating system (OS) such as Android, Apple® iOS®, BlackBerry®, or Windows® Mobile; wireless protocol of Cellular, Bluetooth, Wi-Fi, etc., and CBRNE-H sensors that are placed in, on, upon, or adjacent the *new and improved* CMDC devices; interconnected to the CMDC devices for communication therebetween.<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015<br><br>**The Department of Homeland Security's Cell-All project**. "Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors. In the initial research and development phase, engineers miniaturized sensors to detect abnormal levels of potentially dangerous chemicals in the surrounding environment. When dangerous levels are detected, an application on the cell phone should automatically send sensor and location data over the network to a centralized server, which will then contact appropriate agencies and first responders. The eventual goal of the project is to embed multiple nanoscale sensors (for environmental chemicals, industrial toxins, radiation, and bioagents) directly into mobile phones…" "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their |

current phones before integrated sensors are fully operational and readily available." Retrieved from: Crowdsourcing urban surveillance: The development of homeland security markets for environmental sensor networks. Torin Monahan & Jennifer T. Mokos: A Department of Communication Studies, The University of North Carolina at Chapel Hill, CB# 3285, 115 Bingham Hall, Chapel Hill, NC 27599-3285, USA; and, a Department of Human & Organizational Development, Vanderbilt University, Peabody #90, 230 Appleton Place, Nashville, TN 37203-5721, USA

**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a nanosensor-embedded ''sleeve'' for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."

**CMDC Device Camera Sensor for Biological Detection:** "In the diagnostic test (below), a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or light up, when cut. When coronavirus RNA is present in the sample, it prompts the CRISPR proteins to snip the molecular probes, causing the whole sample to emit light. This fluorescence can be detected with a cell phone camera." (*Image courtesy Science at Cal*). The COVID-19 virus is perceived as a biological weapon of mass destruction (BWMD).

**CMDC Device Geiger Counter for Radiological Detection:** Below is a picture of a "Smart Geiger Counter Nuclear Radiation Dosimeter "X-Ray" and "Gamma" Detector Smartphone Android iOS with App". Real-time display of measurement results. Ultra-low power consumption. World smallest Geiger Counter (30mm). Compatible with Android and iOS.



| | |
|---|---|
| | <br><br>**Smartwatch**: To use a smartwatch as a stand-alone detection device, you need a smartphone. On the smartphone, the user installs the app that comes with the smartwatch stand-alone detection device, such as Android Wear (Wear OS—operating system from Samsung's Tizen software) or Watch from Apple (i.e., watch OS/7—operating system). By opening the accompanying app on the smartphone and turning on Bluetooth, the user can synchronize the smartwatch to function as a stand-alone detection device with the smartphone.<br><br>**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) is the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The Patent Owner's CPU is capable of arithmetic operations such as add and divide and flow control operations such as conditionals. The Patent Owner's central processing unit (CPU) is the electronic circuitry within the CMDC device that is vital and essential processes and executes program instructions.<br><br>**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such as cpu 40, a transceiver and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween… or a bomb, explosives or other types of chemical, biological, radiological, or nuclear agents are detected within, upon, affixed or mounted… The cell phone monitor 152 includes the standard keypad functions 154 and more specialized system use (ring tone, email, photos, texting) functions 156 as well as a viewing screen 158. The cell phone detector case 150 includes a recharging cradle or seat 160, a front side 162, a top 164, a bottom 166, and a pair of opposed sides 168. At the back of the cell phone detector case 150 are connections, contacts, and ports for at least an Internet connection 170, a GPS connection 172, and a contact, plug, or port for a power source 174… the integration of portable electronic communication or telecommunication devices such as a cell phone 187a and/or a laptop computer 187b with the monitoring equipment 138 located at a predesignated monitoring site 188…" |

| | |
|---|---|
| a built-in sensor array or fixed detection device into the product that detects agents by means of two or more sensors combined from the following list of sensors: a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a nanosensor-embedded ''sleeve'' for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."<br><br> |
| monitoring equipment of at least one of products grouped together by common features in a product groupings category of design similarity comprising at least one of a computer terminal, personal computer (PC), laptop, desktop, notebook PC, handheld, cell phone, personal digital assistant (PDA) or smart phone for the receipt and transmission of signals therebetween; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals."<br><br>**DHS Cell-All Chemical Sensors:** Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone. Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a ***nanosensor-embedded ''sleeve''*** for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."<br><br>**Patent Specifications:** "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals |

| | |
|---|---|
| wherein the built-in multi-sensor detection device is built in any of one or more products comprising a maritime cargo container, a lock, or the monitoring equipment; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series, is built in any of one or more products listed in any of the plurality of product grouping categories.<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***<br><br>**Patent Specifications:** Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to…<br><br>**Patent Specifications:** "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals |
| wherein the built-in multi-sensor detection device is implemented by business or government by products grouped together by common features in at least one of several product groupings of design similarity; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series, is built in any of one or more products listed in any of the plurality of product grouping categories.<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***.<br><br>**Patent Specifications:** "Still yet a further objective of the present invention is to provide a multi sensor detection and disabling lock system that can be implemented by business or government at a minimum cost by organizing the products to be protected into product grouping categories." |

a light alarm indicator that has a plurality of colored lights that correspond to specific agents of the at least two agents;

**Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation for Plaintiff's CMDC device(s).**

**CMDC Device Camera Sensor for Biological Detection:** "In the diagnostic test (below), a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or ***light up***, when cut. When coronavirus RNA is present in the sample, it prompts the CRISPR proteins to snip the molecular probes, causing the whole sample to emit light. This fluorescence can be detected with a cell phone camera." (*Image courtesy Science at Cal*). The COVID-19 virus is perceived as a biological weapon of mass destruction (BWMD).

**Integrating Biochemiluminescence Detection on Smartphones**

CL signal (RLU)

6.0x10⁵
4.5x10⁵
3.0x10⁵
1.5x10⁵
0

<200 mg/dL

200 240 mg/dL

>200 mg/dL

150 200 250 300 350 400

Cholesterol (mg/dL)

| | |
|---|---|
| wherein, when the light alarm indicator lights to indicate an alarm occurs, the built-in multi sensor detection system communicates the alarm by way of at least one of the products grouped together by common features in the product groupings category of design similarity comprising at least one of product-to-product, product-to-satellite, product-to-cellular, product-to-radio frequency (RF), product-to-internet, product-to-broadband, product-to-smartphone or cell phone, product-to-computer at monitoring site, product-to-WiFi, product-to-handheld, or product-to-laptop or desktop for at least one of a receipt or transmission of signals therebetween. | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series, receives a signal via any of one or more products listed in any of the plurality of product grouping categories.<br><br>**Smartphone smoke and carbon monoxide (CO) detectors**: Once installed and powered up, you download the relevant app and connect to the device wirelessly. Then, when the alarm goes off, not only do you receive an audio alert—many include helpful voice instructions instead of just a siren—your smart phone also tells you what the problem is (whether it's smoke or CO, which alarm was activated, and sometimes even the severity of the smoke). Many smart smoke detectors hook into additional smart home gear and IFTTT, so you can get even more clever by having the lights start flashing if smoke has been detected, for example. https://www.techhive.com/ article/3236299/best-smart-smoke-detector.html<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***.<br><br>**Patent Specifications**: Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel" |

| Patent #: 9,589,439; Independent Claim 18 | Samsung Galaxy S20 & Galaxy S21 Series and Samsung Galaxy Watch 3 Series |
|---|---|
| A built-in multi sensor detection system for detecting at least two items selected from the group consisting of chemical agent, biological agent, radiological agent, explosive agent, human agent, contraband agent, motion, perimeter, temperature, tampering, theft, or breach, comprising: | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation for Plaintiff's CMDC device(s).**<br><br>**Samsung Galaxy S20 & Galaxy S21 Series** are believed to be communicating, monitoring, detecting, and controlling (CMDC) devices of at least one of the *new and improved* products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone); that comprises, are interconnected to, or integrated with, at least a Central Processing Unit (CPU), that is vital for processing instructions; an Operating System (OS); mobile apps developed for the CMDC devices operating system (OS) such as Android, Apple® iOS®, BlackBerry®, or Windows® Mobile; wireless protocol of Cellular, Bluetooth, Wi-Fi, etc., and CBRNE-H sensors that are placed in, on, upon, or adjacent the *new and improved* CMDC devices; interconnected to the CMDC devices for communication therebetween.<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015<br><br>**The Department of Homeland Security's Cell-All project**. "Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors. In the initial research and development phase, engineers miniaturized sensors to detect abnormal levels of potentially dangerous chemicals in the surrounding environment. When dangerous levels are detected, an application on the cell phone should automatically send sensor and location data over the network to a centralized server, which will then contact appropriate agencies and first responders. The eventual goal of the project is to embed multiple nanoscale sensors (for environmental chemicals, industrial toxins, radiation, and bioagents) directly into mobile phones…" "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their |

current phones before integrated sensors are fully operational and readily available." Retrieved from: Crowdsourcing urban surveillance: The development of homeland security markets for environmental sensor networks. Torin Monahan & Jennifer T. Mokos: A Department of Communication Studies, The University of North Carolina at Chapel Hill, CB# 3285, 115 Bingham Hall, Chapel Hill, NC 27599-3285, USA; and, a Department of Human & Organizational Development, Vanderbilt University, Peabody #90, 230 Appleton Place, Nashville, TN 37203-5721, USA

**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a nanosensor-embedded ''sleeve'' for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."

**CMDC Device Camera Sensor for Biological Detection:** "In the diagnostic test (below), a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or light up, when cut. When coronavirus RNA is present in the sample, it prompts the CRISPR proteins to snip the molecular probes, causing the whole sample to emit light. This fluorescence can be detected with a cell phone camera." (*Image courtesy Science at Cal*). The COVID-19 virus is perceived as a biological weapon of mass destruction (BWMD).

**CMDC Device Geiger Counter for Radiological Detection:** Below is a picture of a "Smart Geiger Counter Nuclear Radiation Dosimeter "X-Ray" and "Gamma" Detector Smartphone Android iOS with App". Real-time display of measurement results. Ultra-low power consumption. World smallest Geiger Counter (30mm). Compatible with Android and iOS.



| | |
|---|---|
| |  <br><br>**Smartwatch**: To use a smartwatch as a stand-alone detection device, you need a smartphone. On the smartphone, the user installs the app that comes with the smartwatch stand-alone detection device, such as Android Wear (Wear OS—operating system from Samsung's Tizen software) or Watch from Apple (i.e., watch OS/7—operating system). By opening the accompanying app on the smartphone and turning on Bluetooth, the user can synchronize the smartwatch to function as a stand-alone detection device with the smartphone.<br><br>**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) is the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The Patent Owner's CPU is capable of arithmetic operations such as add and divide and flow control operations such as conditionals. The Patent Owner's central processing unit (CPU) is the electronic circuitry within the CMDC device that is vital and essential processes and executes program instructions.<br><br>**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such as cpu 40, a transceiver and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween… or a bomb, explosives or other types of chemical, biological, radiological, or nuclear agents are detected within, upon, affixed or mounted… The cell phone monitor 152 includes the standard keypad functions 154 and more specialized system use (ring tone, email, photos, texting) functions 156 as well as a viewing screen 158. The cell phone detector case 150 includes a recharging cradle or seat 160, a front side 162, a top 164, a bottom 166, and a pair of opposed sides 168. At the back of the cell phone detector case 150 are connections, contacts, and ports for at least an Internet connection 170, a GPS connection 172, and a contact, plug, or port for a power source 174… the integration of portable electronic communication or telecommunication devices such as a cell phone 187a and/or a laptop computer 187b with the monitoring equipment 138 located at a predesignated monitoring site 188…" |

<table>
<tr><td>a built-in sensor array or fixed detection device into a product that detects items by means of at least two sensors from the following list of sensors: a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor;</td><td>Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation<br><br>DHS Cell-All Chemical Sensors: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a nanosensor-embedded ''sleeve'' for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."<br><br><br><br><br>Patent Specifications: Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans</td></tr>
<tr><td>monitoring equipment of at least one of the products grouped together by common features in a product groupings category of design similarity comprising at least one of a computer terminal, personal computer (PC), laptop, desktop, notebook PC, handheld, cell phone, personal digital assistant (PDA) or smart phone for the receipt and transmission of signals therebetween;</td><td>Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation<br><br>IPR Final Written Decision. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, <u>"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"</u>. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals."<br><br>Patent Specifications: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals</td></tr>
</table>

| | |
|---|---|
| wherein the built-in, multi-sensor detection device is built in any of one or more products comprising a maritime cargo container, a lock, or the monitoring equipment; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series, is built in any of one or more products listed in any of the plurality of product grouping categories.<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***<br><br>**Patent Specifications**: Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to…<br><br>**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals |
| wherein, when an alarm occurs, the built-in multi sensor detection system communicates the alarm by way of at least one of the products grouped together by common features in a product groupings category of design similarity comprising at least one of product-to-product, product-to-satellite, product-to-cellular, product-to-radio frequency (RF), product-to-internet, product-to-broadband, product-to-smartphone or cell phone, product-to-computer at monitoring site, product-to-WiFi, product-to-handheld, or product-to-laptop or desktop for the receipt and transmission of signals therebetween; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series, receives a signal via any of one or more products listed in any of the plurality of product grouping categories.<br><br>**Smartphone smoke and carbon monoxide (CO) detectors**: Once installed and powered up, you download the relevant app and connect to the device wirelessly. Then, when the alarm goes off, not only do you receive an audio alert—many include helpful voice instructions instead of just a siren—your smart phone also tells you what the problem is (whether it's smoke or CO, which alarm was activated, and sometimes even the severity of the smoke). Many smart smoke detectors hook into additional smart home gear and IFTTT, so you can get even more clever by having the lights start flashing if smoke has been detected, for example. https://www.techhive.com/article/3236299/best-smart-smoke-detector.html<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. |

| | |
|---|---|
| | **Patent Specifications**: Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel" |
| at least one tag that is read by the monitoring equipment that is capable of wireless near-field communication to achieve detection of at least one of the chemical agent, the biological agent, the radiological agent, the explosive agent, the human agent, the contraband agent, the motion, the perimeter, the temperature, the tampering, the theft, and the breach which allows radio frequency (RF) data to be received and/or transferred between the tag and the monitoring equipment. | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents"**<br><br>"The combination of NFC tags with sensors becomes a new route to realize wireless communication sensed functions, which endows a smartphone with capabilities to rapidly obtain sensing information by simply reading an NFC tag integrated with a sensor" Opperman C.A., Hancke G.P. Using NFC-enabled phones for remote data acquisition and digital control; Proceedings of the IEEE Africon '11; Livingstone, Zambia. 13–15 Sept. 2011; pp. 1–6.<br><br>Smartphones are equipped with NFC technology, that is used in peer-to-peer payment and data transfer apps. NFC stands for near-field communication, and it allows phones, tablets, laptops, and other devices to share data with other NFC-equipped devices. NFC's small radius is a major security benefit, and one reason why NFC has taken off as a secure alternative to RFID technology. An NFC connection is automatically started when another NFC device enters into the wireless standard four-inch range. Once in range, the two devices instantly communicate. The alleged infringing devices (i.e., new and improved cell phones, smartphones, smartwatches, or cell phone detection devices) are equipped with NFC technology. |

| Patent #: 9,589,439; Independent Claim 19 | Samsung Galaxy S20 & Galaxy S21 Series and Samsung Galaxy Watch 3 Series |
|---|---|
| A multi-sensor detection system for detecting at least one explosive, nuclear, contraband, chemical, biological, human, radiological agent, or compound, comprising: | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation for Plaintiff's CMDC device(s).**<br><br>**Samsung Galaxy S20 & Galaxy S21 Series** are believed to be communicating, monitoring, detecting, and controlling (CMDC) devices of at least one of the *new and improved* products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone); that comprises, are interconnected to, or integrated with, at least a Central Processing Unit (CPU), that is vital for processing instructions; an Operating System (OS); mobile apps developed for the CMDC devices operating system (OS) such as Android, Apple® iOS®, BlackBerry®, or Windows® Mobile; wireless protocol of Cellular, Bluetooth, Wi-Fi, etc., and CBRNE-H sensors that are placed in, on, upon, or adjacent the *new and improved* CMDC devices; interconnected to the CMDC devices for communication therebetween.<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015<br><br>**The Department of Homeland Security's Cell-All project**. "Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors. In the initial research and development phase, engineers miniaturized sensors to detect abnormal levels of potentially dangerous chemicals in the surrounding environment. When dangerous levels are detected, an application on the cell phone should automatically send sensor and location data over the network to a centralized server, which will then contact appropriate agencies and first responders. The eventual goal of the project is to embed multiple nanoscale sensors (for environmental chemicals, industrial toxins, radiation, and bioagents) directly into mobile phones…" "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their |

current phones before integrated sensors are fully operational and readily available." Retrieved from: Crowdsourcing urban surveillance: The development of homeland security markets for environmental sensor networks. Torin Monahan & Jennifer T. Mokos: A Department of Communication Studies, The University of North Carolina at Chapel Hill, CB# 3285, 115 Bingham Hall, Chapel Hill, NC 27599-3285, USA; and, a Department of Human & Organizational Development, Vanderbilt University, Peabody #90, 230 Appleton Place, Nashville, TN 37203-5721, USA

**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a nanosensor-embedded ''sleeve'' for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."

**CMDC Device Camera Sensor for Biological Detection:** "In the diagnostic test (below), a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or light up, when cut. When coronavirus RNA is present in the sample, it prompts the CRISPR proteins to snip the molecular probes, causing the whole sample to emit light. This fluorescence can be detected with a cell phone camera." (*Image courtesy Science at Cal*). The COVID-19 virus is perceived as a biological weapon of mass destruction (BWMD).

**CMDC Device Geiger Counter for Radiological Detection:** Below is a picture of a "Smart Geiger Counter Nuclear Radiation Dosimeter "X-Ray" and "Gamma" Detector Smartphone Android iOS with App". Real-time display of measurement results. Ultra-low power consumption. World smallest Geiger Counter (30mm). Compatible with Android and iOS.



**Smartwatch**: To use a smartwatch as a stand-alone detection device, you need a smartphone. On the smartphone, the user installs the app that comes with the smartwatch stand-alone detection device, such as Android Wear (Wear OS—operating system from Samsung's Tizen software) or Watch from Apple (i.e., watch OS/7—operating system). By opening the accompanying app on the smartphone and turning on Bluetooth, the user can synchronize the smartwatch to function as a stand-alone detection device with the smartphone.

**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) is the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The Patent Owner's CPU is capable of arithmetic operations such as add and divide and flow control operations such as conditionals. The Patent Owner's central processing unit (CPU) is the electronic circuitry within the CMDC device that is vital and essential processes and executes program instructions.

**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such as cpu 40, a transceiver and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween… or a bomb, explosives or other types of chemical, biological, radiological, or nuclear agents are detected within, upon, affixed or mounted… The cell phone monitor 152 includes the standard keypad functions 154 and more specialized system use (ring tone, email, photos, texting) functions 156 as well as a viewing screen 158. The cell phone detector case 150 includes a recharging cradle or seat 160, a front side 162, a top 164, a bottom 166, and a pair of opposed sides 168. At the back of the cell phone detector case 150 are connections, contacts, and ports for at least an Internet connection 170, a GPS connection 172, and a contact, plug, or port for a power source 174… the integration of portable electronic communication or telecommunication devices such as a cell phone 187a and/or a laptop computer 187b with the monitoring equipment 138 located at a predesignated monitoring site 188…"

<table>
<tr>
<td>a plurality of sensors for detecting at least one chemical, biological, radiological, explosive, nuclear, human, or contraband agent or compound, capable of being disposed within, on, upon or adjacent a multi-sensor detection device;</td>
<td>Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation<br><br>Patent Specifications: Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans<br><br>IPR Final Written Decision. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, "built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device". Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015</td>
</tr>
<tr>
<td>monitoring equipment comprising at least one of a computer, personal computer (PC), laptop, notebook PC, handheld, cell phone, personal digital assistant (PDA) or smart phone for at least one of a receipt or transmission of signals therebetween;</td>
<td>Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation<br><br>IPR Final Written Decision. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, <u>"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"</u>. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals."<br><br>Patent Specifications: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals</td>
</tr>
</table>

<table>
<tr>
<td>at least one cell phone tower interconnected to the monitoring equipment for sending signals thereto and receiving signals therefrom or at least one satellite capable of transmitting signals to the monitoring equipment;</td>
<td> Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation
Cell Towers: Cell towers, also known as cell sites, are where electric communications equipment and antennae are mounted, allowing the surrounding area to use wireless communication devices. Whenever a cell phone is used, it emits an electromagnetic radio wave, called a radio frequency, that is received by the nearest cell tower's antenna. Once the cell tower receives this signal, it will transmit the signals to a switching center. This allows the call to be connected to either another mobile phone or to a telephone network. The equipment on cell towers includes transceivers and other supporting technology. There are multiple antennas attached to a cell tower, typically mounted on a head frame. When a phone is connected to a cellular network, it continually checks the signal strength of nearby towers and communicates that information to the network.
IPR Final Written Decision. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; </td>
</tr>
<tr>
<td>at least one satellite or at least one cell phone tower capable of signal communication between the multi-sensor detection device and the monitoring equipment;</td>
<td> Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents"
Satellite Phone. Turn Your Smartphone into a Satellite Phone with Thuraya SatSleeve. The SatSleeve is a case that cradles your Smartphone and transforms it into a satellite phone. You can place calls and send text messages whenever you're under Thuraya's satellite footprint, which is just about everywhere in the world. All you have to do is pop the Phone into its included adapter then slide that into the full SatSleeve. The SatSleeve functions over Bluetooth to wireless provide your Smartphone with the total coverage you desire. It has its own dedicated emergency button. If you're ever in a dangerous situation, one press sends a call out to a predetermined number of your choice for help. It works even when your Smartphone is out of the SatSleeve. It comes with its own built-in rechargeable battery, so it can recharge your Phone.

</td>
</tr>
</table>

| | |
|---|---|
| | **Satellite mobile phones**: Utilize satellites to communicate with landline, cellular, or other satellite phones in most regions of the world. Responders use satellite mobile phones for emergency communications in order to coordinate response and recovery efforts in remote areas, where there are no landline or cellular telephone networks, or in areas where existing networks are damaged or overloaded during a natural disaster (e.g., severe weather or earthquake) or a manmade incident, including potential chemical, biological, radiological, nuclear, or explosive events. Satellite mobile phones can help maintain command and control functions during an emergency when existing communications networks are not functioning. Satellite mobile phones can communicate with satellite phone systems and transmit the information signals, from voice or Short Message Service (SMS) text, to a receiving mobile phone. The U.S. Department of Homeland Security (DHS) established the System Assessment and Validation for Emergency Responders (SAVER) Program to assist emergency responders.<br><br>**Patent Specifications:** Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, wireless communication devices, monitoring sites, desktop personal computers (PCs) laptops, ***satellite cell phones***, cell phones, personal digital assistants (PDAs), and ***satellite monitoring***. Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Wi-Max, Internet, Ethernet, Broadband, Network Bandwidth, Wireless, Wired, Text Messaging, ***Cellular***, ***Satellite***… |
| at least one internet connection capable of communication between the multi-sensor detection device and the monitoring equipment; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Internet communication between the multi sensor detection device and the monitoring equipment<br><br>**Internet for Samsung Galaxy S20 & Galaxy S21 Series:** Smartphones connecting to the Internet anytime and anywhere through public Wi-Fi hotspots that connect to the Internet through a shared connection. Mobile Internet is a smaller Internet scaled down to fit the dimensions of a mobile phone. The mobile phone network is an example of a cellular network. A cellular network has a cluster of geographic locations together known as a 'cell' which connect to the Internet through satellites. Each cell has a transmitting tower at its centre through which information is passed to and fro via digital radio waves. Two ways to connect to the internet through your mobile phone – Via a cellular telephone service provider or by using standard Wi-Fi. A Wi-Fi enabled device lets you surf the Web at free Wi-Fi hotspots. Through a cellular service provider, the phone connects to the Internet through data transfer the same way a PC does, but with a wireless link. We can access the same Web applications just like in our PCs if we use a Wireless Application Protocol (WAP)-enabled cell phone. WAP is the universal standard for wireless communications and applications. For operating mobile phone networks, Global System for Mobile Communications (GSM) and Code Division Multiple Access (CDMA) are the most commonly deployed. GSM and CDMA use different algorithms which allow multiple mobile phone users to share the same digital radio frequency without causing interfering for each other. Cell phones have an in-built antenna which is used to send packets of digital information back and forth with cell-phone towers via radio waves. Mobile phones connect to a cell tower in the area, and instead of connecting to another phone it connects to the Internet and can fetch or retrieve data. Through a cellular service provider, the phone connects to the Internet through data transfer the same way a PC does, but with a wireless link. We can access the same Web |

| | |
|---|---|
| | applications just like in our PCs if we use a Wireless Application Protocol (WAP)-enabled cell phone. WAP is the universal standard for wireless communications and applications. For operating mobile phone networks, Global System for Mobile Communications (GSM) and Code Division Multiple Access (CDMA) are the most commonly deployed. GSM and CDMA use different algorithms which allow multiple mobile phone users to share the same digital radio frequency without causing interfering for each other. Cell phones have an in-built antenna which is used to send packets of digital information back and forth with cell-phone towers via radio waves. Mobile phones connect to a cell tower in the area, and instead of connecting to another phone it connects to the Internet and can fetch or retrieve data. Mobile Voice goes in one channel and IP or SMS signaling over Mobile Internet in another. The General Packet Radio Service (GPRS) network provides a gateway to the internet through different frequency channels for uploading and downloading. The transfer of data between a wireless device and the Internet. The main component is Radio frequency (RF) energy.<br><br>**Patent Specifications:** Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Wi-Max, Internet, Ethernet, Broadband, Network Bandwidth, Wireless, Wired, Text Messaging, Cellular, Satellite, Telematics, Wide Area Network (WAN). Wireless Wide Area Network (WWAN), Local Area Network (LAN), Radio Frequency (RF), Broadband Wireless Access (BWA), Global Positioning System (GPS), General Packet Radio Services (GPRS). Global System for Mobile (GSM), Wideband Code Division Multiple Access (W-CDMA), Universal Mobile Telecommunications System (UMTS), Short Message Service (SMS)… |
| whereupon a signal sent to a receiver of the multi-sensor detection device from a satellite; or to a cell phone tower; or through at least one of a short-range radio frequency or a long-range radio frequency; causes a signal to be sent to the monitoring equipment that includes at least one of location data or sensor data; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**GPS Receiver:** The primary difference between GPS and Wi-Fi locating technologies is in the method of gathering location data. GPS uses satellites that orbit around the Earth to triangulate a user's location, whereas Wi-Fi locating technology uses relative network signal strength gathered at network access points. The Global Positioning System (GPS) is a government-owned navigation system that operates using radio waves. In order to properly use GPS, you must have a clear line of sight with at least four GPS satellites. Cellular location technology is actually an umbrella term that is used to describe a couple of locating technologies, including Wi-Fi and Sim-based methods. Where GPS lacks, cellular seems to fill in the gaps. Its capabilities shine well in populated areas where cell towers are more densely located. Cellular methods thrive in buildings, cities and densely-populated areas because of how it uses crowdsourced Wi-Fi data.<br><br>Building on the system he developed with NASA for the DHS Cell-All project, George Yu of Genel Systems Inc., created his NODE+ platform — a cylinder not much bigger than a thumb that can *transmit data* from sensors to a smartphone or other smart device or store it to be uploaded to any computer. The NODE+ operates independently of the cell phone and *transmits* the data it gathers using Bluetooth wireless technology. |

| | |
|---|---|
| wherein the monitoring equipment or multi-sensor detection device receives a signal via any of one or more products of any product grouping categories; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series, receives a signal via any of one or more products listed in any of the plurality of product grouping categories.<br><br>**Patent Specifications**: Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain… airport security, police, highway patrol, security guard, military personnel, HAZMAT personnel, the CIA, the FBI, Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel" |
| wherein at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency connection, or short-range radio frequency (RF) connection is capable of signal communication with the transmitter, a receiver of the monitoring equipment, the multi-sensor detection device, or transceivers of the products; | **Plaintiff believes the Defendant & third-party Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**Patent Specifications:** Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Wi-Max, Internet, Ethernet, Broadband, Network Bandwidth, Wireless, Wired, Text Messaging, Cellular, Satellite, Telematics, Wide Area Network (WAN). Wireless Wide Area Network (WWAN), Local Area Network (LAN), Radio Frequency (RF), Broadband Wireless Access (BWA), Global Positioning System (GPS)…<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment..." |

| | |
|---|---|
| wherein the monitoring equipment is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan or signature such that the monitoring device that is at least one of the computer, the laptop, the notebook, the PC, the handheld, the cell phone, the PDA, or the smart phone is locked by the biometric lock disabler to prevent unauthorized use; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**Patent Specifications:** "FIG. 1 is a perspective view of the… an automatic/mechanical lock disabler and a fingerprint biometric lock with disabler… FIG. 14 is a representative schematic view of the… lock disabling system of the present invention illustrating interconnection of the… fingerprint biometric lock with disabler for engaging and disengaging the fingerprint biometric lock as part of the process of detection and safeguarding the public… The fingerprint biometric lock with disabler 62 is interconnected to the cpu 40… for receiving transmissions therefrom after detection… has occurred so that the lock… can be locked or disabled. Moreover, resetting of the fingerprint biometric lock with disabler 62 occurs when the fingerprint of the individual is placed on the fingerprint-matching pad 64<br><br>**Facial and Fingerprint Recognition on Android Phones (i.e., Samsung and LG):** Android manufacturers offer facial recognition technology, and many Android phones allow you to unlock them using only your face. Password supports fingerprint on Android devices. You can unlock your password database on Android smartphones and tablets using your fingerprint.<br><br> |
| wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group consisting of satellite, Bluetooth, WiFi, internet, radio frequency (RF), cellular, broadband, long range radio frequency, and short-range radio frequency (RF). | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**Alleged Infringing Devices Turned into Satellite mobile phones:** Utilize satellites to communicate with landline, cellular, or other satellite phones in most regions of the world. Responders use satellite mobile phones for emergency communications in order to coordinate response and recovery efforts in remote areas, where there are no landline or cellular telephone networks, or in areas where existing networks are damaged or overloaded during a natural disaster (e.g., severe weather or earthquake) or a manmade incident, including potential chemical, biological, radiological, nuclear, or explosive events. Satellite mobile phones can help maintain command and control functions during an emergency when existing communications networks are not functioning. Satellite mobile phones can communicate with satellite phone systems and transmit the information signals, from voice or Short Message Service (SMS) text, to a receiving mobile phone. The U.S. Department of Homeland Security (DHS) established the System Assessment and Validation for Emergency Responders (SAVER) Program to assist emergency responders. |

| Patent #: 9,589,439; Independent Claim 20 | Samsung Galaxy S20 & Galaxy S21 Series and Samsung Galaxy Watch 3 Series |
|---|---|
| A multi-sensor detection system for detecting at least one explosive, nuclear, contraband, chemical, biological, human, radiological agents or compound, comprising: | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation for Plaintiff's CMDC device(s).**<br><br>**Samsung Galaxy S20 & Galaxy S21 Series** are believed to be communicating, monitoring, detecting, and controlling (CMDC) devices of at least one of the *new and improved* products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone); that comprises, are interconnected to, or integrated with, at least a Central Processing Unit (CPU), that is vital for processing instructions; an Operating System (OS); mobile apps developed for the CMDC devices operating system (OS) such as Android, Apple® iOS®, BlackBerry®, or Windows® Mobile; wireless protocol of Cellular, Bluetooth, Wi-Fi, etc., and CBRNE-H sensors that are placed in, on, upon, or adjacent the *new and improved* CMDC devices; interconnected to the CMDC devices for communication therebetween.<br><br>**Patent Specifications:** "The multi sensor detection and lock disabling system includes a detector case sized to fit in, upon or adjacent any of the aforedescribed products for detecting harmful and dangerous chemical, biological, and radiological agents, compounds and elements… As shown in FIGS. 1-10, the multi sensor detection and lock disabling system 10 includes at least one--and preferably many--detector case 12 that can be placed in, on, upon or adjacent the product…"<br><br>**Patent Specifications:** "Each detector can also be used as a manual, stand-alone hand-held scanner… Still, another objective of the present invention is to provide a multi sensor detection and disabling lock system wherein the interchangeable detectors that comprise part of the system can be used as stand-alone scanners… FIG. 12 is a representative schematic view of the multi sensor detection and lock disabling system of the present invention illustrating the sequence of steps undertaken by one detector when functioning as a standalone scanner for detecting an agent or compound… a light alarm indicator 54 that can be color coded for each specific agent and which is externally visible when the detector 46 is used as a stand-alone scanner… The detector 46 functions as a stand-alone scanner and can be wirelessly interconnected to offsite monitoring equipment."<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. |

to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015

**The Department of Homeland Security's Cell-All project**. "Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors. In the initial research and development phase, engineers miniaturized sensors to detect abnormal levels of potentially dangerous chemicals in the surrounding environment. When dangerous levels are detected, an application on the cell phone should automatically send sensor and location data over the network to a centralized server, which will then contact appropriate agencies and first responders. The eventual goal of the project is to embed multiple nanoscale sensors (for environmental chemicals, industrial toxins, radiation, and bioagents) directly into mobile phones…" "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their current phones before integrated sensors are fully operational and readily available." Retrieved from: Crowdsourcing urban surveillance: The development of homeland security markets for environmental sensor networks. Torin Monahan & Jennifer T. Mokos: A Department of Communication Studies, The University of North Carolina at Chapel Hill, CB# 3285, 115 Bingham Hall, Chapel Hill, NC 27599-3285, USA; and, a Department of Human & Organizational Development, Vanderbilt University, Peabody #90, 230 Appleton Place, Nashville, TN 37203-5721, USA

**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a nanosensor-embedded "sleeve" for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."

**CMDC Device Camera Sensor for Biological Detection:** "In the diagnostic test (below), a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or light up, when cut. When coronavirus RNA is present in the sample, it prompts the CRISPR proteins to snip the molecular probes, causing



the whole sample to emit light. This fluorescence can be detected with a cell phone camera." (*Image courtesy Science at Cal*). The COVID-19 virus is perceived as a biological weapon of mass destruction (BWMD).

**CMDC Device Geiger Counter for Radiological Detection:** Below is a picture of a "Smart Geiger Counter Nuclear Radiation Dosimeter "X-Ray" and "Gamma" Detector Smartphone Android iOS with App". Real-time display of measurement results. Ultra-low power consumption. World smallest Geiger Counter (30mm). Compatible with Android and iOS.

**Smartwatch**: To use a smartwatch as a stand-alone detection device, you need a smartphone. On the smartphone, the user installs the app that comes with the smartwatch stand-alone detection device, such as Android Wear (Wear OS—operating system from Samsung's Tizen software) or Watch from Apple (i.e., watch OS/7—operating system). By opening the accompanying app on the smartphone and turning on Bluetooth, the user can synchronize the smartwatch to function as a stand-alone detection device with the smartphone.

**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) is the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The Patent Owner's CPU is capable of arithmetic operations such as add and divide and flow control operations such as conditionals. The Patent Owner's central processing unit (CPU) is the electronic circuitry within the CMDC device that is vital and essential processes and executes program instructions.

| | |
|---|---|
| | **Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such as cpu 40, a transceiver and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween… or a bomb, explosives or other types of chemical, biological, radiological, or nuclear agents are detected within, upon, affixed or mounted… The cell phone monitor 152 includes the standard keypad functions 154 and more specialized system use (ring tone, email, photos, texting) functions 156 as well as a viewing screen 158. The cell phone detector case 150 includes a recharging cradle or seat 160, a front side 162, a top 164, a bottom 166, and a pair of opposed sides 168. At the back of the cell phone detector case 150 are connections, contacts, and ports for at least an Internet connection 170, a GPS connection 172, and a contact, plug, or port for a power source 174… the integration of portable electronic communication or telecommunication devices such as a cell phone 187a and/or a laptop computer 187b with the monitoring equipment 138 located at a predesignated monitoring site 188…" |
| a plurality of sensors for detecting at least one chemical, biological, radiological, explosive, nuclear, human, or contraband agent or compound, capable of being disposed within, on, upon or adjacent a multi-sensor detection device; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**Patent Specifications**: Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015 |

| | |
|---|---|
| monitoring equipment of at least one of products grouped together by common features in a product groupings category of design similarity comprising at least one of a computer terminal, personal computer (PC), laptop, desktop, notebook PC, handheld, cell phone, personal digital assistant (PDA), or smart phone for at least one of a receipt or transmission of signals therebetween, | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals."<br><br>**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals |
| wherein the monitoring equipment is equipped with a lock disabling mechanism that is able to engage (lock), or disengage (unlock), or disable (to make unavailable) a product's lock, wherein the lock disabling mechanism disables the product's lock after a specific number of tries by an unauthorized user to disengage the lock by maintaining the product's lock in the current state of the product's lock regardless of input entered to change the state of the product's lock by the unauthorized user; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents" for Plaintiff's "lock disabling system", that is interconnected to, or integrated with, Plaintiff's CMDC device(s).**<br><br>**Patent Specifications**: "FIG. 1 is a perspective view of the… an automatic/mechanical lock disabler and a fingerprint biometric lock with disabler… FIG. 14 is a representative schematic view of the… lock disabling system of the present invention illustrating interconnection of the… fingerprint biometric lock with disabler for engaging and disengaging the fingerprint biometric lock as part of the process of detection and safeguarding the public… The fingerprint biometric lock with disabler 62 is interconnected to the cpu 40… for receiving transmissions therefrom after detection… has occurred so that the lock… can be locked or disabled. Moreover, resetting of the fingerprint biometric lock with disabler 62 occurs when the fingerprint of the individual is placed on the fingerprint-matching pad 64, and if a match occurs with a known fingerprint stored by the cpu 40, then the individual can reset the fingerprint biometric lock with disabler 56… a fingerprint that matches stored and authorized fingerprints 102 would indicate an authorized individual, and would allow the individual to disable and disarm 104 the lock… The fingerprint biometric lock with disabler 62 would then be reset 106 after the appropriate safety… and protection measures are completed, and the system 10 would be reset and placed back in the detection mode 108"<br><br>**Example:** Security feature: After several unsuccessful log-in attempts using a passcode or fingerprint, an Android device automatically locks itself up. If unable to log in after the security layers, the only option is to have the device unlocked. The wrong pin will launch to Google Account Login. On Android Phone, multiple attempts (usually |

| | |
|---|---|
| | five attempts) with an unknown or a wrong pin will go either into a 30 seconds delay before further attempts are allowed or the phone will allow entry using your Google account password to unlock the phone. *https://mashtips.com/unlock-samsung-phone-not-recognizing-fingerprint-or-alternative-password/*. You can have your irises and multiple fingerprints registered along with a backup PIN, pattern or password. "Lock Network & Security" feature as my security net if my phone is stolen. The "Lock Network & Security" feature is supposed to prevent anyone else from turning OFF your phone and your wifi/data when your phone is locked, for purposes such guaranteeing that you will still be able to track or remotely control your phone when it is lost or stolen.<br><br>*FBI tried to unlock the Android Phone* |
| at least one cell phone tower interconnected to the monitoring equipment for sending signals thereto and receiving signals therefrom; or at least one satellite capable of transmitting signals to the monitoring equipment; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**Cell Towers**: Cell towers, also known as cell sites, are where electric communications equipment and antennae are mounted, allowing the surrounding area to use wireless communication devices. Whenever a cell phone is used, it emits an electromagnetic radio wave, called a radio frequency, that is received by the nearest cell tower's antenna. Once the cell tower receives this signal, it will transmit the signals to a switching center. This allows the call to be connected to either another mobile phone or to a telephone network. The equipment on cell towers includes transceivers and other supporting technology. There are multiple antennas attached to a cell tower, typically mounted on a head frame. When a phone is connected to a cellular network, it continually checks the signal strength of nearby towers and communicates that information to the network.<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; |

<table>
<tr>
<td>at least one satellite or at least one cell phone tower capable of signal communication between the multi-sensor detection device and the monitoring equipment;</td>
<td>
Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents"<br><br>
Satellite Phone. Turn Your Smartphone into a Satellite Phone with Thuraya SatSleeve. The SatSleeve is a case that cradles your Smartphone and transforms it into a satellite phone. You can place calls and send text messages whenever you're under Thuraya's satellite footprint, which is just about everywhere in the world. All you have to do is pop the Phone into its included adapter then slide that into the full SatSleeve. The SatSleeve functions over Bluetooth to wireless provide your Smartphone with the total coverage you desire. It has its own dedicated emergency button. If you're ever in a dangerous situation, one press sends a call out to a predetermined number of your choice for help. It works even when your Smartphone is out of the SatSleeve. It comes with its own built-in rechargeable battery, so it can recharge your Phone.<br><br>
<br><br>
Satellite mobile phones: Utilize satellites to communicate with landline, cellular, or other satellite phones in most regions of the world. Responders use satellite mobile phones for emergency communications in order to coordinate response and recovery efforts in remote areas, where there are no landline or cellular telephone networks, or in areas where existing networks are damaged or overloaded during a natural disaster (e.g., severe weather or earthquake) or a manmade incident, including potential chemical, biological, radiological, nuclear, or explosive events. Satellite mobile phones can help maintain command and control functions during an emergency when existing communications networks are not functioning. Satellite mobile phones can communicate with satellite phone systems and transmit the information signals, from voice or Short Message Service (SMS) text, to a receiving mobile phone. The U.S. Department of Homeland Security (DHS) established the System Assessment and Validation for Emergency Responders (SAVER) Program to assist emergency responders.<br><br>
Patent Specifications: Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, wireless communication devices, monitoring sites, desktop personal computers (PCs) laptops, <u>satellite cell phones</u>, cell phones, personal digital assistants (PDAs), and <u>satellite monitoring</u>. Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Wi-Max, Internet, Ethernet, Broadband, Network Bandwidth, Wireless, Wired, Text Messaging, <u>Cellular</u>, <u>Satellite</u>…
</td>
</tr>
</table>

| | |
|---|---|
| at least one internet connection capable of communication between the multi-sensor detection device and the monitoring equipment; and | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Internet communication between the multi sensor detection device and the monitoring equipment<br><br>**Internet for Samsung Galaxy S20 & Galaxy S21 Series**: Smartphones connecting to the Internet anytime and anywhere through public Wi-Fi hotspots that connect to the Internet through a shared connection. Mobile Internet is a smaller Internet scaled down to fit the dimensions of a mobile phone. The mobile phone network is an example of a cellular network. A cellular network has a cluster of geographic locations together known as a 'cell' which connect to the Internet through satellites. Each cell has a transmitting tower at its centre through which information is passed to and fro via digital radio waves. Two ways to connect to the internet through your mobile phone – Via a cellular telephone service provider or by using standard Wi-Fi. A Wi-Fi enabled device lets you surf the Web at free Wi-Fi hotspots. Through a cellular service provider, the phone connects to the Internet through data transfer the same way a PC does, but with a wireless link. We can access the same Web applications just like in our PCs if we use a Wireless Application Protocol (WAP)-enabled cell phone. WAP is the universal standard for wireless communications and applications. For operating mobile phone networks, Global System for Mobile Communications (GSM) and Code Division Multiple Access (CDMA) are the most commonly deployed. GSM and CDMA use different algorithms which allow multiple mobile phone users to share the same digital radio frequency without causing interfering for each other. Cell phones have an in-built antenna which is used to send packets of digital information back and forth with cell-phone towers via radio waves. Mobile phones connect to a cell tower in the area, and instead of connecting to another phone it connects to the Internet and can fetch or retrieve data. Through a cellular service provider, the phone connects to the Internet through data transfer the same way a PC does, but with a wireless link. We can access the same Web applications just like in our PCs if we use a Wireless Application Protocol (WAP)-enabled cell phone. WAP is the universal standard for wireless communications and applications. For operating mobile phone networks, Global System for Mobile Communications (GSM) and Code Division Multiple Access (CDMA) are the most commonly deployed. GSM and CDMA use different algorithms which allow multiple mobile phone users to share the same digital radio frequency without causing interfering for each other. Cell phones have an in-built antenna which is used to send packets of digital information back and forth with cell-phone towers via radio waves. Mobile phones connect to a cell tower in the area, and instead of connecting to another phone it connects to the Internet and can fetch or retrieve data. Mobile Voice goes in one channel and IP or SMS signaling over Mobile Internet in another. The General Packet Radio Service (GPRS) network provides a gateway to the internet through different frequency channels for uploading and downloading. The transfer of data between a wireless device and the Internet. The main component is Radio frequency (RF) energy.<br><br>**Patent Specifications:** Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Wi-Max, Internet, Ethernet, Broadband, Network Bandwidth, Wireless, Wired, Text Messaging, Cellular, Satellite, Telematics, Wide Area Network (WAN). Wireless Wide Area Network (WWAN), Local Area Network (LAN), Radio Frequency (RF), Broadband Wireless Access (BWA), Global Positioning System (GPS), |

| | |
|---|---|
| | General Packet Radio Services (GPRS). Global System for Mobile (GSM), Wideband Code Division Multiple Access (W-CDMA), Universal Mobile Telecommunications System (UMTS), Short Message Service (SMS)… |
| whereupon a signal sent to a receiver of the multi-sensor detection device from a satellite; or to a cell phone tower; or through at least one of a short-range radio frequency or a long-range radio frequency; causes a signal to be sent to the monitoring equipment that includes location data and/or sensor data; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**GPS Receiver:** The primary difference between GPS and Wi-Fi locating technologies is in the method of gathering location data. GPS uses satellites that orbit around the Earth to triangulate a user's location, whereas Wi-Fi locating technology uses relative network signal strength gathered at network access points. The Global Positioning System (GPS) is a government-owned navigation system that operates using radio waves. In order to properly use GPS, you must have a clear line of sight with at least four GPS satellites. Cellular location technology is actually an umbrella term that is used to describe a couple of locating technologies, including Wi-Fi and Sim-based methods. Where GPS lacks, cellular seems to fill in the gaps. Its capabilities shine well in populated areas where cell towers are more densely located. Cellular methods thrive in buildings, cities and densely-populated areas because of how it uses crowdsourced Wi-Fi data.<br><br>Building on the system he developed with NASA for the DHS Cell-All project, George Yu of Genel Systems Inc., created his NODE+ platform — a cylinder not much bigger than a thumb that can *transmit data* from sensors to a smartphone or other smart device or store it to be uploaded to any computer. The NODE+ operates independently of the cell phone and *transmits* the data it gathers using Bluetooth wireless technology. |
| wherein the multi-sensor detection device is implemented by business or government by products grouped together by common features in at least one of several product groupings of design similarity; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their current phones before integrated sensors are fully operational and readily available."<br><br>**Patent Specifications:** Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… |

| | |
|---|---|
| wherein the multi-sensor detection device is for any of one or more products comprising a maritime cargo container, a lock, or the monitoring equipment; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series, is built in any of one or more products listed in any of the plurality of product grouping categories.<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***<br><br>**Patent Specifications**: Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to…<br><br>**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals |
| wherein at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency connection, or short-range radio frequency connection is in signal communication with a transmitter and a receiver of the monitoring equipment or multi-sensor detection device and transceivers of the products | **Plaintiff believes the Defendant & third-party Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**Patent Specifications:** Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Wi-Max, Internet, Ethernet, Broadband, Network Bandwidth, Wireless, Wired, Text Messaging, Cellular, Satellite, Telematics, Wide Area Network (WAN). Wireless Wide Area Network (WWAN), Local Area Network (LAN), Radio Frequency (RF), Broadband Wireless Access (BWA), Global Positioning System (GPS)…<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment..." |

| Patent #: 9,589,439; Independent Claim 21 | Samsung Galaxy S20 & Galaxy S21 Series and Samsung Galaxy Watch 3 Series |
|---|---|
| A multi-sensor detection system for detecting at least one explosive, nuclear, contraband, chemical, biological, human, or radiological agents and compounds, comprising: | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation for Plaintiff's CMDC device(s).**<br><br>**Samsung Galaxy S20 & Galaxy S21 Series** are believed to be communicating, monitoring, detecting, and controlling (CMDC) devices of at least one of the *new and improved* products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone); that comprises, are interconnected to, or integrated with, at least a Central Processing Unit (CPU), that is vital for processing instructions; an Operating System (OS); mobile apps developed for the CMDC devices operating system (OS) such as Android, Apple® iOS®, BlackBerry®, or Windows® Mobile; wireless protocol of Cellular, Bluetooth, Wi-Fi, etc., and CBRNE-H sensors that are placed in, on, upon, or adjacent the *new and improved* CMDC devices; interconnected to the CMDC devices for communication therebetween.<br><br>**Patent Specifications:** "The multi sensor detection and lock disabling system includes a detector case sized to fit in, upon or adjacent any of the aforedescribed products for detecting harmful and dangerous chemical, biological, and radiological agents, compounds and elements… As shown in FIGS. 1-10, the multi sensor detection and lock disabling system 10 includes at least one--and preferably many--detector case 12 that can be placed in, on, upon or adjacent the product…"<br><br>**Patent Specifications:** "Each detector can also be used as a manual, stand-alone hand-held scanner… Still, another objective of the present invention is to provide a multi sensor detection and disabling lock system wherein the interchangeable detectors that comprise part of the system can be used as stand-alone scanners… FIG. 12 is a representative schematic view of the multi sensor detection and lock disabling system of the present invention illustrating the sequence of steps undertaken by one detector when functioning as a standalone scanner for detecting an agent or compound… a light alarm indicator 54 that can be color coded for each specific agent and which is externally visible when the detector 46 is used as a stand-alone scanner… The detector 46 functions as a stand-alone scanner and can be wirelessly interconnected to offsite monitoring equipment."<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. |

| | |
|---|---|
| | to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015<br><br>**The Department of Homeland Security's Cell-All project.** "Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors. In the initial research and development phase, engineers miniaturized sensors to detect abnormal levels of potentially dangerous chemicals in the surrounding environment. When dangerous levels are detected, an application on the cell phone should automatically send sensor and location data over the network to a centralized server, which will then contact appropriate agencies and first responders. The eventual goal of the project is to embed multiple nanoscale sensors (for environmental chemicals, industrial toxins, radiation, and bioagents) directly into mobile phones…" "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their current phones before integrated sensors are fully operational and readily available." Retrieved from: Crowdsourcing urban surveillance: The development of homeland security markets for environmental sensor networks. Torin Monahan & Jennifer T. Mokos: A Department of Communication Studies, The University of North Carolina at Chapel Hill, CB# 3285, 115 Bingham Hall, Chapel Hill, NC 27599-3285, USA; and, a Department of Human & Organizational Development, Vanderbilt University, Peabody #90, 230 Appleton Place, Nashville, TN 37203-5721, USA<br><br>**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a nanosensor-embedded ''sleeve'' for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."<br><br><br><br><br>**CMDC Device Camera Sensor for Biological Detection:** "In the diagnostic test (below), a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or light up, when cut. When coronavirus RNA is present in the sample, it prompts the CRISPR proteins to snip the molecular probes, causing |

the whole sample to emit light. This fluorescence can be detected with a cell phone camera." (*Image courtesy Science at Cal*). The COVID-19 virus is perceived as a biological weapon of mass destruction (BWMD).

**CMDC Device Geiger Counter for Radiological Detection:** Below is a picture of a "Smart Geiger Counter Nuclear Radiation Dosimeter "X-Ray" and "Gamma" Detector Smartphone Android iOS with App". Real-time display of measurement results. Ultra-low power consumption. World smallest Geiger Counter (30mm). Compatible with Android and iOS.

**Smartwatch**: To use a smartwatch as a stand-alone detection device, you need a smartphone. On the smartphone, the user installs the app that comes with the smartwatch stand-alone detection device, such as Android Wear (Wear OS—operating system from Samsung's Tizen software) or Watch from Apple (i.e., watch OS/7—operating system). By opening the accompanying app on the smartphone and turning on Bluetooth, the user can synchronize the smartwatch to function as a stand-alone detection device with the smartphone.

**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) is the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The Patent Owner's CPU is capable of arithmetic operations such as add and divide and flow control operations such as conditionals. The Patent Owner's central processing unit (CPU) is the electronic circuitry within the CMDC device that is vital and essential processes and executes program instructions.

| | |
|---|---|
| | **Patent Specifications:** "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such as cpu 40, a transceiver and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween… or a bomb, explosives or other types of chemical, biological, radiological, or nuclear agents are detected within, upon, affixed or mounted… The cell phone monitor 152 includes the standard keypad functions 154 and more specialized system use (ring tone, email, photos, texting) functions 156 as well as a viewing screen 158. The cell phone detector case 150 includes a recharging cradle or seat 160, a front side 162, a top 164, a bottom 166, and a pair of opposed sides 168. At the back of the cell phone detector case 150 are connections, contacts, and ports for at least an Internet connection 170, a GPS connection 172, and a contact, plug, or port for a power source 174… the integration of portable electronic communication or telecommunication devices such as a cell phone 187a and/or a laptop computer 187b with the monitoring equipment 138 located at a predesignated monitoring site 188…" |
| a plurality of sensors for detecting at least one chemical, biological, radiological, explosive, nuclear, human, or contraband agent or compound, capable of being disposed within, on, upon or adjacent a multi-sensor detection device, wherein at least one of the sensors is capable of detecting agents of an item of interest (IOI); | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**Patent Specifications:** Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans<br><br>**The Department of Homeland Security's Cell-All project.** "Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors… The eventual goal of the project is to embed multiple nanoscale sensors (for environmental chemicals, industrial toxins, radiation, and bioagents) directly into mobile phones…"<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015 |

<table>
<tr>
<td>monitoring equipment of at least one of the products grouped together by common features in a product groupings category of design similarity comprising at least one of a computer terminal, personal computer (PC), laptop, desktop, notebook PC, handheld, cell phone, personal digital assistant (PDA), or smart phone for at least one of a receipt or transmission of signals therebetween;</td>
<td>

**Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**

**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, <u>***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***</u>. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals."

**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals

</td>
</tr>
</table>

| | |
|---|---|
| at least one satellite or at least one cell phone tower capable of signal communication between the multi-sensor detection device and the monitoring equipment; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents"**<br><br>**Satellite Phone.** Turn Your Smartphone into a Satellite Phone with Thuraya SatSleeve. The SatSleeve is a case that cradles your Smartphone and transforms it into a satellite phone. You can place calls and send text messages whenever you're under Thuraya's satellite footprint, which is just about everywhere in the world. All you have to do is pop the Phone into its included adapter then slide that into the full SatSleeve. The SatSleeve functions over Bluetooth to wireless provide your Smartphone with the total coverage you desire. It has its own dedicated emergency button. If you're ever in a dangerous situation, one press sends a call out to a predetermined number of your choice for help. It works even when your Smartphone is out of the SatSleeve. It comes with its own built-in rechargeable battery, so it can recharge your Phone.<br><br><br><br>**Satellite mobile phones**: Utilize satellites to communicate with landline, cellular, or other satellite phones in most regions of the world. Responders use satellite mobile phones for emergency communications in order to coordinate response and recovery efforts in remote areas, where there are no landline or cellular telephone networks, or in areas where existing networks are damaged or overloaded during a natural disaster (e.g., severe weather or earthquake) or a manmade incident, including potential chemical, biological, radiological, nuclear, or explosive events. Satellite mobile phones can help maintain command and control functions during an emergency when existing communications networks are not functioning. Satellite mobile phones can communicate with satellite phone systems and transmit the information signals, from voice or Short Message Service (SMS) text, to a receiving mobile phone. The U.S. Department of Homeland Security (DHS) established the System Assessment and Validation for Emergency Responders (SAVER) Program to assist emergency responders.<br><br>**Patent Specifications**: Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, wireless communication devices, monitoring sites, desktop personal computers (PCs) laptops, ***satellite cell phones***, cell phones, personal digital assistants (PDAs), and ***satellite monitoring***. Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Wi-Max, Internet, Ethernet, Broadband, Network Bandwidth, Wireless, Wired, Text Messaging, ***Cellular***, ***Satellite***… |

| | |
|---|---|
| at least one internet connection capable of communication between the multi-sensor detection device and the monitoring equipment; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Internet communication between the multi sensor detection device and the monitoring equipment<br><br>**Internet for Samsung Galaxy S20 & Galaxy S21 Series**: Smartphones connecting to the Internet anytime and anywhere through public Wi-Fi hotspots that connect to the Internet through a shared connection. Mobile Internet is a smaller Internet scaled down to fit the dimensions of a mobile phone. The mobile phone network is an example of a cellular network. A cellular network has a cluster of geographic locations together known as a 'cell' which connect to the Internet through satellites. Each cell has a transmitting tower at its centre through which information is passed to and fro via digital radio waves. Two ways to connect to the internet through your mobile phone – Via a cellular telephone service provider or by using standard Wi-Fi. A Wi-Fi enabled device lets you surf the Web at free Wi-Fi hotspots. Through a cellular service provider, the phone connects to the Internet through data transfer the same way a PC does, but with a wireless link. We can access the same Web applications just like in our PCs if we use a Wireless Application Protocol (WAP)-enabled cell phone. WAP is the universal standard for wireless communications and applications. For operating mobile phone networks, Global System for Mobile Communications (GSM) and Code Division Multiple Access (CDMA) are the most commonly deployed. GSM and CDMA use different algorithms which allow multiple mobile phone users to share the same digital radio frequency without causing interfering for each other. Cell phones have an in-built antenna which is used to send packets of digital information back and forth with cell-phone towers via radio waves. Mobile phones connect to a cell tower in the area, and instead of connecting to another phone it connects to the Internet and can fetch or retrieve data. Through a cellular service provider, the phone connects to the Internet through data transfer the same way a PC does, but with a wireless link. We can access the same Web applications just like in our PCs if we use a Wireless Application Protocol (WAP)-enabled cell phone. WAP is the universal standard for wireless communications and applications. For operating mobile phone networks, Global System for Mobile Communications (GSM) and Code Division Multiple Access (CDMA) are the most commonly deployed. GSM and CDMA use different algorithms which allow multiple mobile phone users to share the same digital radio frequency without causing interfering for each other. Cell phones have an in-built antenna which is used to send packets of digital information back and forth with cell-phone towers via radio waves. Mobile phones connect to a cell tower in the area, and instead of connecting to another phone it connects to the Internet and can fetch or retrieve data. Mobile Voice goes in one channel and IP or SMS signaling over Mobile Internet in another. The General Packet Radio Service (GPRS) network provides a gateway to the internet through different frequency channels for uploading and downloading. The transfer of data between a wireless device and the Internet. The main component is Radio frequency (RF) energy.<br><br>**Patent Specifications:** Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Wi-Max, Internet, Ethernet, Broadband, Network Bandwidth, Wireless, Wired, Text Messaging, Cellular, Satellite, Telematics, Wide Area Network (WAN). Wireless Wide Area Network (WWAN), Local Area Network (LAN), Radio Frequency (RF), Broadband Wireless Access (BWA), Global Positioning System (GPS), |

<table>
<tr><td></td><td>General Packet Radio Services (GPRS). Global System for Mobile (GSM), Wideband Code Division Multiple Access (W-CDMA), Universal Mobile Telecommunications System (UMTS), Short Message Service (SMS)…</td></tr>
<tr><td>whereupon a signal sent to a receiver of the multi-sensor detection device for detecting the agents of the item of interest causes a signal that includes at least one of location data or sensor data to be sent to the monitoring equipment;</td><td>Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation<br><br>Building on the system he developed with NASA for the DHS Cell-All project, George Yu of Genel Systems Inc., created his NODE+ platform — a cylinder not much bigger than a thumb that can transmit data from sensors to a smartphone or other smart device or store it to be uploaded to any computer. The NODE+ operates independently of the cell phone and transmits the data it gathers using Bluetooth wireless technology.<br><br>GPS Receiver: The primary difference between GPS and Wi-Fi locating technologies is in the method of gathering location data. GPS uses satellites that orbit around the Earth to triangulate a user's location, whereas Wi-Fi locating technology uses relative network signal strength gathered at network access points. The Global Positioning System (GPS) is a government-owned navigation system that operates using radio waves. In order to properly use GPS, you must have a clear line of sight with at least four GPS satellites. Cellular location technology is actually an umbrella term that is used to describe a couple of locating technologies, including Wi-Fi and Sim-based methods. Where GPS lacks, cellular seems to fill in the gaps. Its capabilities shine well in populated areas where cell towers are more densely located. Cellular methods thrive in buildings, cities and densely-populated areas because of how it uses crowdsourced Wi-Fi data.<br><br></td></tr>
</table>

| | |
|---|---|
| wherein the multi-sensor detection device for any of one or more products comprising a maritime cargo container, a lock, or the monitoring equipment; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series is built in any of one or more products listed in any of the plurality of product grouping categories.<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***<br><br>**Patent Specifications**: Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to…<br><br>**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals |
| wherein at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, or broadband connection, is in signal communication with a transmitter, a receiver of the monitoring equipment, or transceivers of the products; | **Plaintiff believes the Defendant & third-party Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**Patent Specifications:** Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Wi-Max, Internet, Ethernet, Broadband, Network Bandwidth, Wireless, Wired, Text Messaging, Cellular, Satellite, Telematics, Wide Area Network (WAN). Wireless Wide Area Network (WWAN), Local Area Network (LAN), Radio Frequency (RF), Broadband Wireless Access (BWA), Global Positioning System (GPS)…<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, ***"built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device"***. Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment…" |

| | |
|---|---|
| at least one tag that is read by the monitoring equipment that is capable of wireless near-field communication to achieve detection of at least one of the explosive agent, the nuclear agent, the contraband agent, the chemical agent, the biological agent, the human agent, or the radiological agent which allows radio frequency (RF) data to be received and/or transferred between the tag and the monitoring equipment. | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents"**<br><br>"The combination of NFC tags with sensors becomes a new route to realize wireless communication sensed functions, which endows a smartphone with capabilities to rapidly obtain sensing information by simply reading an NFC tag integrated with a sensor" Opperman C.A., Hancke G.P. Using NFC-enabled phones for remote data acquisition and digital control; Proceedings of the IEEE Africon '11; Livingstone, Zambia. 13–15 Sept. 2011; pp. 1–6.<br><br>"A joint research group including senior researcher Shinsuke Ishihara at the Frontier Molecules Group, International Center for Materials Nanoarchitectonics (MANA), National Institute for Materials Science (NIMS), and Professor Timothy M. Swager, at the Massachusetts Institute of Technology (MIT), developed a chemical sensing material whose electrical conductivity dramatically increases when exposed to toxic gases. In addition, the group integrated the sensing material into the electronic circuit in a near-field communication (NFC) tag, which is embedded in smart cards… [w]e created a toxic gas sensor whose measurement can be read on smartphones by integrating the chemical sensing material into the electronic circuit present in a commercially available NFC tag. Users can readily determine the presence/absence of toxic gas by holding an NFC-compatible smartphone over a sensor-embedded NFC tag while making sure that communication between the two devices is intact. The sensor is disposable, and 1 g of the chemical sensing material makes 4 million sensors. So, it is feasible to mass-produce the sensor at low cost."<br><br>Smartphones are equipped with NFC technology, that is used in peer-to-peer payment and data transfer apps. NFC stands for near-field communication, and it allows phones, tablets, laptops, and other devices to share data with other NFC-equipped devices. NFC's small radius is a major security benefit, and one reason why NFC has taken off as a secure alternative to RFID technology. An NFC connection is automatically started when another NFC device enters into the wireless standard four-inch range. Once in range, the two devices instantly communicate. The alleged infringing devices (i.e., new and improved cell phones, smartphones, smartwatches, or cell phone detection devices) are equipped with NFC technology.<br><br>**Patent Specifications:** "The multi sensor detection and lock disabling system includes a detector case sized to fit in, upon or adjacent any of the aforedescribed products for detecting harmful and dangerous chemical, biological, and radiological agents, compounds and elements… As shown in FIGS. 1-10, the multi sensor detection and lock disabling system 10 includes at least one--and preferably many--detector case 12 that can be placed in, on, upon or adjacent the product…" |

| Patent #: 9,589,439; Independent Claim 22 | Samsung Galaxy S20 & Galaxy S21 Series and Samsung Galaxy Watch 3 Series |
|---|---|
| A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a personal digital assistant (PDA), a laptop, or a computer terminal, comprising: | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation for Plaintiff's CMDC device(s).**<br><br>**Samsung Galaxy S20 & Galaxy S21 Series** are believed to be communicating, monitoring, detecting, and controlling (CMDC) devices of at least one of the *new and improved* products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone); that comprises, are interconnected to, or integrated with, at least a Central Processing Unit (CPU), that is vital for processing instructions; an Operating System (OS); mobile apps developed for the CMDC devices operating system (OS) such as Android, Apple® iOS®, BlackBerry®, or Windows® Mobile; wireless protocol of Cellular, Bluetooth, Wi-Fi, etc., and CBRNE-H sensors that are placed in, on, upon, or adjacent the *new and improved* CMDC devices; interconnected to the CMDC devices for communication therebetween.<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, "built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device". Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015<br><br>**The Department of Homeland Security's Cell-All project.** "Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors. In the initial research and development phase, engineers miniaturized sensors to detect abnormal levels of potentially dangerous chemicals in the surrounding environment. When dangerous levels are detected, an application on the cell phone should automatically send sensor and location data over the network to a centralized server, which will then contact appropriate agencies and first responders. The eventual goal of the project is to embed multiple nanoscale sensors (for environmental chemicals, industrial toxins, radiation, and bioagents) directly into mobile phones…" "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their |

current phones before integrated sensors are fully operational and readily available." Retrieved from: Crowdsourcing urban surveillance: The development of homeland security markets for environmental sensor networks. Torin Monahan & Jennifer T. Mokos: A Department of Communication Studies, The University of North Carolina at Chapel Hill, CB# 3285, 115 Bingham Hall, Chapel Hill, NC 27599-3285, USA; and, a Department of Human & Organizational Development, Vanderbilt University, Peabody #90, 230 Appleton Place, Nashville, TN 37203-5721, USA

**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a nanosensor-embedded ''sleeve'' for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."

**CMDC Device Camera Sensor for Biological Detection:** "In the diagnostic test (below), a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or light up, when cut. When coronavirus RNA is present in the sample, it prompts the CRISPR proteins to snip the molecular probes, causing the whole sample to emit light. This fluorescence can be detected with a cell phone camera." (*Image courtesy Science at Cal*). The COVID-19 virus is perceived as a biological weapon of mass destruction (BWMD).

**CMDC Device Geiger Counter for Radiological Detection:** Below is a picture of a "Smart Geiger Counter Nuclear Radiation Dosimeter "X-Ray" and "Gamma" Detector Smartphone Android iOS with App". Real-time display of measurement results. Ultra-low power consumption. World smallest Geiger Counter (30mm). Compatible with Android and iOS.



**Smartwatch**: To use a smartwatch as a stand-alone detection device, you need a smartphone. On the smartphone, the user installs the app that comes with the smartwatch stand-alone detection device, such as Android Wear (Wear OS—operating system from Samsung's Tizen software) or Watch from Apple (i.e., watch OS/7—operating system). By opening the accompanying app on the smartphone and turning on Bluetooth, the user can synchronize the smartwatch to function as a stand-alone detection device with the smartphone.

**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) is the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The Patent Owner's CPU is capable of arithmetic operations such as add and divide and flow control operations such as conditionals. The Patent Owner's central processing unit (CPU) is the electronic circuitry within the CMDC device that is vital and essential processes and executes program instructions.

**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such as cpu 40, a transceiver and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween… or a bomb, explosives or other types of chemical, biological, radiological, or nuclear agents are detected within, upon, affixed or mounted… The cell phone monitor 152 includes the standard keypad functions 154 and more specialized system use (ring tone, email, photos, texting) functions 156 as well as a viewing screen 158. The cell phone detector case 150 includes a recharging cradle or seat 160, a front side 162, a top 164, a bottom 166, and a pair of opposed sides 168. At the back of the cell phone detector case 150 are connections, contacts, and ports for at least an Internet connection 170, a GPS connection 172, and a contact, plug, or port for a power source 174…

<table>
<tr>
<td>at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor; that is wired or wireless, capable of being disposed within, on, upon or adjacent the communication device;</td>
<td>

**Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents"**

**Interchangeable Sensors**: Building on the system he developed with NASA for the DHS Cell-All project, George Yu of Genel Systems Inc., created his NODE+ platform — a cylinder not much bigger than a thumb that can transmit data from sensors to a smartphone or other smart device or store it to be uploaded to any computer. The NODE+ operates independently of the cell phone and transmits the data it gathers using Bluetooth wireless technology. Variable converted off-the-shelf sensors, such as infrared thermometers, color referencers, motion sensors and barcode readers, into *interchangeable modules* that can be snapped onto either end of smartphone or other smart device, so two modules can be used simultaneously. There is a module for carbon dioxide detection and another that senses carbon monoxide, nitric oxide and other gases. "Using a common platform for multiple sensor modules, you save a lot of money," Yu says. The NODE+ is compatible with Android and Apple smart devices.

The NODE+ platform can be outfitted with an array of different sensor modules and can store data or transmit it to a smart device using Bluetooth wireless technology. ***Credits: Variable Inc.***

</td>
</tr>
</table>

| | |
|---|---|
| at least one of a central processing unit (CPU), a network processor, or a front-end processor for communication between a host computer and other devices; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) of the alleged infringing devices are the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The components for a processor are condensed to fit in the smartphone, and exist as a mobile application processor, or a System-on-a-Chip (SoC), that includes the CPU. Mobile application processors are found in smartphones, smartwatches, and tablets. |
| a transmitter for transmitting signals and messages to at least one of a multi-sensor detection device, a cell phone detection device, or a locking device; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series transmits signals and messages to at least one of plurality product groups.<br><br>**Patent Specifications**: Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel" |

| | |
|---|---|
| a receiver for receiving signals, data or messages from at least one of a multi-sensor detection device, a cell phone detection device, or a locking device; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series receives signals, data or messages from at least one of plurality product groups.<br><br>**Patent Specifications**: Product grouping 1 (storage & transportation) include, but are not limited to, cargo containers, shipping containers, tractor trailers, mail carriers, mail boxes, airplanes, subways, cargo planes, freight train cars…Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, biometric sensors, high security locks, door sensors, disabling locking systems, detection of humans… Product grouping 3 (detector case; modified and adapted) include, but are not limited to, cell phone cases, detector cases of locks, detector cases of tags, detector cases that is [are] mounted to, detector cases that is [are] affixed to, detector cases that is [are] outside of, detector cases that is [are] inside of, and detector cases that is [are] adjacent to… Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, portable communication equipment, wired communication devices, wireless communication devices, monitoring sites, monitoring terminals, desktop personal computers (PCs), notebook personal computers (PCs), laptops, cell phones, personal digital assistants (PDAs), handhelds… Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Internet, Wireless, Wired, Text Messaging, Cellular, Satellite, Radio Frequency (RF), Global Positioning System (GPS)… Product grouping 6 (biometrics) include, but are not limited to, fingerprint recognition, voice recognition, face recognition, band geometry, retina scan, iris scan and signature… Product grouping 7 (authorized person) include, but are not limited to, owner, pilot, conductor, captain, drivers of vehicles identified as high security, airport security, police, highway patrol, security guard, military personnel, hazardous material (HAZMAT) personnel, the Central Intelligence Agency (CIA), the Federal Bureau of Investigation (FBI), Secret Service, port security personnel, border security personnel, first responders, monitoring sites and terminal personnel" |
| at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, cellular connection, long and/or short-range radio frequency (RF) connection, or GPS connection; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series are literally infringing the wireless protocols listed in the claim limitation of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection. |

| | |
|---|---|
| the communication device being at least a fixed, portable or mobile communication device, equipped with at least one wired or wireless sensor for the detection of humans; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Smartphones are equipped with NFC technology, that is used in peer-to-peer payment and data transfer apps. NFC stands for near-field communication, and it allows phones, tablets, laptops, and other devices to share data with other NFC-equipped devices. NFC's small radius is a major security benefit, and one reason why NFC has taken off as a secure alternative to RFID technology. An NFC connection is automatically started when another NFC device enters into the wireless standard four-inch range. Once in range, the two devices instantly communicate. The alleged infringing devices (i.e., new and improved cell phones, smartphones, smartwatches, or cell phone detection devices) are equipped with NFC technology. |
| the communication device being equipped to receive signals from or send signals to engage (lock), disengage (unlock), or disable (make unavailable) locks; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents" for Plaintiff's "lock disabling system", that is interconnected to, or integrated with, Plaintiff's CMDC device(s).**<br><br>**Patent Specifications**: "FIG. 1 is a perspective view of the… an automatic/mechanical lock disabler and a fingerprint biometric lock with disabler… FIG. 14 is a representative schematic view of the… lock disabling system of the present invention illustrating interconnection of the… fingerprint biometric lock with disabler for engaging and disengaging the fingerprint biometric lock as part of the process of detection and safeguarding the public… The fingerprint biometric lock with disabler 62 is interconnected to the cpu 40… for receiving transmissions therefrom after detection… has occurred so that the lock… can be locked or disabled. Moreover, resetting of the fingerprint biometric lock with disabler 62 occurs when the fingerprint of the individual is placed on the fingerprint-matching pad 64, and if a match occurs with a known fingerprint stored by the cpu 40, then the individual can reset the fingerprint biometric lock with disabler 56… a fingerprint that matches stored and authorized fingerprints 102 would indicate an authorized individual, and would allow the individual to disable and disarm 104 the lock… The fingerprint biometric lock with disabler 62 would then be reset 106 after the appropriate safety… and protection measures are completed, and the system 10 would be reset and placed back in the detection mode 108"<br><br>**Example:** Security feature: After several unsuccessful log-in attempts using a passcode or fingerprint, an Android device automatically locks itself up. If unable to log in after the security layers, the only option is to have the device unlocked. The wrong pin will launch to Google Account Login. On Android Phone, multiple attempts (usually five attempts) with an unknown or a wrong pin will go either into a 30 seconds delay before further attempts are allowed or the phone will allow entry using your Google account password to unlock the phone. *https://mashtips.com/unlock-samsung-phone-not-recognizing-fingerprint-or-alternative-password/*. You can have your irises and multiple fingerprints registered along with a backup PIN, pattern or password. "Lock Network & Security" feature as my security net if my phone is stolen. The "Lock Network & Security" feature is supposed to prevent anyone else from turning OFF your phone and your wifi/data when your phone is locked, for purposes such guaranteeing that you will still be able to track or remotely control your phone when it is lost or stolen. |

<table>
<tr><td></td><td><br>FBI tried to unlock the Android Phone</td></tr>
<tr><td>the communication device being equipped with biometrics that incorporates at least one of a fingerprint recognition or a face recognition to at least one of gain access to the device or to prevent unauthorized use;</td><td>Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation<br><br>Patent Specifications: "FIG. 1 is a perspective view of the… an automatic/mechanical lock disabler and a fingerprint biometric lock with disabler… FIG. 14 is a representative schematic view of the… lock disabling system of the present invention illustrating interconnection of the… fingerprint biometric lock with disabler for engaging and disengaging the fingerprint biometric lock as part of the process of detection and safeguarding the public… The fingerprint biometric lock with disabler 62 is interconnected to the cpu 40… for receiving transmissions therefrom after detection… has occurred so that the lock… can be locked or disabled. Moreover, resetting of the fingerprint biometric lock with disabler 62 occurs when the fingerprint of the individual is placed on the fingerprint-matching pad 64<br><br>Facial and Fingerprint Recognition on Android Phones (i.e., Samsung and LG): Android manufacturers offer facial recognition technology, and many Android phones allow you to unlock them using only your face. Password supports fingerprint on Android devices. You can unlock your password database on Android smartphones and tablets using your fingerprint.<br></td></tr>
</table>

<table>
<tr>
<td>the communication device being capable of wireless near-field communication (NFC) which allows radio frequency (RF) data to be at least one of received or transferred between the communication device and at least one tag that is read by the communication device;</td>
<td>

**Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents"**

"The combination of NFC tags with sensors becomes a new route to realize wireless communication sensed functions, which endows a smartphone with capabilities to rapidly obtain sensing information by simply reading an NFC tag integrated with a sensor" Opperman C.A., Hancke G.P. Using NFC-enabled phones for remote data acquisition and digital control; Proceedings of the IEEE Africon '11; Livingstone, Zambia. 13–15 Sept. 2011; pp. 1–6.

"A joint research group including senior researcher Shinsuke Ishihara at the Frontier Molecules Group, International Center for Materials Nanoarchitectonics (MANA), National Institute for Materials Science (NIMS), and Professor Timothy M. Swager, at the Massachusetts Institute of Technology (MIT), developed a chemical sensing material whose electrical conductivity dramatically increases when exposed to toxic gases. In addition, the group integrated the sensing material into the electronic circuit in a near-field communication (NFC) tag, which is embedded in smart cards… [w]e created a toxic gas sensor whose measurement can be read on smartphones by integrating the chemical sensing material into the electronic circuit present in a commercially available NFC tag. Users can readily determine the presence/absence of toxic gas by holding an NFC-compatible smartphone over a sensor-embedded NFC tag while making sure that communication between the two devices is intact. The sensor is disposable, and 1 g of the chemical sensing material makes 4 million sensors. So, it is feasible to mass-produce the sensor at low cost."

Smartphones are equipped with NFC technology, that is used in peer-to-peer payment and data transfer apps. NFC stands for near-field communication, and it allows phones, tablets, laptops, and other devices to share data with other NFC-equipped devices. NFC's small radius is a major security benefit, and one reason why NFC has taken off as a secure alternative to RFID technology. An NFC connection is automatically started when another NFC device enters into the wireless standard four-inch range. Once in range, the two devices instantly communicate. The alleged infringing devices (i.e., new and improved cell phones, smartphones, smartwatches, or cell phone detection devices) are equipped with NFC technology.

**Patent Specifications:** "The multi sensor detection and lock disabling system includes a detector case sized to fit in, upon or adjacent any of the aforedescribed products for detecting harmful and dangerous chemical, biological, and radiological agents, compounds and elements… As shown in FIGS. 1-10, the multi sensor detection and lock disabling system 10 includes at least one--and preferably many--detector case 12 that can be placed in, on, upon or adjacent the product…"

</td>
</tr>
</table>

<table>
<tr>
<td>whereupon a signal sent to the receiver of at least one of a multi-sensor detection device, a cell phone detection device, or a locking device from a satellite or a cell phone tower or through at least one of a Bluetooth connection, a WiFi connection, an internet connection, a cellular connection, a GPS connection, a short range radio frequency (RF) connection, or a long range radio frequency (RF) connection, causes a signal that includes at least one of location data or sensor data to be sent to the communication device; and</td>
<td>

**Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**

Building on the system he developed with NASA for the DHS Cell-All project, George Yu of Genel Systems Inc., created his NODE+ platform — a cylinder not much bigger than a thumb that can *transmit data* from sensors to a smartphone or other smart device or store it to be uploaded to any computer. The NODE+ operates independently of the cell phone and *transmits* the data it gathers using Bluetooth wireless technology.

**GPS Receiver:** The primary difference between GPS and Wi-Fi locating technologies is in the method of gathering location data. GPS uses satellites that orbit around the Earth to triangulate a user's location, whereas Wi-Fi locating technology uses relative network signal strength gathered at network access points. The Global Positioning System (GPS) is a government-owned navigation system that operates using radio waves. In order to properly use GPS, you must have a clear line of sight with at least four GPS satellites. Cellular location technology is actually an umbrella term that is used to describe a couple of locating technologies, including Wi-Fi and Sim-based methods. Where GPS lacks, cellular seems to fill in the gaps. Its capabilities shine well in populated areas where cell towers are more densely located. Cellular methods thrive in buildings, cities and densely-populated areas because of how it uses crowdsourced Wi-Fi data.

</td>
</tr>
</table>

<table>
<tr>
<td>wherein at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, cellular connection, long range radio frequency (RF) connection, or short range radio frequency (RF) connection, capable of signal communication with the transmitter of the communication device, the receiver of the communication device, or the central processing unit (CPU).</td>
<td>

**Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents"**

**Satellite Phone.** Turn Your Smartphone into a Satellite Phone with Thuraya SatSleeve. The SatSleeve is a case that cradles your Smartphone and transforms it into a satellite phone. You can place calls and send text messages whenever you're under Thuraya's satellite footprint, which is just about everywhere in the world. All you have to do is pop the Phone into its included adapter then slide that into the full SatSleeve. The SatSleeve functions over Bluetooth to wireless provide your Smartphone with the total coverage you desire. It has its own dedicated emergency button. If you're ever in a dangerous situation, one press sends a call out to a predetermined number of your choice for help. It works even when your Smartphone is out of the SatSleeve. It comes with its own built-in rechargeable battery, so it can recharge your Phone.

**Satellite mobile phones**: Utilize satellites to communicate with landline, cellular, or other satellite phones in most regions of the world. Responders use satellite mobile phones for emergency communications in order to coordinate response and recovery efforts in remote areas, where there are no landline or cellular telephone networks, or in areas where existing networks are damaged or overloaded during a natural disaster (e.g., severe weather or earthquake) or a manmade incident, including potential chemical, biological, radiological, nuclear, or explosive events. Satellite mobile phones can help maintain command and control functions during an emergency when existing communications networks are not functioning. Satellite mobile phones can communicate with satellite phone systems and transmit the information signals, from voice or Short Message Service (SMS) text, to a receiving mobile phone. The U.S. Department of Homeland Security (DHS) established the System Assessment and Validation for Emergency Responders (SAVER) Program to assist emergency responders.

**Patent Specifications**: Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, wireless communication devices, monitoring sites, desktop personal computers (PCs) laptops, ***satellite cell phones***, cell phones, personal digital assistants (PDAs), and ***satellite monitoring***. Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Wi-Max, Internet, Ethernet, Broadband, Network Bandwidth, Wireless, Wired, Text Messaging, ***Cellular***, ***Satellite***...

</td>
</tr>
</table>

| Patent #: 9,589,439; Independent Claim 23 | Samsung Galaxy S20 & Galaxy S21 Series and Samsung Galaxy Watch 3 Series |
|---|---|
| A cell phone comprising: | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation for Plaintiff's CMDC device(s).**<br><br>**Samsung Galaxy S20 & Galaxy S21 Series** are believed to be communicating, monitoring, detecting, and controlling (CMDC) devices of at least one of the *new and improved* products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone); that comprises, are interconnected to, or integrated with, at least a Central Processing Unit (CPU), that is vital for processing instructions; an Operating System (OS); mobile apps developed for the CMDC devices operating system (OS) such as Android, Apple® iOS®, BlackBerry®, or Windows® Mobile; wireless protocol of Cellular, Bluetooth, Wi-Fi, etc., and CBRNE-H sensors that are placed in, on, upon, or adjacent the *new and improved* CMDC devices; interconnected to the CMDC devices for communication therebetween.<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, "built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device". Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015<br><br>**The Department of Homeland Security's Cell-All project.** "Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors. In the initial research and development phase, engineers miniaturized sensors to detect abnormal levels of potentially dangerous chemicals in the surrounding environment. When dangerous levels are detected, an application on the cell phone should automatically send sensor and location data over the network to a centralized server, which will then contact appropriate agencies and first responders. The eventual goal of the project is to embed multiple nanoscale sensors (for environmental chemicals, industrial toxins, radiation, and bioagents) directly into mobile phones…" "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their |

current phones before integrated sensors are fully operational and readily available." Retrieved from: Crowdsourcing urban surveillance: The development of homeland security markets for environmental sensor networks. Torin Monahan & Jennifer T. Mokos: A Department of Communication Studies, The University of North Carolina at Chapel Hill, CB# 3285, 115 Bingham Hall, Chapel Hill, NC 27599-3285, USA; and, a Department of Human & Organizational Development, Vanderbilt University, Peabody #90, 230 Appleton Place, Nashville, TN 37203-5721, USA

**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a nanosensor-embedded ''sleeve'' for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."

**CMDC Device Camera Sensor for Biological Detection:** "In the diagnostic test (below), a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or light up, when cut. When coronavirus RNA is present in the sample, it prompts the CRISPR proteins to snip the molecular probes, causing the whole sample to emit light. This fluorescence can be detected with a cell phone camera." (*Image courtesy Science at Cal*). The COVID-19 virus is perceived as a biological weapon of mass destruction (BWMD).

**CMDC Device Geiger Counter for Radiological Detection:** Below is a picture of a "Smart Geiger Counter Nuclear Radiation Dosimeter "X-Ray" and "Gamma" Detector Smartphone Android iOS with App". Real-time display of measurement results. Ultra-low power consumption. World smallest Geiger Counter (30mm). Compatible with Android and iOS.



**Smartwatch**: To use a smartwatch as a stand-alone detection device, you need a smartphone. On the smartphone, the user installs the app that comes with the smartwatch stand-alone detection device, such as Android Wear (Wear OS—operating system from Samsung's Tizen software) or Watch from Apple (i.e., watch OS/7—operating system). By opening the accompanying app on the smartphone and turning on Bluetooth, the user can synchronize the smartwatch to function as a stand-alone detection device with the smartphone.

**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) is the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The Patent Owner's CPU is capable of arithmetic operations such as add and divide and flow control operations such as conditionals. The Patent Owner's central processing unit (CPU) is the electronic circuitry within the CMDC device that is vital and essential processes and executes program instructions.

**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such as cpu 40, a transceiver and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween… or a bomb, explosives or other types of chemical, biological, radiological, or nuclear agents are detected within, upon, affixed or mounted… The cell phone monitor 152 includes the standard keypad functions 154 and more specialized system use (ring tone, email, photos, texting) functions 156 as well as a viewing screen 158. The cell phone detector case 150 includes a recharging cradle or seat 160, a front side 162, a top 164, a bottom 166, and a pair of opposed sides 168. At the back of the cell phone detector case 150 are connections, contacts, and ports for at least an Internet connection 170, a GPS connection 172, and a contact, plug, or port for a power source 174…

| | |
|---|---|
| a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>**Central Processing Unit (CPU)**: The Central Processing Unit (CPU) of the alleged infringing devices are the programmable device capable of general-purpose computation. It is the engine of logic, as with the brain, and the core piece of hardware in the Patent Owner's CMDC device (i.e., communication devices, monitoring device; monitoring equipment). The components for a processor are condensed to fit in the smartphone, and exist as a mobile application processor, or a System-on-a-Chip (SoC), that includes the CPU. Mobile application processors are found in smartphones, smartwatches, and tablets. |
| a transmitter for transmitting signals and messages to a cell phone detection device; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents"**<br><br>**Interchangeable Sensors**: Building on the system he developed with NASA for the DHS Cell-All project, George Yu of Genel Systems Inc., created his NODE+ platform — a cylinder not much bigger than a thumb that can transmit data from sensors to a smartphone or other smart device or store it to be uploaded to any computer. The NODE+ operates independently of the cell phone and transmits the data it gathers using Bluetooth wireless technology. Variable converted off-the-shelf sensors, such as infrared thermometers, color referencers, motion sensors and barcode readers, into *interchangeable modules* that can be snapped onto either end of smartphone or other smart device, so two modules can be used simultaneously. There is a module for carbon dioxide detection and another that senses carbon monoxide, nitric oxide and other gases. "Using a common platform for multiple sensor modules, you save a lot of money," Yu says. The NODE+ is compatible with Android and Apple smart devices.<br><br>The NODE+ platform can be outfitted with an array of different sensor modules and can store data or transmit it to a smart device using Bluetooth wireless technology. ***Credits: Variable Inc.*** |

<table>
<tr>
<td>a receiver for receiving signals from the cell phone detection device;</td>
<td>
Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation
DHS Cell-All Chemical Sensors: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a nanosensor-embedded ''sleeve'' for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."

</td>
</tr>
<tr>
<td>at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection;</td>
<td>
Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation
Samsung Gal S20 & Gal S21 Series are literally infringing the wireless protocols listed in the claim limitation of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection.
Patent Specifications: Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, wireless communication devices, monitoring sites, desktop personal computers (PCs) laptops, <u>satellite cell phones</u>, cell phones, personal digital assistants (PDAs), and <u>satellite monitoring</u>. Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Wi-Max, Internet, Ethernet, Broadband, Network Bandwidth, Wireless, Wired, Text Messaging, <u>Cellular</u>, <u>Satellite</u>…
</td>
</tr>
</table>

| the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Smartphones are equipped with NFC technology, that is used in peer-to-peer payment and data transfer apps. NFC stands for near-field communication, and it allows phones, tablets, laptops, and other devices to share data with other NFC-equipped devices. NFC's small radius is a major security benefit, and one reason why NFC has taken off as a secure alternative to RFID technology. An NFC connection is automatically started when another NFC device enters into the wireless standard four-inch range. Once in range, the two devices instantly communicate. The alleged infringing devices (i.e., new and improved cell phones, smartphones, smartwatches, or cell phone detection devices) are equipped with NFC technology. |
|---|---|
| whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**<br><br>Samsung Gal S20 & Gal S21 Series Security feature: The devices are capable of sending signals to lock and unlock doors; activate or deactivate security systems in homes, buildings, or vehicles; detect for Chemical, Biological, Radiological, Nuclear, or Explosive's agents; to stop, stall, or slowdown vehicles, to include driverless land and aerial vehicles; of diagnosing biological and/or chemical medical conditions, and receiving data that the intended task has been accomplished. |

| | |
|---|---|
| at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents"**<br><br>**Interchangeable Sensors**: Building on the system he developed with NASA for the DHS Cell-All project, George Yu of Genel Systems Inc., created his NODE+ platform — a cylinder not much bigger than a thumb that can transmit data from sensors to a smartphone or other smart device or store it to be uploaded to any computer. The NODE+ operates independently of the cell phone and transmits the data it gathers using Bluetooth wireless technology. Variable converted off-the-shelf sensors, such as infrared thermometers, color referencers, motion sensors and barcode readers, into *interchangeable modules* that can be snapped onto either end of smartphone or other smart device, so two modules can be used simultaneously. There is a module for carbon dioxide detection and another that senses carbon monoxide, nitric oxide and other gases. "Using a common platform for multiple sensor modules, you save a lot of money," Yu says. The NODE+ is compatible with Android and Apple smart devices.<br><br>The NODE+ platform can be outfitted with an array of different sensor modules and can store data or transmit it to a smart device using Bluetooth wireless technology. ***Credits: Variable Inc.*** |

| | |
|---|---|
| wherein at least one of the satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection is capable of signal communication with the transmitter or the receiver; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents"**<br><br>**Satellite Phone.** Turn Your Smartphone into a Satellite Phone with Thuraya SatSleeve. The SatSleeve is a case that cradles your Smartphone and transforms it into a satellite phone. You can place calls and send text messages whenever you're under Thuraya's satellite footprint, which is just about everywhere in the world. All you have to do is pop the Phone into its included adapter then slide that into the full SatSleeve. The SatSleeve functions over Bluetooth to wireless provide your Smartphone with the total coverage you desire. It has its own dedicated emergency button. If you're ever in a dangerous situation, one press sends a call out to a predetermined number of your choice for help. It works even when your Smartphone is out of the SatSleeve. It comes with its own built-in rechargeable battery, so it can recharge your Phone.<br><br><br><br>**Satellite mobile phones**: Utilize satellites to communicate with landline, cellular, or other satellite phones in most regions of the world. Responders use satellite mobile phones for emergency communications in order to coordinate response and recovery efforts in remote areas, where there are no landline or cellular telephone networks, or in areas where existing networks are damaged or overloaded during a natural disaster (e.g., severe weather or earthquake) or a manmade incident, including potential chemical, biological, radiological, nuclear, or explosive events. Satellite mobile phones can help maintain command and control functions during an emergency when existing communications networks are not functioning. Satellite mobile phones can communicate with satellite phone systems and transmit the information signals, from voice or Short Message Service (SMS) text, to a receiving mobile phone. The U.S. Department of Homeland Security (DHS) established the System Assessment and Validation for Emergency Responders (SAVER) Program to assist emergency responders.<br><br>**Patent Specifications**: Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, wireless communication devices, monitoring sites, desktop personal computers (PCs) laptops, ***satellite cell phones***, cell phones, personal digital assistants (PDAs), and ***satellite monitoring***. Product grouping 5 (communication methods) include, but are not limited to, Bluetooth, Wi-Fi, Wi-Max, Internet, Ethernet, Broadband, Network Bandwidth, Wireless, Wired, Text Messaging, ***Cellular***, ***Satellite***… |

<table>
<tr>
<td>wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and</td>
<td>

**Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**

**Patent Specifications:** "FIG. 1 is a perspective view of the… an automatic/mechanical lock disabler and a fingerprint biometric lock with disabler… FIG. 14 is a representative schematic view of the… lock disabling system of the present invention illustrating interconnection of the… fingerprint biometric lock with disabler for engaging and disengaging the fingerprint biometric lock as part of the process of detection and safeguarding the public… The fingerprint biometric lock with disabler 62 is interconnected to the cpu 40… for receiving transmissions therefrom after detection… has occurred so that the lock… can be locked or disabled. Moreover, resetting of the fingerprint biometric lock with disabler 62 occurs when the fingerprint of the individual is placed on the fingerprint-matching pad 64

**Facial and Fingerprint Recognition on Android Phones (i.e., Samsung and LG):** Android manufacturers offer facial recognition technology, and many Android phones allow you to unlock them using only your face. Password supports fingerprint on Android devices. You can unlock your password database on Android smartphones and tablets using your fingerprint.

</td>
</tr>
</table>

<table>
<tr>
<td>whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone.</td>
<td>

**Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation**

Building on the system he developed with NASA for the DHS Cell-All project, George Yu of Genel Systems Inc., created his NODE+ platform — a cylinder not much bigger than a thumb that can *transmit data* from sensors to a smartphone or other smart device or store it to be uploaded to any computer. The NODE+ operates independently of the cell phone and *transmits* the data it gathers using Bluetooth wireless technology.

**GPS Receiver:** The primary difference between GPS and Wi-Fi locating technologies is in the method of gathering location data. GPS uses satellites that orbit around the Earth to triangulate a user's location, whereas Wi-Fi locating technology uses relative network signal strength gathered at network access points. The Global Positioning System (GPS) is a government-owned navigation system that operates using radio waves. In order to properly use GPS, you must have a clear line of sight with at least four GPS satellites. Cellular location technology is actually an umbrella term that is used to describe a couple of locating technologies, including Wi-Fi and Sim-based methods. Where GPS lacks, cellular seems to fill in the gaps. Its capabilities shine well in populated areas where cell towers are more densely located. Cellular methods thrive in buildings, cities and densely-populated areas because of how it uses crowdsourced Wi-Fi data.

</td>
</tr>
</table>

| Patent #: 10,163,287; Independent Claim 4 | Samsung Galaxy S20 & Galaxy S21 Series and Qualcomm Technologies Inc.'s Snapdragon Processors |
| --- | --- |
| A communication device comprising: | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation for Plaintiff's CMDC device(s).**<br><br>**Samsung Galaxy S20 & Galaxy S21 Series** are believed to be communicating, monitoring, detecting, and controlling (CMDC) devices of at least one of the *new and improved* products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone); that comprises, are interconnected to, or integrated with, at least a Central Processing Unit (CPU), that is vital for processing instructions; an Operating System (OS); mobile apps developed for the CMDC devices operating system (OS) such as Android, Apple® iOS®, BlackBerry®, or Windows® Mobile; wireless protocol of Cellular, Bluetooth, Wi-Fi, etc., and CBRNE-H sensors that are placed in, on, upon, or adjacent the *new and improved* CMDC devices; interconnected to the CMDC devices for communication therebetween.<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, "built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device". Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015<br><br>**The Department of Homeland Security's Cell-All project.** "Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors. In the initial research and development phase, engineers miniaturized sensors to detect abnormal levels of potentially dangerous chemicals in the surrounding environment. When dangerous levels are detected, an application on the cell phone should automatically send sensor and location data over the network to a centralized server, which will then contact appropriate agencies and first responders. The eventual goal of the project is to embed multiple nanoscale sensors (for environmental chemicals, industrial toxins, radiation, and bioagents) directly into mobile phones…" "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their |

current phones before integrated sensors are fully operational and readily available." Retrieved from: Crowdsourcing urban surveillance: The development of homeland security markets for environmental sensor networks. Torin Monahan & Jennifer T. Mokos: A Department of Communication Studies, The University of North Carolina at Chapel Hill, CB# 3285, 115 Bingham Hall, Chapel Hill, NC 27599-3285, USA; and, a Department of Human & Organizational Development, Vanderbilt University, Peabody #90, 230 Appleton Place, Nashville, TN 37203-5721, USA

**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a nanosensor-embedded ''sleeve'' for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."

**CMDC Device Camera Sensor for Biological Detection:** "In the diagnostic test (below), a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or light up, when cut. When coronavirus RNA is present in the sample, it prompts the CRISPR proteins to snip the molecular probes, causing the whole sample to emit light. This fluorescence can be detected with a cell phone camera." (*Image courtesy Science at Cal*). The COVID-19 virus is perceived as a biological weapon of mass destruction (BWMD).

**CMDC Device Geiger Counter for Radiological Detection:** Below is a picture of a "Smart Geiger Counter Nuclear Radiation Dosimeter "X-Ray" and "Gamma" Detector Smartphone Android iOS with App". Real-time display of measurement results. Ultra-low power consumption. World smallest Geiger Counter (30mm). Compatible with Android and iOS.

**Qualcomm, Inc. Snapdragon Processors**: Snapdragon is a suite of system on a chip (SoC) semiconductor product for mobile devices designed and marketed by Qualcomm Technologies Inc. Qualcomm announced it was developing the Scorpion central processing unit (CPU) in November 2007. The Snapdragon system on chip (SoC) was announced in November 2006 and included the Scorpion processor. The Snapdragon's central processing unit (CPU) uses the ARM architecture. A single SoC may include multiple CPU cores; a Snapdragon wireless modem; and, other software and hardware to support a smartphone's global positioning system (GPS), camera, video, and audio. As such, Qualcomm often refers to the Snapdragon as a "mobile platform" (e.g., Snapdragon 865 5G Mobile Platform). Snapdragon semiconductors are embedded in devices of various systems, including Android devices (i.e., Samsung & LG). They are also used in cars and wearable devices such as Smart Watches and other devices. In addition to the processors, the Snapdragon line includes modems, Wi-Fi chips and mobile charging products.

**Samsung Galaxy S20 Series chipset:** Qualcomm SM8250 Snapdragon 865 5G (7 nm+) – USA
**Samsung Galaxy S20 Series CPU**: Octa-core (1x2.84 GHz Kryo 585 & 3x2.42 GHz Kryo 585 & 4x1.8 GHz Kryo 585)-USA

**Samsung Galaxy S21 Series chipset:** Qualcomm SM8350 Snapdragon 888 5G (5 nm)
**Samsung Galaxy S21 Series CPU**: Octa-core (1x2.84 GHz Kryo 680 & 3x2.42 GHz Kryo 680 & 4x1.8 GHz Kryo 680)-USA

**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such as cpu 40, a transceiver and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween… or a bomb, explosives or other types of chemical, biological, radiological, or nuclear agents are detected within, upon, affixed or mounted… The cell phone monitor 152 includes the standard keypad functions 154 and more specialized system use (ring tone, email, photos, texting) functions 156 as well as a viewing screen 158. The cell phone detector case 150 includes a recharging cradle or seat 160, a front side 162, a top 164, a bottom 166, and a pair of opposed sides 168. At the back of the cell phone detector case 150 are connections, contacts, and ports for at least an Internet connection 170, a GPS connection 172, and a contact, plug, or port for a power source 174…

| | |
|---|---|
| at least one central processing unit (CPU); | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |
| at least one motion sensor in communication with the at least one CPU; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |

| | |
|---|---|
| at least one viewing screen for monitoring in communication with the at least one CPU; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |
| at least one global positioning system (GPS) connection in communication with the at least one CPU; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |

| | |
|---|---|
| at least one of an internet connection Wi-Fi connection in communication with the at least one CPU; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |
| at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |

| | |
|---|---|
| at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |
| at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |

| | |
|---|---|
| at least one biometric sensor in communication with the at least one CPU for providing biometric authentication to access the communication device; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |
| at least one or more detectors in communication with the art least one CPU for detecting at least one of a chemical, biological, radiological, or explosive agents; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |

| | |
|---|---|
| at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU; and, | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |
| at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or send signals to detect at least one of a chemical biological, radiological, or explosive agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |

| Patent #: 10,163,287; Independent Claim 5 | Samsung Galaxy S20 & Galaxy S21 Series and Qualcomm Technologies Inc.'s Snapdragon Processors |
|---|---|
| A monitoring device, comprising: | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation for Plaintiff's CMDC device(s).**<br><br>**Samsung Galaxy S20 & Galaxy S21 Series** are believed to be communicating, monitoring, detecting, and controlling (CMDC) devices of at least one of the *new and improved* products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone); that comprises, are interconnected to, or integrated with, at least a Central Processing Unit (CPU), that is vital for processing instructions; an Operating System (OS); mobile apps developed for the CMDC devices operating system (OS) such as Android, Apple® iOS®, BlackBerry®, or Windows® Mobile; wireless protocol of Cellular, Bluetooth, Wi-Fi, etc., and CBRNE-H sensors that are placed in, on, upon, or adjacent the *new and improved* CMDC devices; interconnected to the CMDC devices for communication therebetween.<br><br>**IPR Final Written Decision**. "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, "built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device". Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015<br><br>**The Department of Homeland Security's Cell-All project**. "Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors. In the initial research and development phase, engineers miniaturized sensors to detect abnormal levels of potentially dangerous chemicals in the surrounding environment. When dangerous levels are detected, an application on the cell phone should automatically send sensor and location data over the network to a centralized server, which will then contact appropriate agencies and first responders. The eventual goal of the project is to embed multiple nanoscale sensors (for environmental chemicals, industrial toxins, radiation, and bioagents) directly into mobile phones…" "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their |

current phones before integrated sensors are fully operational and readily available." Retrieved from: Crowdsourcing urban surveillance: The development of homeland security markets for environmental sensor networks. Torin Monahan & Jennifer T. Mokos: A Department of Communication Studies, The University of North Carolina at Chapel Hill, CB# 3285, 115 Bingham Hall, Chapel Hill, NC 27599-3285, USA; and, a Department of Human & Organizational Development, Vanderbilt University, Peabody #90, 230 Appleton Place, Nashville, TN 37203-5721, USA

**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a nanosensor-embedded ''sleeve'' for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."

**CMDC Device Camera Sensor for Biological Detection:** "In the diagnostic test (below), a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or light up, when cut. When coronavirus RNA is present in the sample, it prompts the CRISPR proteins to snip the molecular probes, causing the whole sample to emit light. This fluorescence can be detected with a cell phone camera." (*Image courtesy Science at Cal*). The COVID-19 virus is perceived as a biological weapon of mass destruction (BWMD).

**CMDC Device Geiger Counter for Radiological Detection:** Below is a picture of a "Smart Geiger Counter Nuclear Radiation Dosimeter "X-Ray" and "Gamma" Detector Smartphone Android iOS with App". Real-time display of measurement results. Ultra-low power consumption. World smallest Geiger Counter (30mm). Compatible with Android and iOS.

| | |
|---|---|
| | <br><br>**Qualcomm, Inc. Snapdragon Processors**: Snapdragon is a suite of system on a chip (SoC) semiconductor product for mobile devices designed and marketed by Qualcomm Technologies Inc. Qualcomm announced it was developing the Scorpion central processing unit (CPU) in November 2007. The Snapdragon system on chip (SoC) was announced in November 2006 and included the Scorpion processor. The Snapdragon's central processing unit (CPU) uses the ARM architecture. A single SoC may include multiple CPU cores; a Snapdragon wireless modem; and, other software and hardware to support a smartphone's global positioning system (GPS), camera, video, and audio. As such, Qualcomm often refers to the Snapdragon as a "mobile platform" (e.g., Snapdragon 865 5G Mobile Platform). Snapdragon semiconductors are embedded in devices of various systems, including Android devices (i.e., Samsung & LG). They are also used in cars and wearable devices such as Smart Watches and other devices. In addition to the processors, the Snapdragon line includes modems, Wi-Fi chips and mobile charging products.<br><br>**Samsung Galaxy S20 Series chipset:** Qualcomm SM8250 Snapdragon 865 5G (7 nm+) – USA<br>**Samsung Galaxy S20 Series CPU**: Octa-core (1x2.84 GHz Kryo 585 & 3x2.42 GHz Kryo 585 & 4x1.8 GHz Kryo 585)-USA<br><br>**Samsung Galaxy S21 Series chipset:** Qualcomm SM8350 Snapdragon 888 5G (5 nm)<br>**Samsung Galaxy S21 Series CPU**: Octa-core (1x2.84 GHz Kryo 680 & 3x2.42 GHz Kryo 680 & 4x1.8 GHz Kryo 680)-USA<br><br>**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such as cpu 40, a transceiver and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween… or a bomb, explosives or other types of chemical, biological, radiological, or nuclear agents are detected within, upon, affixed or mounted… The cell phone monitor 152 includes the standard keypad functions 154 and more specialized system use (ring tone, email, photos, texting) functions 156 as well as a viewing screen 158. The cell phone detector case 150 includes a recharging cradle or seat 160, a front side 162, a top 164, a bottom 166, and a pair of opposed sides 168. At the back of the cell phone detector case 150 are connections, contacts, and ports for at least an Internet connection 170, a GPS connection 172, and a contact, plug, or port for a power source 174… |

| | |
|---|---|
| at least one central processing unit (CPU); | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |
| at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |

<table>
<tr>
<td>at least one motion sensor in communication with the at least one CPU;</td>
<td> Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))
The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.
All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. </td>
</tr>
<tr>
<td>at least one viewing screen for monitoring in communication with the at least one CPU;</td>
<td> Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))
The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.
All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. </td>
</tr>
</table>

| | |
|---|---|
| at least one global positioning system (GPS) connection in communication with the at least one CPU; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |
| at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |

| | |
|---|---|
| at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |
| at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |

<table>
<tr>
<td>at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device;</td>
<td>Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices.</td>
</tr>
<tr>
<td>at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device;</td>
<td>Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices.</td>
</tr>
</table>

| | |
|---|---|
| at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |
| one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |

| | |
|---|---|
| at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU; and, | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |
| at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or send signals to detect at least one of a chemical biological, radiological, or explosive agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |

| Patent #: 10,163,287; Independent Claim 6 | Samsung Galaxy S20 & Galaxy S21 Series and Qualcomm Technologies Inc.'s Snapdragon Processors |
|---|---|
| A monitoring equipment, comprising: | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is literally infringing Plaintiff's claim limitation for Plaintiff's CMDC device(s).**<br><br>**Samsung Galaxy S20 & Galaxy S21 Series** are believed to be communicating, monitoring, detecting, and controlling (CMDC) devices of at least one of the *new and improved* products grouped together by common features in the product groupings category of design similarity (i.e., computer terminal, personal computer (PC), laptop, desktop, notebook, handheld, cell phone, PDA or smart phone); that comprises, are interconnected to, or integrated with, at least a Central Processing Unit (CPU), that is vital for processing instructions; an Operating System (OS); mobile apps developed for the CMDC devices operating system (OS) such as Android, Apple® iOS®, BlackBerry®, or Windows® Mobile; wireless protocol of Cellular, Bluetooth, Wi-Fi, etc., and CBRNE-H sensors that are placed in, on, upon, or adjacent the *new and improved* CMDC devices; interconnected to the CMDC devices for communication therebetween.<br><br>**IPR Final Written Decision.** "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced… "communication device" is construed to mean "monitoring equipment"; and, "built in, embedded" is construed to include ""something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device". Patent Owner argues that "[t]he specific devices removed, such as the cell phones and smart phones would be recognized by one of ordinary skill in the art as a type of communication device or monitoring equipment because cell phones and smartphones are devices that are capable of communication and are capable of receiving signals." "As Patent Owner explains, the added language is broad enough to include the removed items, and is intended to reflect the entire genus of "monitoring equipment" and "communications devices" that "are capable of communication and capable of receiving signals." Mot. to Amend 4, 5. Thus, the claim has been broadened to not only include the listed species that have been removed, but anything falling within the claimed genus." UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Petitioner, v. LARRY GOLDEN, Patent Owner. Case IPR2014-00714. Entered: October 1, 2015<br><br>**The Department of Homeland Security's Cell-All project.** "Cell-All is a program managed by DHS to develop software and hardware that enables smartphones to function as handheld, pervasive environmental sensors. In the initial research and development phase, engineers miniaturized sensors to detect abnormal levels of potentially dangerous chemicals in the surrounding environment. When dangerous levels are detected, an application on the cell phone should automatically send sensor and location data over the network to a centralized server, which will then contact appropriate agencies and first responders. The eventual goal of the project is to embed multiple nanoscale sensors (for environmental chemicals, industrial toxins, radiation, and bioagents) directly into mobile phones…" "During the development of second-generation prototypes, chemical sensors were separated from the phones, allowing for initial market deployment of the sensors through third-party products, such as sleeves, that could be added to existing phones (U.S. Department of Homeland Security, 2011a). This use of third-party accessory products is intended to speed up the technology's commercial availability so that people can begin using the Cell-All applications with their |

current phones before integrated sensors are fully operational and readily available." Retrieved from: Crowdsourcing urban surveillance: The development of homeland security markets for environmental sensor networks. Torin Monahan & Jennifer T. Mokos: A Department of Communication Studies, The University of North Carolina at Chapel Hill, CB# 3285, 115 Bingham Hall, Chapel Hill, NC 27599-3285, USA; and, a Department of Human & Organizational Development, Vanderbilt University, Peabody #90, 230 Appleton Place, Nashville, TN 37203-5721, USA

**DHS Cell-All Chemical Sensors**: Qualcomm first introduced a "built-in, embedded" chemical sensor for the smartphone (picture below). Both Synkera and NASA are independently producing sensors—with Synkera developing a stand-alone sensing card and NASA creating a nanosensor-embedded ''sleeve'' for phones (picture below); that will detect chemicals in the immediate environment and communicate those readings via Bluetooth, or other protocols, to phones (Li, 2011; Synkera Technologies, 2011)."

**CMDC Device Camera Sensor for Biological Detection:** "In the diagnostic test (below), a patient sample is mixed with CRISPR Cas13 proteins (purple) and molecular probes (green) which fluoresce, or light up, when cut. When coronavirus RNA is present in the sample, it prompts the CRISPR proteins to snip the molecular probes, causing the whole sample to emit light. This fluorescence can be detected with a cell phone camera." (*Image courtesy Science at Cal*). The COVID-19 virus is perceived as a biological weapon of mass destruction (BWMD).

**CMDC Device Geiger Counter for Radiological Detection:** Below is a picture of a "Smart Geiger Counter Nuclear Radiation Dosimeter "X-Ray" and "Gamma" Detector Smartphone Android iOS with App". Real-time display of measurement results. Ultra-low power consumption. World smallest Geiger Counter (30mm). Compatible with Android and iOS.



| | |
|---|---|
| | <br><br>**Qualcomm, Inc. Snapdragon Processors**: Snapdragon is a suite of system on a chip (SoC) semiconductor product for mobile devices designed and marketed by Qualcomm Technologies Inc. Qualcomm announced it was developing the Scorpion central processing unit (CPU) in November 2007. The Snapdragon system on chip (SoC) was announced in November 2006 and included the Scorpion processor. The Snapdragon's central processing unit (CPU) uses the ARM architecture. A single SoC may include multiple CPU cores; a Snapdragon wireless modem; and, other software and hardware to support a smartphone's global positioning system (GPS), camera, video, and audio. As such, Qualcomm often refers to the Snapdragon as a "mobile platform" (e.g., Snapdragon 865 5G Mobile Platform). Snapdragon semiconductors are embedded in devices of various systems, including Android devices (i.e., Samsung & LG). They are also used in cars and wearable devices such as Smart Watches and other devices. In addition to the processors, the Snapdragon line includes modems, Wi-Fi chips and mobile charging products.<br><br>**Samsung Galaxy S20 Series chipset:** Qualcomm SM8250 Snapdragon 865 5G (7 nm+) – USA<br>**Samsung Galaxy S20 Series CPU**: Octa-core (1x2.84 GHz Kryo 585 & 3x2.42 GHz Kryo 585 & 4x1.8 GHz Kryo 585)-USA<br><br>**Samsung Galaxy S21 Series chipset:** Qualcomm SM8350 Snapdragon 888 5G (5 nm)<br>**Samsung Galaxy S21 Series CPU**: Octa-core (1x2.84 GHz Kryo 680 & 3x2.42 GHz Kryo 680 & 4x1.8 GHz Kryo 680)-USA<br><br>**Patent Specifications**: "In addition, the basic monitoring terminal or PC 114, as shown in FIGS. 5 and 15, can be adapted and incorporated to include desktop PCs, notebook PCs, laptops, cell phones, LCD monitors, and satellite monitoring… a cell tower, wi-fi, wi-max, broadband, GPS, navigation, radio frequency interconnected to a central processing unit (cpu), such as cpu 40, a transceiver and monitoring equipment to include but not to be limited to computers, laptops, notebooks, PC's, and cell phones for the receipt and transmission of signals therebetween… or a bomb, explosives or other types of chemical, biological, radiological, or nuclear agents are detected within, upon, affixed or mounted… The cell phone monitor 152 includes the standard keypad functions 154 and more specialized system use (ring tone, email, photos, texting) functions 156 as well as a viewing screen 158. The cell phone detector case 150 includes a recharging cradle or seat 160, a front side 162, a top 164, a bottom 166, and a pair of opposed sides 168. At the back of the cell phone detector case 150 are connections, contacts, and ports for at least an Internet connection 170, a GPS connection 172, and a contact, plug, or port for a power source 174… |

| | |
|---|---|
| at least one central processing unit (CPU); | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |
| at least one motion sensor in communication with the at least one CPU; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |

| | |
|---|---|
| at least one light indicator in communication with the at least one CPU; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |
| at least one viewing screen for monitoring in communication with the at least one CPU; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |

| | |
|---|---|
| at least one global positioning system (GPS) connection in communication with the at least one CPU; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |
| at least one of an internet connection or Wi-Fi connection in communication with the at least one CPU; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |

<table>
<tr>
<td>at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU;</td>
<td>Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices.</td>
</tr>
<tr>
<td>at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device;</td>
<td>Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices.</td>
</tr>
</table>

<table>
<tr>
<td>at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device;</td>
<td>Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices.</td>
</tr>
<tr>
<td>at least one biometric sensor in communication with the at least one CPU for providing biometric authentication to access the communication device;</td>
<td>Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices.</td>
</tr>
</table>

| | |
|---|---|
| at least one or more detectors in communication with the art least one CPU for detecting at least one of a chemical, biological, radiological, or explosive agents; | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices.<br><br>**Smart Watches**<br><br>Homeland Security's Smartwatch Will Detect Nuclear Bombs<br>https://www.popularmechanics.com/military/research/a18161/homeland-security-smartwatch-detect-nuclear-bombs/<br><br>Smartwatch turns into biochemical monitoring system<br>https://tectales.com/wearables-sensors/smartwatch-turns-into-biochemical-monitoring-system.html<br><br>The US Military's Latest Wearables [Smart Watch] Can Detect Illness Two Days Before You Get Sick<br>https://www.defenseone.com/technology/2020/09/militarys-latest-wearables-can-detect-illness-two-days-you-get-sick/168664/<br><br>Studies reveal smartwatch biometrics can detect COVID-19 before symptoms surface: "smartwatches and other wearables measuring biometrics like heart-rate variability have the ability to detect if a person is COVID-19 positive"<br>https://www.biometricupdate.com/202101/studies-reveal-smartwatch-biometrics-can-detect-covid-19-before-symptoms-surface |

| | |
|---|---|
| at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU; and, | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |
| at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or send signals to detect at least one of a chemical biological, radiological, or explosive agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | **Plaintiff believes the Defendant and third-party contractor; Samsung Electronics' is infringing Plaintiff's claim limitation under the "doctrine of equivalents". ("substantially the same function in substantially the same way to obtain the same result", quoting Winans v. Denmead, 15 How. 330, 344 (1854))**<br><br>The CPU, which controls all Programmable Logic Controllers (PLCs) consists of two basic sections: the central processing unit (CPU) and the input/output interface system. The input/output system is physically connected to field devices (e.g., sensors, etc.) and provides the interface between the CPU and the information providers (inputs) and controllable devices (outputs). To operate, the CPU "reads" input data from connected field devices through the use of its input interfaces, and then "executes", or performs the control program that has been stored in its memory system. The CPU processes instructions in order to carry out certain functions that make the device operate properly. The CPUs are often described as the brain of computers, smartphones and tablets because of the central role they play in the functioning of your devices.<br><br>All of the different components that make up a computer's processor have to be condensed to fit in the smartphone, where they exist as a mobile application processor, or a System-on-a-Chip (SoC). Mobile application processors are found in many different mobile devices, such as smartphones, tablets, and navigational devices. |