# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

(H) 8642885605

(M) 8649927104

Email: atpg-tech@charter.net



**FILED**

JUL 19 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

LARRY GOLDEN

*Pro Se* Plaintiff,

V.

QUALCOMM INC.

Defendant.

---

CASE NO: 4:22-cv-03283-KAW

**(JURY TRIAL DEMANDED)**

**(Sherman Act) (Motive to Form a Conspiracy) (Conspiracy) (Unreasonable Restraint on Trade) (The Clayton Act) (Unjust Enrichment) (Contributory Infringement).**

July 18, 2022

## CERTIFICATE OF SERVICE ON QUALCOMM

Pursuant to the Court's authorization of service on June 10, 2022 (Dkt. 4), Plaintiff files with the Court its return of service on Qualcomm, indicating completion of the required service. With the "Summons in a Civil Action", Plaintiff also served on Qualcomm, on June 28, 2022, the Complaint; Order Setting Initial Case Management Conference; Civil Cover Sheet; and Consent or Declination. Callahan Attorney Services delivered the documents to Qualcomm at 5775 Morehouse Dr., San Diego, CA 92121.

Sincerely,

*Larry Golden*

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

(H) 8642885605

(M) 8649927104

Email: atpg-tech@charter.net

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California ▾

| | ) | |
|---|---|---|
| LARRY GOLDEN | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 4:22-cv-03283-KAW |
| | ) | |
| QUALCOMM INCORPORATED | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Qualcomm Incorporated
5775 Morehouse Drive
San Diego, CA 92121

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Larry Golden
740 Woodruff Rd.
#1102
Greenville, SC 29607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

MARK B. BUSBY

Date: JUN 10 2022

*Signature of Clerk or Deputy Clerk*

From: "Randi Callahan" <notifications@mail.servemanager.com>
To: "Larry Golden" <atpg-tech@charter.net>
Cc:
Bcc:
Priority: Normal
Date: Thursday July 14 2022 12:01:14PM
[ServeManager] Job #7360989 Affidavit

# Affidavit

Click here to view the affidavit

# Job & Case

**Job:** 7360989

Recipient: Qualcomm Incorporated

**Case:** 4:22-CV-03283-KAW

**Plaintiff:** Larry Golden

**Defendant:** Qualcomm Inc.

**Court:** UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

**County:**

# Shared with you by:

Randi Callahan
Callahan Attorney Services
Callahansandiego@aol.com
619-602-3382

## PROOF OF SERVICE

| Case:<br>4:22-CV-03283-KAW | Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (OAKLAND) | County:<br>Northern District | Job:<br>7360989 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Larry Golden | | Defendant / Respondent:<br>Qualcomm Inc. | |
| Received by:<br>Callahan Attorney Services | | For:<br>Larry Golden | |
| To be served upon:<br>Qualcomm Incorporated | | | |

I, Randi Callahan, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Qualcomm Incorporated, Jane Doe - Legal Department and Authorized to Accept, Company: 5775 Morehouse Dr, San Diego, CA 92121

**Manner of Service:** Corporation, Jane Doe, Legal Department and Authorized to Accept, Jun 28, 2022, 1:15 pm PDT

**Documents:** Summons, Complaint, Order Setting Initial Case Management Conference, Civil Cover Sheet, Consent or Declination (Received Jun 22, 2022 at 11:00am PDT)

**Additional Comments:**
1) Successful Attempt: Jun 28, 2022, 1:15 pm PDT at Company: 5775 Morehouse Dr, San Diego, CA 92121 received by Jane Doe - Legal Department and Authorized to Accept.

_____   07/14/2022
Randi Callahan                  Date
3021

Callahan Attorney Services
3268 Governor drive #248
San Diego, CA 92122
619-602-3382

From: "Randi Callahan" <notifications@mail.servemanager.com>
To: "Larry Golden" <atpg-tech@charter.net>
Cc:
Bcc:
Priority: Normal
Date: Thursday July 14 2022 12:04:40PM
[ServeManager] Invoice #7360989 from Callahan Attorney Services

Invoices for Larry Golden

Randi Callahan sent you 1 invoice.

| Invoice | Billed | Balance Due | Recipient | Court Case | |
|---------|--------|-------------|-----------|------------|---|
| 7360989 | Jul 14, 2022 | $0.00 | Qualcomm Incorporated | Case:<br>Plaintiff:<br>Defendant:<br>Court:<br><br>County: | 4:22-CV-03283-KAW<br>Larry Golden<br>Qualcomm Inc.<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (OAKLAND) |

**Shared with you by:**

Randi Callahan
Callahan Attorney Services
Callahansandiego@aol.com
619-602-3382

**Callahan Attorney Services**
3268 Governor drive #248
San Diego, CA 92122

INVOICE: 7360989
Issued: Jul 14, 2022
Sent to: Larry Golden

**Larry Golden**
Larry Golden
740 Woodruff Road 1102
Greenville, South Carolina 29607

PAY TO:
**Callahan Attorney Services**
3268 Governor drive #248
San Diego, CA 92122

| Case: | 4:22-CV-03283-KAW | Plaintiff / Petitioner: | Larry Golden |
| Job: | 7360989 | Defendant / Respondent: | Qualcomm Inc. |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Routine Service of Process | | $110.00 | 1 | $110.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Jun 22, 2022 | | ($110.00) |

Thanks for your business. Please pay the "Balance Due" within 21 days.

Total: $110.00
Amount Paid: ($110.00)
**Balance Due:** $0.00

Callahan Attorney Services • 3268 Governor drive #248, San Diego, CA 92122

Call: 619-602-3382 • Email: Callahansandiego@aol.com • Visit: Callahanattorneyservices.com

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-03283-KAW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Qualcomm Incorporated
was received by me on *(date)* 6/22/2022.

☐ I personally served the summons on the individual at *(place)*
　　　　　　　　　　　　　　　　　　　　　　　on *(date)*　　　　　　; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
　　　　　　　　　　, a person of suitable age and discretion who resides there,
on *(date)*　　　　　, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jane Doe - Legal Dept, who is designated by law to accept service of process on behalf of *(name of organization)* Qualcomm Incorporated on *(date)* 6/28/2022; or

☐ I returned the summons unexecuted because　　　　　　　　　　　　　　　　　; or

☐ Other *(specify)*:

My fees are $　　　　　for travel and $　　　　　for services, for a total of $　0.00

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

Raeli Callahan
*Printed name and title*

3268 Governor Dr., San Diego, Ca. 92122
*Server's address*

Additional information regarding attempted service, etc: