UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARRY GOLDEN,<br><br>*Pro Se* Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No.: 4:22-cv-03283-KAW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |

**[PROPOSED] ORDER GRANTING DEFENDANT QUALCOMM INCORPORATED'S MOTION TO DISMISS THE COMPLAINT UNDER FED.R. CIV. P. 12(B)(1) AND (6)**

Pending before the Court is Defendant Qualcomm Incorporated's Motion to Dismiss Plaintiff Larry Golden's Complaint for Antitrust Law Violations, Patent Infringement, and Unjust Enrichment.

Upon consideration of the motion to dismiss filed by Defendant Qualcomm Incorporated ("Qualcomm"),

**IT IS HEREBY ORDERED** this ___ day of _____, 2022, that Qualcomm's Motion to Dismiss Plaintiff's Antitrust Law Violations, Patent Infringement, and Unjust Enrichment claims pursuant to Fed. R. Civ. P. 12 (b)(1) and (6) is **GRANTED**, and that Plaintiff's Complaint against Qualcomm is **DISMISSED** with prejudice.

DATED: _____, 2022    _____
HONORABLE KANDIS A. WESTMORE
UNITED STATES DISTRICT JUDGE