# **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2022, the following documents were electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed.

1) **Defendant Qualcomm Inc.'s Notice of Motion and Motion to Dismiss**

2) **Defendant Qualcomm Inc.'s Memorandum of Points and Authorities in Support of Its Motion to Dismiss**

3) **Declaration of Elizabeth Ann Crowe in Support of Defendant's Motion to Dismiss**

4) **Declaration of Joseph John Stevens in Support of Defendant's Motion to Dismiss, and Accompanying Exhibits.**

5) **[Proposed] Order Granting Defendant Qualcomm Inc.'s Motion to Dismiss**

I further certify that I caused copies of the foregoing documents to be served on Larry Golden, *Pro Se* Plaintiff, upon the following in the manner indicated:

| | |
|---|---|
| **Email:** | atpg-tech@charter.net |
| **Mail:** | Larry Golden<br>740 Woodruff Rd., #1102<br>Greenville, SC 29607 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 22, 2022, in San Diego, California.

/s/ Joseph John Stevens
Joseph John Stevens
Attorney for Defendant
Qualcomm, Incorporated

CERTIFICATE OF SERVICE
Case No.: 4:22-CV-03283-KAW