UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARRY GOLDEN,<br><br>    *Pro Se* Plaintiff,<br><br>vs.<br><br>QUALCOMM INC.,<br><br>    Defendant. | Case No.: 4:22-cv-03283-KAW<br><br>**DECLARATION OF ELIZABETH ANN CROWE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**<br><br>Date:        October 6, 2022<br>Time:       1:30pm<br>Courtroom: TBD<br>Judge:      Honorable Kandis A. Westmore |

1
DECLARATION OF ELIZABETH ANN CROWE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS
Case No.: 4:22-CV-03283-KAW

I, Elizabeth Ann Crowe, do hereby declare as follows:

1. I am an employee of Qualcomm Incorporated. I am an Administrative Assistant to Vice President/Senior Vice President in the Qualcomm Incorporated Legal Department. My office is located at 5775 Morehouse Dr. San Diego CA 92121. Among my other duties, I am one of the employees responsible for receiving and processing the service of process of legal documents.

2. I submit this declaration based on my personal knowledge in support of Defendant's Motion to dismiss, and if called upon, could and would testify completely as to the statements made herein.

3. On July 7, 2022, I was notified by our receptionist that a process server had entered our reception area. The female individual had a set of documents including Mr. Golden's Complaint and Summons filed in this action. I met the female individual in the lobby and received those documents. I notified our legal team of the service that day. Attached is a true and correct copy of a partially redacted email chain showing that Qualcomm was served July 7, 2022, attached hereto as Exhibit A.

4. I understand that Mr. Golden has claimed that personal service of these documents occurred on June 28, 2022. That cannot be the case, as I was not present in the office that day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 22, 2022 in San Diego, California.

Respectfully submitted,

By: /s/ Elizabeth Ann Crowe
Elizabeth Ann Crowe

# EXHIBIT A

Partialy Redacted Email Chain



**From:** SharePoint Online Flow <sharepointonlineflow@qualcomm.com>
**Sent:** Thursday, July 7, 2022 5:02 PM
**To:** summons.team <summons.team@qualcomm.com>
**Subject:** Larry Golden v. Qualcomm Incorporated, Action Required - New Legal Document Received - Privileged and Confidential

Qualcomm Legal Team,

A new legal document has been served on Qualcomm Incorporated (see the attached document for details.). Please reply all if you are responsible for this item and I will log the appropriate tracking information in our database.

**Document Information**
Title: Complaint for Antitrust Law Violations and Patent Infringement
Type: Summons/Complaint
Case Name: Larry Golden v. Qualcomm Incorporated
Case Number: 4:22-cv-03283-KAW
Court: Dist. - NDCA
Date Served: 2022-07-07
Issuing Company: Plaintiff Larry Golden
Method of Service: Personal svc - dropped

**Privileged and Confidential**