Joseph John Stevens (CA Bar No. 242495)
jstevens@pattersonsheridan.com
50 W. San Fernando Street, Suite 250
San Jose, CA 95113
Tel: 650-384-4418
Fax: 650-330-2314

B. Todd Patterson (*pro hac vice* forthcoming)
tpatterson@pattersonsheridan.com
John A. Yates (*pro hac vice* forthcoming)
jyates@pattersonsheridan.com
Kyrie K. Cameron (*pro hac vice* forthcoming)
kcameron@pattersonsheridan.com
24 Greenway Plaza, Suite 1600
Houston, Texas 77030
713-623-4844 | 713-623-4846
*Attorneys for Defendant*
*Qualcomm Incorporated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARRY GOLDEN, | Case No.: 4:22-cv-03283-KAW |
| *Pro Se* Plaintiff, | **DECLARATION OF JOSEPH JOHN STEVENS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |
| vs. | |
| QUALCOMM INC., | Date: October 6, 2022 |
| Defendant. | Time: 1:30pm<br>Courtroom: TBD<br>Judge: Honorable Kandis A. Westmore |

I, Joseph John Stevens, do hereby declare as follows:

1. I am an attorney at the law firm of Patterson + Sheridan, LLP, 50 West San Fernando St., Suite 250, San Jose, CA 95113, counsel of record in this action for Defendant Qualcomm Incorporated ("Qualcomm").

2. I submit this declaration based on personal knowledge in support of Defendant's Motion to dismiss, and if called upon, could and would testify completely as to the statements made herein.

3. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's amended complaint filed in litigation against Defendant, and others, in South Carolina in: *Golden v. Apple Inc.*, *et al*., No. 6:19-cv-2557, ECF No. 16-1, (D.S.C. Oct. 15, 2019) (Case 3).

4. Attached hereto as Exhibit 2 is a true and correct copy of Plaintiff's complaint filed in litigation against Defendant, and others, in South Carolina in: *Golden v. Apple Inc., et al.*, No. 6:20-cv-02270-HMH-KFM, ECF No. 1, (D.S.C. June 16, 2020) (Case 4).

5. Attached hereto as Exhibit 3 is a true and correct copy of Plaintiff's complaint filed in litigation against Defendant, and others, in South Carolina in: *Golden v. Apple Inc., et al.*, No. 6:20-cv-04353-BHH-KFM, ECF No. 10 (D.S.C. Jan. 5, 2021) (Case 5).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 22, 2022 in San Jose, California.

                                                      Respectfully submitted,

                                                      By: <u>/s/ Joseph John Stevens</u>
                                                           Joseph John Stevens