Joseph John Stevens (CA Bar No. 242495)
jstevens@pattersonsheridan.com
50 W. San Fernando Street, Suite 250
San Jose, CA 95113
Tel: 650-384-4418
Fax: 650-330-2314

B. Todd Patterson (*pro hac vice* forthcoming)
tpatterson@pattersonsheridan.com
John A. Yates (*pro hac vice* forthcoming)
jyates@pattersonsheridan.com
Kyrie K. Cameron (*pro hac vice* forthcoming)
kcameron@pattersonsheridan.com
24 Greenway Plaza, Suite 1600
Houston, Texas 77030
713-623-4844 | 713-623-4846

*Attorneys for Defendant*
*Qualcomm Incorporated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARRY GOLDEN, <br><br> *Pro Se* Plaintiff, <br><br> vs. <br><br> QUALCOMM INC., <br><br> Defendant. | Case No.: 4:22-cv-03283-KAW <br><br> **QUALCOMM INCORPORATED'S CERTIFICATION OF INTERSTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** <br><br> Complaint Filed: 06/06/2022 <br> Trial Date:  TBA |

## QUALCOMM INCORPORATED'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

## QUALCOMM INCORPORATED'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Qualcomm Incorporated declares that it has no parent corporation, and no publicly traded corporation currently owns 10% or more of its stock.

DATED: July 22, 2022

Respectfully submitted,

PATTERSON + SHERIDAN, LLP

By: /s/ Joseph John Stevens
Joseph John Stevens (CA Bar No. 242495)
jstevens@pattersonsheridan.com

50 W. San Fernando Street, Suite 250
San Jose, CA 95113
Tel: 650-384-4418
Fax: 650-330-2314

B. Todd Patterson (*pro hac vice* forthcoming*)*
tpatterson@pattersonsheridan.com
John A. Yates (*pro hac vice* forthcoming)
jyates@pattersonsheridan.com
Kyrie K. Cameron (*pro hac vice* forthcoming)
kcameron@pattersonsheridan.com

24 Greenway Plaza, Suite 1600
Houston, Texas 77030
713-623-4844 | 713-623-4846

*Attorneys for Defendant*
*Qualcomm Incorporated*