UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Larry Golden,

    Plaintiff(s),

v.

Qualcomm Inc.,

    Defendant(s).

Case No. 4:22-cv-03283-KAW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, John A. Yates, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Qualcomm Incorporated in the above-entitled action. My local co-counsel in this case is John Joseph Stevens, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 242495.

| | |
|---|---|
| 24 Greenway Plaza, Suite 1600<br>Houston, Texas 77046 | 50 W. San Fernando St., Suite 250<br>San Jose, CA 95113 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 713-623-4844 | 650-384-4418 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jyates@pattersonsheridan.com | jstevens@pattersonsheridan.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24056569.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 25, 2022

*/s/ John Allen Yates*
APPLICANT
John A. Yates

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of John A. Yates is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 25, 2022

Re: Mr. John Allen Yates, State Bar Number 24056569

To Whom It May Concern:

This is to certify that Mr. John Allen Yates was licensed to practice law in Texas on November 03, 2006, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**John Allen Yates**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 3rd day of November, 2006.

I further certify that the records of this office show that, as of this date

**John Allen Yates**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 25th day of July, 2022.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 9734C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.