UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Larry Golden,

Plaintiff(s),

v.

Qualcomm Inc.,

Defendant(s).

Case No. 4:22-cv-03283-KAW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Kyrie K. Cameron, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Qualcomm Incorporated in the above-entitled action. My local co-counsel in this case is John Joseph Stevens, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 242495.

| | |
|---|---|
| 24 Greenway Plaza, Suite 1600<br>Houston, Texas 77046 | 50 W. San Fernando St., Suite 250<br>San Jose, CA 95113 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 713-623-4844 | 650-384-4418 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| kcameron@pattersonsheridan.com | jstevens@pattersonsheridan.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24097450.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___1___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 26, 2022

*/s/ Kyrie L. Cameron*
APPLICANT
Kyrie K. Cameron

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Kyrie K. Cameron  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 26, 2022

*/s/ Kandis Westmore*
UNITED STATES DISTRICT/MAGISTRATE JUDGE