UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GOLDEN,<br><br>   Plaintiff,<br><br> v.<br><br>QUALCOMM, INC.,<br><br>   Defendant. | Case No. 22-cv-03283-KAW<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk will now reassign this case to a United States District Judge because either:

[x]　　One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

[ ]　　One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

**Important:** All hearing dates currently scheduled before KANDIS A. WESTMORE are vacated and should be re-noticed for hearing before the District Judge to whom this case is reassigned.

Dated: July 27, 2022

                Mark B. Busby
                Clerk of Court, United States District Court

                By: _____
                William F. Tabunut, Deputy Clerk to the
                Honorable KANDIS A. WESTMORE

*Rev. 10-18*