## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

(H) 8642885605

(M) 8649927104

Email: atpg-tech@charter.net



F I L E D

JUL 26 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GOLDEN<br><br>*Pro Se* Plaintiff,<br><br>V.<br><br>QUALCOMM INC.<br><br>Defendant. | CASE NO: 4:22-cv-03283-KAW<br><br>**(JURY TRIAL DEMANDED)**<br><br>**(Sherman Act) (Motive to Form a Conspiracy) (Conspiracy) (Unreasonable Restraint on Trade) (The Clayton Act) (Unjust Enrichment) (Contributory Infringement).**<br><br>July 25, 2022 |

### PLAINTIFF'S MOTION TO ENTER QUALCOMM'S DEFAULT

Defendant Qualcomm failed to file an answer or otherwise defend this action, and the Clerk entered default date of July 19, 2022 as the last day for Qualcomm to submit a response. See Dkt. No. 5.

Plaintiff is filing its Motion for Default Judgment and Order for Permanent Injunction and Other Equitable Relief Against the defendant, Qualcomm Inc.

The Complaint states a claim upon which relief may be granted against Qualcomm. Qualcomm has been properly served with the Summons and Complaint, as required by Federal Rule of Civil Procedure 4, on June 28, 2022 (Dkt. 5). On or before July 19, 2022, Qualcomm has failed to answer or otherwise defend this action.

The Clerk of the Court properly entered the default date of July 19, 2022 against Qualcomm on July 19, 2022. Dkt. #5: "SUMMONS Returned Executed by Larry Golden. Qualcomm, Inc. served on 6/28/2022, answer due 7/19/2022. (Attachments: # 1 Envelope) (sfb, COURT STAFF) (Filed on 7/19/2022) (Entered: 07/20/2022)"

The Clerk's entry of Qualcomm's default date of July 19, 2022 simply means that Qualcomm is thereafter barred from defending against the lawsuit. Because of Qualcomm's default, the allegations in the Complaint filed in this action are taken as true.

Pursuant to the Court's authorization of service on June 10, 2022 (Dkt. 4), Plaintiff files with the Court its return of service on Qualcomm, indicating completion of the required service.

With the "Summons in a Civil Action", Plaintiff also served on Qualcomm, on June 28, 2022, the Complaint; Order Setting Initial Case Management Conference; Civil Cover Sheet; and Consent or Declination. Callahan Attorney Services delivered the documents to Qualcomm at 5775 Morehouse Dr., San Diego, CA 92121.

If the Court vacates on default judgment, it would result in a substantial hardship to the Plaintiff.

- Plaintiff tried in 2007-08 to negotiate a sub-contractor's agreement for Plaintiff's intellectual property in a DHS "Cell-All" initiative that would allow Plaintiff to receive royalties for his patented new and improved cell-phone; Qualcomm conspired with others [Apple, Samsung, & LG] to restrain Plaintiff from the market.

- In 2010 Plaintiff sent Qualcomm a licensing proposal. Plaintiff presented Qualcomm with a licensing proposal for Plaintiff's CMDC devices (new and improved cell phones; smartphones); Plaintiff's multi-sensor detection devices; Plaintiff's new and improved central processing units (CPUs); and, Plaintiff's stall, stop, vehicle slow-down systems.

- In 2011 Qualcomm ceased negotiations. Qualcomm negotiated up to the point of receiving information on Plaintiff's intellectual property subject matter. Plaintiff made several attempts at contacting Qualcomm afterward, but fail.

- In 2019 Qualcomm was sent notice to appear in a related COFC case no. 13-307C, *Golden v. US*, where Qualcomm was given the opportunity to defend against allegations of patent infringement; Qualcomm fail to appear.

- In this current NDC case no. 4:22-cv-03283-KAW, *Golden v. Qualcomm*; Qualcomm fail to file an answer or response before or on the default date of July 19, 2022.

Please, do not vacate on default judgement. Fifteen years of trying to negotiate with Qualcomm to 'cease and desist' on making, using, offering for sale, and selling Plaintiff's patented inventions without compensating Plaintiff, is more than enough.

Sincerely,

*Larry Golden*

Larry Golden, *Pro Se* Plaintiff
740 Woodruff Rd., #1102
Greenville, SC 29607
(H) 8642885605
(M) 8649927104
Email: atpg-tech@charter.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 25th day of July, 2022, a true and correct copy of the foregoing "Plaintiff's Motion to Enter Qualcomm's Default", was served upon the following Defendant by priority "express" mail:

PATTERSON + SHERIDAN, LLP
Attn: Joseph John Stevens
50 W. San Fernando Street,
Suite 250
San Jose, CA 95113
Tel: 650-384-4418
Fax: 650-330-2314
Email: jstevens@pattersonsheridan.com

*Larry Golden*
Larry Golden, Pro Se
740 Woodruff Rd., #1102
Greenville, South Carolina 29607
atpg-tech@charter.net
864-288-5605