

**PRIORITY MAIL EXPRESS**
FLAT RATE ENVELOPE
ANY WEIGHT

FROM:
LARRY GOLDEN
740 WOODRUFF RD.
#1102
GREENVILLE, SC 29607
PHONE 864-288-5605

TO:
U.S. COURT - NORTHERN DIST. OF CALIFORNIA -
OAKLAND -
CLERK'S OFFICE - SUITE 400 S
1301 CLAY STREET
OAKLAND, CA
94612

PO ZIP Code: 29606
Date Accepted: 7-25-22
Time Accepted: 2:37 PM
Scheduled Delivery Date: 7-26-22
Scheduled Delivery Time: 6:00 PM
Flat Rate
Postage: $26.95
Total Postage & Fees: $26.95

AMOUNT $26.95




