United States District Court
Northern District of California

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  LARRY GOLDEN,
              Plaintiff,
8
        v.
9
   QUALCOMM, INC.,
10
              Defendant.
11

Case No.  22-cv-03283-HSG

**CLERK'S NOTICE SETTING A TELEPHONIC CASE MANAGEMENT CONFERENCE**

RE: DKT. NO. 16

12
13  Notice is hereby given that a Telephonic Case Management Conference has been set for
14  September 6, 2022, before Judge Haywood S. Gilliam, Jr., at 2:00 p.m., in Courtroom 2, 4th Floor,
15  1301 Clay Street, Oakland, CA.  Case Management Statement due by August 30th.  Standing
16  orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges.   All
17  future filings should reflect the case number as 4:22-cv-03283-HSG.   Pro se plaintiff and all
18  counsel shall use the following dial-in information to access the call:
19      Dial-In:  888-808-6929/Passcode:  6064255
20  Dated: July 28, 2022
21
22                                      Mark B. Busby
                                        Clerk, United States District Court
23
24                                      By: _____
25                                      Nikki D. Riley, Deputy Clerk to the
                                        Honorable HAYWOOD S. GILLIAM, JR.
26
27
28