# CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2022, the following document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed.

**1) Defendant Qualcomm Inc.'s Re-Notice of Motion and Motion to Dismiss**

I further certify that I caused a copy of the foregoing document to be served on Larry Golden, *Pro Se* Plaintiff, upon the following in the manner indicated:

| | |
|---|---|
| **Email:** | atpg-tech@charter.net |
| **Mail:** | Larry Golden<br>740 Woodruff Rd., #1102<br>Greenville, SC 29607 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2022, in San Diego, California.

*/s/ Joseph John Stevens*
Joseph John Stevens
Attorney for Defendant
Qualcomm, Incorporated