United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7
LARRY GOLDEN,

Plaintiff,

8

v.

9

QUALCOMM, INC.,

10

Defendant.

11

Case No.  22-cv-03283-HSG

**CLERK'S NOTICE**

**RE: DKT. NO. 18**

12          Notice is hereby given that counsel must re-notice not re-file the motion to dismiss.

13    Hearing date of  October 6, 2022, is vacated.  The briefing schedule remains in effect.  Counsel is

14    directed to check the Court's scheduling notes before re-noticing the motion for a new hearing

15    date.  October 6th was not the Court's next available hearing date or a limited available date when

16    this notice of motion was e-filed.

17    Dated:  July 29, 2022

18                                                                    Mark B. Busby
                                                                       Clerk, United States District Court

19

20                                                                    By: _____

21                                                                    Nikki D. Riley, Deputy Clerk to the
                                                                       Honorable HAYWOOD S. GILLIAM, JR.

22

23

24

25

26

27

28