Joseph John Stevens (CA Bar No. 242495)
jstevens@pattersonsheridan.com
50 W. San Fernando Street, Suite 250
San Jose, CA 95113
Tel: 650-384-4418
Fax: 650-330-2314

B. Todd Patterson (*pro hac vice* pending)
tpatterson@pattersonsheridan.com
John A. Yates (*pro hac vice*)
jyates@pattersonsheridan.com
Kyrie K. Cameron (*pro hac vice*)
kcameron@pattersonsheridan.com
24 Greenway Plaza, Suite 1600
Houston, Texas 77030
713-623-4844 | 713-623-4846
*Attorneys for Defendant*
*Qualcomm Incorporated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARRY GOLDEN,<br><br>    *Pro Se* Plaintiff,<br><br>vs.<br><br>QUALCOMM INC.,<br><br>    Defendant. | Case No.: 4:22-cv-03283-HSG<br><br>**DEFENDANT'S SECOND RE-NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>[Filed concurrently: Proof of Service]<br><br>Date:       January 12, 2023<br>Time:       2:00pm<br>Courtroom:  2 |

## SECOND RE-NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on January 12, 2023 at 2:00pm, or as soon thereafter as the matter may be heard in Courtroom 2 on the 4th floor of the United States Courthouse before Judge Haywood S. Gilliam, Jr. of the United States District Court for the Northern District of California, located at 1301 Clay Street, Oakland, CA 94612, Defendant Qualcomm Incorporated

("Qualcomm") will move for an order dismissing Plaintiff's Complaint with prejudice for lack of subject matter jurisdiction and failure to state a claim upon which relief may be granted. This motion is based on this notice, the original notice (Dkt. 6), the memorandum of points and authorities (Dkt. 6-1), the accompanying Declaration of Elizabeth Ann Crowe (Dkt. 6-4), the accompanying Declaration of Joseph John Stevens (Dkt. 6-5) and exhibits (Dkt. 6-6, 6-7, 6-8), all matters of record filed with the Court in this case, Plaintiff's previous frivolous litigation against Qualcomm and others, and such other evidence as may be submitted.

## **RELIEF SOUGHT**

Qualcomm seeks an order dismissing Plaintiff's claims against Qualcomm under Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction because the claims are frivolous, collateral estoppel applies to the lack of subject matter jurisdiction over these frivolous claims, and the Plaintiff lacks standing to bring the antitrust claims. Qualcomm also seeks an order dismissing Plaintiff's claims against Qualcomm under Fed. R. Civ. P. 12(b)(6) for failing to state a claim upon which relief may be granted.

DATED: August 3, 2022

Respectfully submitted,
PATTERSON + SHERIDAN, LLP

By: */s/ Joseph John Stevens*
Joseph John Stevens (CA Bar No. 242495)
jstevens@pattersonsheridan.com

50 W. San Fernando Street, Suite 250
San Jose, CA 95113
Tel: 650-384-4418
Fax: 650-330-2314

B. Todd Patterson (*pro hac vice* pending*)*
tpatterson@pattersonsheridan.com
John A. Yates (*pro hac vice*)
jyates@pattersonsheridan.com
Kyrie K. Cameron (*pro hac vice*)
kcameron@pattersonsheridan.com

24 Greenway Plaza, Suite 1600
Houston, Texas 77030
713-623-4844 | 713-623-4846

1
2   *Attorneys for Defendant*
    *Qualcomm Incorporated*
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
DEFENDANT'S SECOND RE-NOTICE OF MOTION AND MOTION TO DISMISS
Case No.: 4:22-CV-03283-HSG