# CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2022, the following document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed.

    1) **Defendant Qualcomm Inc.'s Opposition to Plaintiff's Administrative Motion**

    2) **[Proposed] Order Denying Plaintiff's Motion**

I further certify that I caused a copy of the foregoing document to be served on Larry Golden, *Pro Se* Plaintiff, upon the following in the manner indicated:

**Email:**      atpg-tech@charter.net

**Mail:**      Larry Golden
740 Woodruff Rd., #1102
Greenville, SC 29607

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 19, 2022, in San Jose, California.

*/s/ Joseph John Stevens*
Joseph John Stevens
Attorney for Defendant
Qualcomm, Incorporated