UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARRY GOLDEN,<br><br>　　　*Pro Se* Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED,<br><br>　　　Defendant. | Case No.: 4:22-cv-03283-HSG<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION** |

**[PROPOSED] ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION**

　　　Pending before the Court is Plaintiff's Administrative Motion to Consider Whether Cases Should be Related. Dkt. 30. After considering the papers filed by the parties,

　　　**IT IS HEREBY ORDERED** this ___ day of _____, 2022, that Plaintiff's Motion is **DENIED.**


　　DATED: _____, 2022　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge