UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GOLDEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>QUALCOMM, INC.,<br><br>　　　　Defendant. | Case No. 22-cv-03283-HSG<br><br>**CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE** |

Notice is hereby given that the Case Management Conference, previously set for September 6, 2022, is continued to January 12, 2023, before Judge Haywood S. Gilliam, Jr., at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA to be held along with the hearing on the motion to dismiss .

Dated:  August 22, 2022

　　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Nikki D. Riley, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable HAYWOOD S. GILLIAM, JR.