| | |
|---|---|
| Your Name: | Larry Golden |
| Address: | 740 Woodruff Rd 1102 G'ville SC 29 |
| Phone Number: | 864-288-5605 |
| Fax Number: | |
| E-mail Address: | atpg-tech@charter.net |

Pro Se

**FILED**

AUG 30 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division *[check one]*: ☐ San Francisco  ☑ Oakland  ☐ San Jose  ☐ Eureka

Larry Golden

    Plaintiff,

vs.

Qualcomm, Inc.

    Defendant.

Case Number: 4:22-cv-03283-HSG

*[Check box for party submitting statement]*:

☑ **Plaintiff's**      ☐ **Defendant's**

**CASE MANAGEMENT STATEMENT**

DATE: 08/30/2022

TIME: _____

JUDGE: Hon. Haywood S. Gilliam, Jr.

*[See the Instructions for more detailed information about how to complete this template.]*

## 1. JURISDICTION

*Mark the option that applies to your case.*

This Court has subject matter jurisdiction in this case under:

☑ Federal question jurisdiction because it is about federal laws or rights. *[List the laws or rights involved]* Sherman Act, Clayton Act, Contributory Infringement, Unjust Enrichment

☑ Diversity jurisdiction because none of the Plaintiffs live in the same state as any of the Defendants AND the amount of damages is more than $75,000.

## 2. SERVICE

*Complete the table to show when each defendant was served with the Complaint and whether any defendant will argue that this Court is not the correct one to decide this case.*

| Defendant's Name | Date Served or Expected to Serve | Does Defendant dispute that the Court has personal jurisdiction? | Does Defendant dispute that this is the correct venue? |
|---|---|---|---|
| Qualcomm, Inc. | 06/28/2022 | ☑ Yes  ☐ No | ☐ Yes  ☑ No |
|  |  | ☐ Yes  ☐ No | ☐ Yes  ☐ No |

☐ Check box if there are more defendants, and provide the above information for each defendant on an additional page at the end of this document.

## 3. FACTS

*Give a short description of the important facts in this case including facts that you and the other side disagree about. Add an additional page if needed.*

Qualcomm, Inc.

Improved cell phone. Plaintiff and Qualcomm began licensing conversations in 2010 & 2011. Qualcomm is illegally collecting royalties on Plaintiff's new improved cell phones and central processing units. Qualcomm is contributing to the infringement of Plaintiff's patents with the cell phone manufacturers. Qualcomm was given years and multiple opportunities to challenge Plaintiff's patent validity and alleged infringe claims. They decided not to appear to defend; and decided to file a response in this case out of time Qualcomm's anticompetitive extortionist licensing practices ahve been litigated in FTC v. Qualcomm and Apple v. Qualcomm.

## 4. LEGAL ISSUES

*Briefly explain the laws the Plaintiff says the Defendant violated.*

Qualcomm "extorts", through its anticompetitive licensing practices, at least 5% running royalty rate on each handset sold. The handset is referred to as a new improved cell phone/smartphone/ CMDC device. Qualcomm "ties" Plaintiff's central processing units (CPUs) to its modems to form SoCs or chipsets and forces its customers to purchase the chipsets by threatening "no license, no chip". Qualcomm, after receiving knowledge in 2010 of Plaintiff's CPUs and CMDC devices; "forcibly supplied" under its "no license, no chip" policy, the OEMs with the chipsets that includes Plaintiff's CPUs; thereby contributing [contributory infringement] to the OEMs infringement of Plaintiff's patented new and improved cell phoner, smartphone, or CMDC device.

## 5. MOTIONS

*Complete the table to list any motions that have been filed or might be filed.*

| Party filing motion | Type of Motion | Date of Ruling (or "pending" or "to be filed") |
|---|---|---|
| Plaintiff | Default (Dkt.15); Summary (Dkt.22) | pending |
| Plaintiff | Related (Dkt.30); Injunction (Dkt.34) | pending |

☐ Check box if there are more motions and add a page at the end with additional information.

## 6. AMENDING THE COMPLAINT, ANSWER, COUNTERCLAIM/CROSSCLAIM

*Mark one option to tell the Court whether you plan to change your claims or defenses.*

• The submitting party *[name]* Larry Golden

    ☑ does **not** plan to amend the Complaint.

    ☐ plans to amend the Complaint by *[date]* _____

☐ Check box if you need to list more parties, and provide the above information for each party on an additional page at the end of this document.

\\

\\

CASE MANAGEMENT STATEMENT; CASE NO.: 4:22-cv-03283-HSG
PAGE NO. 3 OF 8   [JDC TEMPLATE – Rev. 05/17]

## 7. EVIDENCE PRESERVATION

*Parties to a lawsuit must make sure that they are protecting and not destroying evidence that might be used in the case. Check the correct box or boxes.*

- The submitting party *[name]* Larry Golden _____ has

  ☐ reviewed the Guidelines for the Discovery of Electronically Stored Information

  ☑ spoken with the opposing parties about preserving evidence relevant to the issues one could reasonably understand to be part of this case

  ☐ plans to do the above by *[date]* _____

☐ *Check if you need to list more parties, and provide the above information for each party on an additional page at the end of this document.*

## 8. INITIAL DISCLOSURES

*Initial Disclosures are lists of information that the parties must send each other at the beginning of a case. Check the box that applies, and provide the agreed date if needed.*

☐ Parties have sent each other Initial Disclosures.

☑ Parties have **not** yet sent each other Initial Disclosures, but agree to exchange them by *[date]* no date agreed upon

## 9. DISCOVERY

*Give a short description of what you plan to investigate during discovery and if there are any discovery issues.*

Total number of handsets Qualcomm has received royalties on based on the selling price of the handset. Total number of handsets Qualcomm has contributed to adding a CPU. Total dollar amount of settlements; fines and penalties Qualcomm has paid out over the years for its anticompetitive extortionist licensing practices, both domestic and abroad.

## 10. CLASS ACTIONS

Not applicable.

## 11. RELATED CASES

*Check the correct box to explain whether you are aware of any cases related to this one. If you check the second box, list the case number and the court, government agency, or other administrative body that will decide that case.*

The party submitting this statement

☐ is not aware of any related cases.

☑ is aware of related cases *[list cases]*: Northern District - Golden v Intel & Golden v Apple. CAFC - Golden v USA

## 12. RELIEF SOUGHT

*State what the Plaintiff wants from the Defendant, or wants the Court to do, including any amount of money sought and how that amount was calculated. If a Defendant filed a counter or crossclaim, state the same information for the Defendant. Insert a page if needed.*

Plaintiff wants the Court to consider triple damages for violation of Antitrust Laws; to consider triple damages for willful infringement; to stop Qualcomm from receiving any royalties based on the price of each handset (new improved cell phone) sold; and, to stop Qualcomm from making chipsets that include Plaintiff's CPU for handset & vehicles

Calculation: 2 billion worldwide users of 3G, 4G, and 5G handsets since 2010. Price capped at $400 dollars for each handset equals $800 billion dollars. $800 billion dollars at a 5% running royalty rate equals $40 billion dollars. Plaintiff will settle for 2% = $8 billion dollars.

## 13. SETTLEMENT AND ALTERNATIVE DISPUTE RESOLUTION ("ADR")

*Check at least one box in each section. If you need information to help you decide how to resolve the case, explain what that information is.*

The parties:

☑ have tried to settle the case.

☐ have not tried to settle the case.

The submitting party agrees to the following form of ADR:

☑ Settlement conference with a magistrate judge

☑ Mediation

☑ Other  Jury

Information needed:

CASE MANAGEMENT STATEMENT; CASE NO.: 4:22-cv-03283-HSG
PAGE NO. 5  OF 8   *[JDC TEMPLATE – Rev. 05/17]*

### 14. CONSENT TO HAVE A MAGISRATE JUDGE HEAR THE CASE

*Mark one option to let the Court know if you consent to have a magistrate judge hear the case.*

- The submitting party *[name]* Larry Golden

  ☐ does consent to a magistrate judge.

  ☐ does **not** consent to a magistrate judge.

☐ *Check box if you need to list more parties, and provide the above information for each party on an additional page at the end of this document.*

### 15. OTHER REFERENCES

*In unusual cases, the judge may refer a case to another decision-maker. If this is one of those cases, cross out "Not Applicable," and write in who should hear this case.*

Not applicable.

### 16. NARROWING OF ISSUES, CLAIMS, OR DEFENSES

*Use this section to explain if issues in this case could be resolved by agreement or by written papers submitted by the parties ("motion"). Check the box that applies, and explain.*

☐ Not applicable.

☑ Issues that can be resolved by agreement: That nine years is enough time for any patent challenges, and any infringement challenges

☐ Issues that can be resolved by motion: _____

### 17. EXPEDITED TRIAL PROCEDURE

*If you have questions about the Court's Expedited Trial Procedure, contact the Legal Help Center.*

Not applicable.

### 18. SCHEDULING

*The Court usually fixes the case deadlines. If you want to propose a schedule, you can do so below. Be sure you will be in town and able to meet any deadlines proposed.*

☑ Agree to have Court set deadlines.

☐ Proposed deadlines:

---

CASE MANAGEMENT STATEMENT; CASE NO.: 4:22-cv-03283-HSG
PAGE NO. 6   OF 8     *[JDC TEMPLATE – Rev. 05/17]*

### 19. TRIAL
*Check the box that applies and estimate how long the trial will last.*

[✔] This case will be tried by a jury. The trial is expected to last ____ days.

[ ] This case will be tried by a judge. The trial is expected to last ____ days.

### 20. DISCLOSURE OF NON-PARTY INTERESTED PERSONS OR ENTITIES

*This Section tells the Court if anyone who is not named as a party in the case will be affected by the outcome. Usually, if you are representing yourself, the answer is "None." If there is an "interested party," cross out "None" and write in the names.*

None.

### 21. OTHER MATTERS
*Use this section to discuss other issues that would assist with the just, speedy, and inexpensive resolution of this case.*

12(b)(1) and 12(b)(6) motions to dismiss this case is a waste of tax payers dollars. This case stems for the years of research and discovery made bt the Federal Trade Commission (FTC v. Qualcomm) where the 5% running royalty rate for each handset sold was never disputed by Qualcomm; and, the anticompetitive extortionist licensing practices alleged by Apple (Apple v. Qualcomm) where Qualcomm settled the case. The anticompetitive conduct of Qualcomm resulted in Qualcomm's unjust enrichment Therefore, why would this case be "frivolous" only to an African-American inventor?

*NOTE: This document should not be longer than ten pages, including any pages you add at the end. Each party submitting this statement must sign and date below.*

Date: 08/26/2022   Sign Name: *[signature]*
Print Name: Larry Golden
*Pro se*

*Use this page if you need additional space for any Section. Be sure to write the Section number.*

CASE MANAGEMENT STATEMENT; CASE NO.: 4:22-cv-03283-HSG
PAGE NO. 8 OF 8    [JDC TEMPLATE – Rev. 05/17]

Justice & Diversity
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

## CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.*

1. **Case Name:** Larry Golden          v.   Qualcomm, Inc.

2. **Case Number:** 4:22-cv-03283-HSG

3. **What documents were served?** Case Management Statement

4. **How was the document served?** *[check one]*

   ☑ Placed in U.S. Mail

   ☐ Hand-delivered

   ☐ Sent for delivery (e.g., FedEx, UPS)

   ☐ Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

   John A. Yates

   Patterson & Sheridan, LLP

   24 Greenway Plaza, Suite 1600

   Houston, Texas 77046

6. **When were the documents sent?** 08/27/2022

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: *Larry Golden*

   Name: Larry Golden

   Address: 740 Woodruff Rd. #1102

   Greenville, SC 29607

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*




PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
PME 2-Day
GREENVILLE, SC
29616
AUG 27, 22
AMOUNT
$26.95
R2305K142754
1007  94612

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®

EI 393 697 284 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)  PHONE ( 864 ) 288-5605

LARRY GOLDEN
740 WOODRUFF RD.
#1102
GREENVILLE, SC 29607

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
  *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )
U.S. DISTRICT COURT - NDC - OAKLAND
CASE No: 4:22-CV-03283-HSG
1301 CLAY STREET, SUITE 400S
OAKLAND, CA
ZIP + 4® (U.S. ADDRESSES ONLY)
9 4 6 1 2 - ___ ___ ___ ___

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service A

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day  ☐ 2-Day  ☐ Military
PO ZIP Code  Scheduled Delivery Date (MM/DD/YY)  Postage
29615   8-29-22   $ 26.95
Date Accepted (MM/DD/YY)   Scheduled Delivery Time   Insurance Fee   COD F
8-27-22   ☐ 6:00 PM   $   $
Time Accepted  ☐ AM / ☐ PM   Return Receipt Fee   Live A Trans
10:03
Special Handling/Fragile   Sunday/Holiday Premium Fee   Total Postage & Fees
$   $   26.95
Weight   ☐ Flat Rate   Acceptance Employee Initials
3 lbs 20 ozs   8m   $

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM   Employee Signature
Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM   Employee Signature

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

EP13F May 2020