## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

(H) 8642885605

(M) 8649927104

Email: atpg-tech@charter.net

FILED

SEP -1 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| LARRY GOLDEN<br><br>*Pro Se* Plaintiff,<br><br>V.<br><br>QUALCOMM INC.<br><br>Defendant. | CASE NO: 4:22-cv-03283-HSG<br><br>**(JURY TRIAL DEMANDED)**<br><br>(Sherman Act) (Motive to Form a Conspiracy) (Conspiracy) (Unreasonable Restraint on Trade) (The Clayton Act) (Unjust Enrichment) (Contributory Infringement).<br><br>August 31, 2022 |

## PLAINTIFF'S NOTICE REGARDING RELATED PROCEEDINGS

Plaintiff believes this current case no: 4:22-cv-03283-HSG *Golden v. Qualcomm* and the currently related pending case no. 5:22-cv-03828-NC *Golden v. Intel Corporation* should be considered related and has therefore filed an Administrated Motion to have the case considered as related. (Dkt. 30; Filed 08/16/2022)

Attached as Exhibit A is a copy of the Administrative Motion to have the "Motion Hearing"; "CMS"; and, "CMC" dates changed, due to docketing difficulties.

Sincerely,

*Larry Golden* (signature)

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

(H) 8642885605

(M) 8649927104

Email: atpg-tech@charter.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 31st day of August, 2022, a true and correct copy of the foregoing "Plaintiff's Notice Regarding Related Proceedings", was served upon the following Defendant by priority "express" mail:

>John A. Yates
>PATTERSON & SHERIDAN, LLP
>24 Greenway Plaza,
>Suite 1600
>Houston, Texas 77046
>Phone: 713-577-4817
>Email: jyates@pattersonsheridan.com

>*/s/ Larry Golden*
>Larry Golden, Pro Se
>740 Woodruff Rd., #1102
>Greenville, South Carolina 29607
>atpg-tech@charter.net
>864-288-5605

# EXHIBIT A

1  Your name: Larry Golden
2  Address: 740 Woodruff Rd #1102 G'ville, SC 29607
3  Greenville, SC 29607
4  Phone Number: 864-288-5605
5  E-mail Address: atpg-tech@charter.net
6  Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ☐ Oakland ☑ San Jose ☐ Eureka

Larry Golden

      Plaintiff,

   vs.

Intel Corporation

      Defendant.

Case Number: 5:22-cv-03828-NC

**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**

Judge: Hon. Nathanael M. Cousins

MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE
CASE NO. 5:22-cv-03828-NC                    ; PAGE 1 OF 3 [JDC TEMPLATE Rev.2017]

1.    1. The Case Management Conference is currently scheduled for *[date]* 09/28/2022. Please reschedule 09/21/2022 Motion Hearing & deadline for CMS

2.    2. I respectfully request that the Court move the Case Management Conference to the following date, or another at the Court's convenience *[date, same day of the week as the currently scheduled conference]* at the Court's convenience after corrections to the docket

3.    3. This change is necessary because *[check box for reason that applies]*:

☐ Defendant has not yet responded to the Complaint. *[Explain when Defendant was or will be served with the Complaint. If Defendant was not served within 60 days of the Complaint being filed, explain why.]* _____

☒ Other *[explain; inconvenience or a mere scheduling conflict is not a valid reason to request a change]* Plaintiff submitted a response (Dkt. 10 & 11) and cross to Defendant's motion to dismiss (Dkt. 7). Plaintiff has made several attempts at getting the docket corrected that include resubmitting Plaintiff's response and cross motion to Maria Loo and Hillary Jackson at (8docketing@cand.uscourts.gov). Dkt. 10 does not include Plaintiff's Response and Exhibits A & B. Plaintiff has attached with this request Plaintiff's Response and Exhibits A & B. Please reschedule CMC until after the docket is corrected

4.    4. The opposing side *[check box that applies and explain]*:

☐ has agreed to this change.

☐ has not agreed for the following reason:

☐ The opposing side has not yet responded to the Complaint.

☐ I tried to obtain the opposing party's agreement to this change, but was unsuccessful. *[State who you tried to reach, when, and the person's response]*: Plaintiff attached the e-mail correspondence between Plaintiff, Maria Loo and Hillary Jackson.

MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE
CASE NO. 5:22-cv-03828-NC            ; PAGE  2  OF 3 *[JDC TEMPLATE Rev.2017]*

5. I have *[check box that applies and explain]*:

☑ not already asked the Court to change the date of the Case Management Conference.

☐ already asked the Court to change the date of the Case Management Conference.

I declare under penalty of perjury that the above statements are true and correct.

Respectfully submitted,

Date: 08/30/2022            Signature: *Larry Golden*
                            Printed name: Larry Golden

                            Pro Se

*[Do not write below this line]*

Good cause appearing, the motion is GRANTED. The Case Management Conference is rescheduled to *[date]* _____ at *[time]* _____.

IT IS SO ORDERED.

Date: _____     *[For Judge]* _____
                                 *[Judge's name]* _____
                                 United States District/Magistrate Judge

MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE
CASE NO. 5:22-cv-03828-NC            ; PAGE  3  OF 3 [*JDC TEMPLATE Rev.2017*]

**Justice & Diversity**
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

**CERTIFICATE OF SERVICE**

*You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the Motion to Change Date of CMC that you file and serve.*

1. **Case name:** Larry Golden   v.   Intel Corporation

2. **Case number:** 5:22-cv-03828-NC

3. **Documents served:** Motion to Change Date of CMC; Proposed Order

4. **How was the Motion served?** *[check one]*

   [✔] Placed in U.S. Mail

   [ ] Hand-delivered

   [ ] Sent for delivery (e.g., FedEx, UPS)

   [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. **On whom was the Motion served?** *[For each person who was sent the document, write their full name and contact information used.]*

   Intel Corporation
   2200 Mission College Blvd.
   Santa Clara, CA 95054
   Ana Williams, authorized to accept

   Richard Tyler Atkinson
   McManis Faulkner
   50 West San Fernando St., 10th Floor
   San Jose, CA 95113

6. **When was the Motion served?** 07/12/2022

7. **Who served the Motion?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: *Larry Golden*

   Name: Larry Golden

   Address: 740 Woodruff Rd #1102 G'ville, SC 29607

   Plaintiff attached the e-mail corresponden

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*

Query   Reports   Utilities   Help   Log Out

ADRMOP,CONSENT,ProSe

# U.S. District Court
## California Northern District (San Jose)
### CIVIL DOCKET FOR CASE #: 5:22-cv-03828-NC

Golden v. Intel Corporation  
Assigned to: Magistrate Judge Nathanael M. Cousins  
Demand: $20,000,000  
Cause: 28:1332 Diversity-Other Contract  

Date Filed: 06/28/2022  
Jury Demand: Plaintiff  
Nature of Suit: 410 Anti-Trust  
Jurisdiction: Federal Question  

**Plaintiff**

**Larry Golden**  represented by  **Larry Golden**  
740 Woodruff Rd., #1102  
Greenville, SC 29607  
864-288-5605  
PRO SE  

V.

**Defendant**

**Intel Corporation**  represented by  **Richard Tyler Atkinson**  
McManis Faulkner  
50 West San Fernando Street, 10th Floor  
San Jose, CA 95113  
(408) 279-8700  
Fax: (408) 279-3244  
Email: tatkinson@mcmanislaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

| Date Filed | # | Docket Text |
|---|---|---|
| 06/28/2022 | 1 | COMPLAINT against Intel Corporation (Filing fee $ 402-#54611018858.). Filed byLarry Golden. Consent/Declination due by 7/12/2022. (Attachments: # 1 Civil Cover Sheet, # 2 receipt, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(hdj, COURT STAFF) (Filed on 6/28/2022) (Additional attachment(s) added on 7/7/2022: # 7 Exhibits A - D) (wsn, COURT STAFF). (Entered: 06/28/2022) |
| 06/28/2022 | 2 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 9/21/2022. Initial Case Management Conference set for 9/28/2022 10:00 AM in San Jose, Courtroom 4, 5th Floor. (hdj, COURT STAFF) (Filed on 6/28/2022)**<br>Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br>**(Entered: 06/28/2022)** |
| 06/28/2022 | 3 | Summons Issued as to Intel Corporation. (hdj, COURT STAFF) (Filed on 6/28/2022) (Entered: 06/28/2022) |

| | | |
|---|---|---|
| 06/29/2022 | 4 | CLERK'S NOTICE RE: Consent or Declination. Plaintiff is requested to file a consent or declination to proceed before a magistrate judge by 7/13/2022. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. <br><br>(lmh, COURT STAFF) (Filed on 6/29/2022) <br><br>Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) <br>(Entered: 06/29/2022) |
| 07/07/2022 | 5 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Larry Golden. (jhf, COURT STAFF) (Filed on 7/7/2022) (Entered: 07/07/2022) |
| 07/19/2022 | 6 | CERTIFICATE OF SERVICE by Larry Golden (Attachments: # 1 Envelope)(hdj, COURT STAFF) (Filed on 7/19/2022) (Entered: 07/20/2022) |
| 08/02/2022 | 7 | MOTION to Dismiss filed by Intel Corporation. Motion Hearing set for 9/21/2022 01:00 PM in San Jose, Courtroom 5, 4th Floor before Magistrate Judge Nathanael M. Cousins. Responses due by 8/16/2022. Replies due by 8/23/2022. (Attachments: # 1 Declaration of Tyler Atkinson, # 2 Certificate/Proof of Service)(Atkinson, Richard) (Filed on 8/2/2022) (Entered: 08/02/2022) |
| 08/02/2022 | 8 | Request for Judicial Notice re 7 MOTION to Dismiss filed byIntel Corporation. (Related document(s) 7 ) (Atkinson, Richard) (Filed on 8/2/2022) (Entered: 08/02/2022) |
| 08/02/2022 | 9 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Intel Corporation.. (Atkinson, Richard) (Filed on 8/2/2022) (Entered: 08/02/2022) |
| 08/11/2022 | 10 | EXHIBITS C filed byLarry Golden. (mcl, COURT STAFF) (Filed on 8/11/2022) (Additional attachment(s) added on 8/11/2022: # 1 Part 2) (mcl, COURT STAFF). (Additional attachment(s) added on 8/11/2022: # 2 Part 3) (mcl, COURT STAFF). (Additional attachment(s) added on 8/11/2022: # 3 Part 4) (mcl, COURT STAFF). (Additional attachment(s) added on 8/11/2022: # 4 Part 5) (mcl, COURT STAFF). (Additional attachment(s) added on 8/11/2022: # 5 Part 6) (mcl, COURT STAFF). (Entered: 08/11/2022) |
| 08/11/2022 | 11 | EXHIBIT D filed byLarry Golden. (mcl, COURT STAFF) (Filed on 8/11/2022) (Entered: 08/11/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/28/2022 04:45:23 | | | |
| **PACER Login:** | lgolden5605 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:22-cv-03828-NC |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

From: atpg-tech@charter.net
To: "Maria Loo" <Maria_Loo@cand.uscourts.gov>
Cc: "8docketing@cand.uscourts.gov" <8docketing@cand.uscourts.gov>
Bcc:
Priority: Normal
Date: Monday August 15 2022 8:49:36PM
RE: FW: Larry Golden v. Intel Corporation 5:22-cv-03828-NC

---

I have a related case where the case was filed as follows at DKT. 1 Maybe you can ask sfb, COURT STAFF how they managed to file the case. See below:

**U.S. District Court**
**California Northern District (Oakland)**
**CIVIL DOCKET FOR CASE #: 4:22-cv-03283-HSG**

Select the document you wish to view.

| | | | |
|---|---|---|---|
| 1 | Main Document | 37 pages | 2.1 mb |
| 1 | Civil Cover Sheet | 1 page | 477 kb |
| 2 | Receipt | 2 pages | 73 kb |
| 3 | Exhibit A | 234 pages | 9.5 mb |
| 4 | Exhibit B-J | 229 pages | 9.0 mb |
| 5 | Errata K-1 | 213 pages | 16.2 mb |
| 6 | Exhibit K-2 | 229 pages | 17.2 mb |
| 7 | Exhibit K-3 | 214 pages | 15.9 mb |
| 8 | Exhibit L | 17 pages | 0.8 mb |

**Note**: You must view each document individually because the combined PDF would be over the 51 MB size limit.

Compare to your entry. Maybe you can inquire on how they were able to shrink the size of the files

**Document Selection Menu**

Select the document you wish to view.

| | | | |
|---|---|---|---|
| 10 | Main Document | 40 pages | 40.2 mb |
| 1 | Part 2 | 40 pages | 43.4 mb |
| 2 | Part 3 | 40 pages | 41.6 mb |
| 3 | Part 4 | 40 pages | 43.9 mb |
| 4 | Part 5 | 40 pages | 39.4 mb |
| 5 | Part 6 | 17 pages | 22.1 mb |

**Note**: You must view each document individually because the combined PDF would be over the 51 MB size limit.

I don't believe an exhibit (Exhibit C) can be entered as the main document and be an exhibit to a main document at the same time. I do believe that since Exhibit D is only 18 pages, it can be entered under Document 10.

I have attached the Main Document (Response and Cross Motion) and Exhibits A & B. Please enter my Response and Cross Motion, and all of my Exhibits (A thru D) under one docket number. If you can't, please let me know today and I will send Main Document (Response and Cross Motion) and Exhibits A & B through the mail.

Larry

-----------------------------------------

From: "Maria Loo"
To: "atpg-tech@charter.net"
Cc:
Sent: Monday August 15 2022 10:09:54AM
Subject: FW: Larry Golden v. Intel Corporation 5:22-cv-03828-NC

Our office only got the Exhibits C and D but Exhibit C is so large that it has to be split into several parts. There's even a problem entering those parts, and that's why Exhibit D was entered in a separate entry. We didn't get the main documents listed below .

**Maria Loo, Case Systems Administrator**
United States District Court
Northern District of California
https://cand.uscourts.gov
maria_loo@cand.uscourts.gov

**From:** CAND 8Docketing <8Docketing@cand.uscourts.gov>
**Sent:** Friday, August 12, 2022 4:30 PM
**To:** Maria Loo <Maria_Loo@cand.uscourts.gov>
**Subject:** FW: Larry Golden v. Intel Corporation 5:22-cv-03828-NC

Hi Maria – please see below email regarding the docketing you entered yesterday in the above case – let me know if you have any questions – thank you and have a wonderful weekend!-😊

Thelma