Joseph John Stevens (CA Bar No. 242495)
jstevens@pattersonsheridan.com
50 W. San Fernando Street, Suite 250
San Jose, CA 95113
Tel: 650-384-4418
Fax: 650-330-2314

B. Todd Patterson (*pro hac vice*)
tpatterson@pattersonsheridan.com
John A. Yates (*pro hac vice*)
jyates@pattersonsheridan.com
Kyrie K. Cameron (*pro hac vice*)
kcameron@pattersonsheridan.com
24 Greenway Plaza, Suite 1600
Houston, Texas 77030
713-623-4844 | 713-623-4846
*Attorneys for Defendant*
*Qualcomm Incorporated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARRY GOLDEN,<br><br>　　　*Pro Se* Plaintiff,<br><br>vs.<br><br>QUALCOMM INC.,<br><br>　　　Defendant. | Case No.: 4:22-cv-03283- HSG<br><br>**DEFENDANT'S CERTIFICATE OF SERVICE TO OPPOSITION TO PLAINTIFF'S MOTION FOR PERMANENT INJUNCTION (DKT 38)** |

CERTIFICATE OF SERVICE
Case No.: 4:22-CV-03283-HSG

# CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2022, the following documents were electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the documents have been filed.

    1) **Defendant Qualcomm Inc.'s Opposition to Plaintiff's Motion for Permanent Injunction (Dkt. 38)**

    2) **[Proposed] Order Denying Plaintiff's Motion for Permanent Injunction (Dkt. 38-1)**

I further certify that I caused a copy of the foregoing documents to be served on Larry Golden, *Pro Se* Plaintiff, in the manner indicated below:

**Email:**  atpg-tech@charter.net

**Mail:**  Larry Golden
740 Woodruff Rd., #1102
Greenville, SC 29607

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 6, 2022, in San Diego, California.

        */s/ Joseph John Stevens*
        Joseph John Stevens
        Attorney for Defendant
        Qualcomm, Incorporated