**AFFIX POSTAGE OR**

U.S. POSTAGE PAID
PME 2-Day
GREENVILLE, SC
29616
SEP 10, 22
AMOUNT
**$27.10**
R2305H130991    -13

1007    94612

EP-13CS OCTOBER 2001
© 1995 USPS

EXT[...]
MUY [...]

1811
1811

DESTINATARIO
El remitente ha requerido notificación inmediata contra entrega. Por favor llame.
Nombre:
Teléfono: (   )

[...]dressee
[...]rgentemente al destinatario

Court

# UNITED STATES POSTAL SERVICE — PRIORITY MAIL EXPRESS

EI 481 354 894 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)    PHONE 864 288-5605
LARRY GOLDEN
740 WOODRUFF RD.
#1102
GREENVILLE, SC 29607

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE (   )
U.S. DISTRICT COURT • NDC - OAKLAND
CASE NO: 4:22-CV-03283-HSG
1301 CLAY STREET, SUITE 400 S
OAKLAND, CA

ZIP + 4® (U.S. ADDRESSES ONLY)
9 4 6 1 2 - ___ ___ ___ ___

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

◁ PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 29615
Scheduled Delivery Date (MM/DD/YY): 9-12-22
Postage: $27.10
Date Accepted (MM/DD/YY): 9-10-22
Scheduled Delivery Time: ☐ 6:00 PM
Insurance Fee: $
COD Fee: $
Time Accepted: 1:37 ☐ AM ☒ PM
Return Receipt Fee: $
Live Animal Transportation Fee: $
Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $27.10
Weight: 15 lbs. 60 ozs.  ☐ Flat Rate
Acceptance Employee Initials: SM

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)  Time  ☐AM ☐PM  Employee Signature
Delivery Attempt (MM/DD/YY)  Time  ☐AM ☐PM  Employee Signature

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

Court

RECIPIENT
The sender has requested notification upon delivery.
Immediately upon receipt, please telephone:
Name:
Tel. No.: (   )

sus archivos.

4. DROP OFF/PICK UP
DEPOSITO O RECOLECCION

Call 1-800-222-1811 for our convenient pick-up service (One low fee no matter how many pieces) or drop off your Express Mail package at a post office, or an Express Mail box.

Llame al 1-800-222-1811 para nuestro servicio de recolección fácil. (Solamente un cargo bajo, para cualquier número de envíos) o entregue su paquete de "Express Mail" en cualquier oficina de correos o deposítelo en un buzón marcado "Express Mail".

DuPont™ Tyvek®
Protect What's Inside.™

This packaging is the property of the U.S. Postal Service and is provided solely for use in sending Express Mail. Misuse may be a violation of federal law.

Este embalaje es propiedad del Servicio Postal de los Estados Unidos y se proporciona sólo para el envío de correo Express. El maltrato intencional constituye infracciones del código penal federal.

FOR PICKUP OR TRACKING CALL 1-800-222-[...]
Para recolección o localización, llame al 1-800-222-[...]

*Favor de entregar urgentemente al destinatario*

**MUY URGENTE**

*Please Rush To Addressee*

**EXTREMELY URGENT**



UNITED STATES POSTAL SERVICE®

**EXPRESS MAIL**