UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GOLDEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>QUALCOMM, INC.,<br><br>　　　　Defendant. | Case No.  22-cv-03283-HSG<br><br>**CLERK'S NOTICE**<br><br>**RE: DKT. NO. 34** |

　　　　Notice is hereby given that a hearing on the motion for permanent injunction relief has been set for January 12, 2023, before Judge Haywood S. Gilliam, Jr., at 2:00 p.m., to be heard along with the motion to dismiss and the case management conference, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA .

Dated:  October 27, 2022

　　　　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Nikki D. Riley, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　　Honorable HAYWOOD S. GILLIAM, JR.

United States District Court
Northern District of California