UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GOLDEN,<br><br>        Plaintiff,<br><br>v.<br><br>QUALCOMM, INC.,<br><br>        Defendant. | Case No. 22-cv-03283-HSG<br><br>**CLERK'S NOTICE**<br><br>**RE: DKT. NOS. 6 AND 34** |

    Notice is hereby given that the case management conference and the hearings on the motion to dismiss and the motion for permanent injunction, previously set for January 12, 2023 will be held on that date before Judge Haywood S. Gilliam, Jr., at 10:00 a.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA.

Dated: January 4, 2023

Mark B. Busby
Clerk, United States District Court

By: _____
Nikki D. Riley, Deputy Clerk to the
Honorable HAYWOOD S. GILLIAM, JR.