UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GOLDEN,<br><br>        Plaintiff,<br><br>   v.<br><br>QUALCOMM, INC.,<br><br>        Defendant. | Case No. 22-cv-03283-HSG<br><br>**CLERK'S NOTICE**<br><br>**RE: DKT. NOS. 6, 34** |

    Notice is hereby given that the Court takes the pending motion to dismiss and motion for permanent injunction filings under submission. The case management conference and the hearings previously scheduled for January 12, 2023 at 2:00 p.m. are vacated. The Court will issue a written order.

Dated: January 9, 2023

                                                       Mark B. Busby<br>                                                       Clerk, United States District Court

                                                       By: _____<br>                                                       Nikki D. Riley, Deputy Clerk to the<br>                                                       Honorable HAYWOOD S. GILLIAM, JR.