# PRIORITY MAIL EXPRESS

**PRESS FIRMLY TO SEAL**  **PRESS**

U.S. POSTAGE PAID
PME 1-Day
GREENVILLE, SC
29606
JAN 05, 23
AMOUNT
**$27.90**
R2303S102300-09

94612



RDC 07

EI 393 143 532 US

## UNITED STATES POSTAL SERVICE®

### PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)  PHONE ( 864 ) 288-5005

LARRY GOLDEN
1740 WOODRUFF RD. #1102
GREENVILLE, SC 29607

**DELIVERY OPTIONS** (Customer Use Only)

☒ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

**TO:** (PLEASE PRINT)  PHONE ( )

U.S. DISTRICT COURT FOR THE NORTHERN
DISTRICT OF CALIFORNIA - OAKLAND
CASE NO: 4:22-CV-03283-HSG
1301 CLAY STREET
OAKLAND, CA

ZIP + 4® (U.S. ADDRESSES ONLY)
9 4 6 1 2 -

### PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

### ORIGIN (POSTAL SERVICE USE ONLY)
| ☒ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
| 29606 | 01 06 23 | $ 27.90 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 01 05 23 | ☒ 6:00 PM | $ | $ |
| Time Accepted ☐ AM ☒ PM | Special Handling/Fragile | Return Receipt Fee | Live Animal Transportation Fee |
| 451 | $ | $ | $ |
| Weight | ☒ Flat Rate | Total Postage & Fees | |
| lbs.  ozs. | | $ 27.90 | |

### DELIVERY (POSTAL SERVICE USE ONLY)
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| | | |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

Acceptance Employee Initials: MF

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

* For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
* $100.00 insurance included.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.
**USPS.COM/PICKUP**

EP13F May 2020
OD: 12 1/2 x 9 1/2

PS10001000006






PRIORITY MAIL EXPRESS®

UNITED STATES POSTAL SERVICE®

EMS

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

GUARANTEED* ■ TRACKED ■ INSU

EP13F May 2020
OD: 12 1/2 x 9 1/2

PS10001000006