# CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2023, the following documents were electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the documents have been filed.

**1) Defendant Qualcomm Inc.'s Opposition to Plaintiff's Motion To Strike Defendant's Case Management Statement**

**2) [Proposed] Order Denying Plaintiff's Motion To Strike Defendant's Case Management Statement**

I further certify that I caused a copy of the foregoing documents to be served on Larry Golden, *Pro Se* Plaintiff, in the manner indicated below:

**Email:** atpg-tech@charter.net

**Mail:**
Larry Golden
740 Woodruff Rd., #1102
Greenville, SC 29607

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 13, 2023, in San Diego, California.

*/s/ John A. Yate*
John A. Yates
Attorney for Defendant
Qualcomm, Incorporated