UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARRY GOLDEN,<br><br>    *Pro Se* Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED,<br><br>    Defendant. | Case No.: 4:22-cv-03283-HSG<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S CASE MANAGEMENT STATEMENT** |

**[PROPOSED] ORDER DENYING PLAINTIFF'S**

**MOTION TO STRIKE DEFENDANT'S CASE MANAGEMENT STATEMENT**

    Pending before the Court is Plaintiff's Motion to Strike Defendant's Case Management Statement (Dkt. 46).  After considering the papers filed by the parties and arguments of counsel, if any,

    **IT IS HEREBY ORDERED** this ___ day of _____, 2023, that Plaintiff's Motion is **DENIED.**

 DATED: _____, 2023      _____
                                                                                      Honorable Haywood S. Gilliam, Jr.
                                                                                      United States District Judge