## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of March, 2023, a true and correct copy of the foregoing "Plaintiff's Motion for Reconsideration", was served upon the following Defendant by priority "express" mail:

Joseph John Stevens

PATTERSON & SHERIDAN, LLP

50 West San Fernando Street, Suite 250

San Jose, CA 95113

Phone: (650) 384-4418

Fax: (650) 330-2314

Email: jstevens@pattersonsheridan.com

*Larry Golden*

Larry Golden, Pro Se

740 Woodruff Rd., #1102

Greenville, South Carolina 29607

atpg-tech@charter.net

864-288-5605

FILED

MAR 20 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

15






U.S. POSTAGE PAID
PME 1-Day
GREENVILLE, SC
29606
MAR 17, 23
AMOUNT
$28.75
RDC 07    94612    R2303S102300-09

**PRIORITY MAIL EXPRESS®**

S FIRMLY TO SEAL

PRIORITY MAIL EXPRESS®

FLAT RATE ENVELOPE
■ ANY WEIGHT

lule free Package Pickup,
can the QR code.



PS.COM/PICKUP



S10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

---

**UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL EXPRESS®**



EI 436 403 824 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)  PHONE 864 288-5605
Larry Golden
740 Woodruff Rd.
#1102
Greenville, SC 29607

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
   *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)  PHONE (510) 637-3530
U.S. District Court - NDC - Oakland
Case No: 4:22-CV-03283
1301 Clay Street
Oakland, CA

ZIP + 4® (U.S. ADDRESSES ONLY)
9 4 6 1 2

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⬅ **PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☒ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
| 29606 | 031823 | $ 28.75 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 031723 | ☒ 6:00 PM | $ | $ |
| Time Accepted | | Return Receipt Fee | Live Animal Transportation Fee |
| 241 ☐AM ☒PM | | $ | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| $ | $ | | |
| Weight | ☒ Flat Rate | Acceptance Employee Initials | |
| lbs.   ozs. | | MT | $ 28.75 |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐AM ☐PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐AM ☐PM | |

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996





**UNITED STATES POSTAL SERVICE®**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.