**PRIORITY MAIL EXPRESS**

**UNITED STATES POSTAL SERVICE — PRIORITY MAIL EXPRESS**

EJ 772 065 570 US

U.S. POSTAGE PAID
PME 1-Day
GREENVILLE, SC 29616
MAR 28, 23
AMOUNT
$28.75
R2304M113457-33

RDC 07      94612

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE (864) 288-5605
Larry Golden
740 Woodruff Rd.
#1102
Greenville, SC 29607

**DELIVERY OPTIONS** (Customer Use Only)
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)   PHONE 510 637-3530
U.S. District Court - NDC - Oakland
Case No: 4:22-cv-03283-HSG
1301 Clay Street
Oakland, CA

ZIP + 4: 94612

**ORIGIN (POSTAL SERVICE USE ONLY)**
☑ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO
PO ZIP Code: 29615
Scheduled Delivery Date: 3/29/23
Postage: $28.75
Date Accepted: 3/28/23
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM
Time Accepted: 10:12 ☑ AM ☐ PM
Weight: 3 oz   ☑ Flat Rate
Acceptance Employee Initials: 28.75

PEEL FROM THIS CORNER

PS10001000006   EP13F May 2020   OD: 12 1/2 x 9 1/2

1324  STE 400

5TH FLR NORTH





**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE


PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

**GUARANTEED* ▪ TRACKED ▪ INSURED**

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.