UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARRY GOLDEN,<br><br>        *Pro Se* Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED,<br><br>        Defendant. | Case No.: 4:22-cv-03283-HSG<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION** |

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

Pending before the Court is Plaintiff's Motion for Reconsideration. Dkt. 51. After considering the papers filed by the parties and arguments of counsel, if any,

**IT IS HEREBY ORDERED** this ___ day of _____, 2023, that Plaintiff's Motion is **DENIED.**

DATED: _____, 2023        _____
                                                                        Honorable Haywood S. Gilliam, Jr.
                                                                        United States District Judge