# CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2023, the following documents were electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the documents have been filed.

    1) **Defendant Qualcomm Inc.'s Opposition to Plaintiff's Motion for Reconsideration**

    2) **[Proposed] Order Denying Plaintiff's Motion for Reconsideration**

I further certify that I caused a copy of the foregoing documents to be served on Larry Golden, *Pro Se* Plaintiff, in the manner indicated below:

**Email:**　　　　　　　　　　　　　　atpg-tech@charter.net

**Mail:**　　　　　　　　　　　　　　Larry Golden

　　　　　　　　　　　　　　　　　　740 Woodruff Rd., #1102

　　　　　　　　　　　　　　　　　　Greenville, SC 29607

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 31, 2023, in Houston, Texas.

　　　　　　　　　　　　　　　　　　*/s/ John A. Yates*
　　　　　　　　　　　　　　　　　　John A. Yates
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　Qualcomm, Incorporated