

# U.S. District Court

### California Northern - Oakland

Receipt Date: Apr 17, 2023 11:26AM

Larry
Golden
740 Woodruff Rd.
Apt. 1102
Greenville, SC 29607-4061

Rcpt. No: 411017801              Trans. Date: Apr 17, 2023 11:26AM              Cashier ID: #AJ

| CD  | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|-----|---------|----------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |

| CD | Tender | | | Amt |
|----|--------|--|--|-----|
| CH | Check | #5116 | 04/13/2023 | $505.00 |

|  |  |
|--|--|
| Total Due Prior to Payment: | $505.00 |
| Total Tendered: | $505.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments:** 4:22-cv-03283-HSG

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.