# United States Court of Appeals for the Federal Circuit

---

**LARRY GOLDEN,**

*Plaintiff-Appellant*

v.

**QUALCOMM INCORPORATED,**

*Defendant-Appellee*

---

2023-1818

---

Appeal from the United States District Court for the Northern District of California in No. 4:22-cv-03283-HSG, Judge Haywood S. Gilliam, Jr.

---

## MANDATE

---

In accordance with the judgment of this Court, entered October 10, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

December 13, 2023
Date

Jarrett B. Perlow
Clerk of Court